IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>USG CORPORATION,<br>a Delaware corporation, et al.,<br><br>Debtors.<br><br>_____<br><br>USG CORPORATION, et al.,<br><br>Movant<br><br>v.<br><br>OFFICIAL COMMITTEE OF<br>ASBESTOS PERSONAL INJURY<br>CLAIMANTS, et al.,<br><br>Respondents. | : Chapter 11<br>:<br>: Jointly Administered<br>: Case No. 01-2094 (JKF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1560 (JFC)<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT REQUEST FOR BRIEFING SCHEDULE RE: DISCOVERY DISPUTE**

| | |
|---|---|
| COOLEY GODWARD LLP<br>Stephen C. Neal (CA 170085)<br>Scott D. Devereaux (CA 146050)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Tel: (650) 843-5000 | RICHARDS, LAYTON, & FINGER, P.A.<br>Daniel J. DeFranceschi (DE No. 2732)<br>Paul Heath (DE No. 3704)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Tel: (302) 651-7700 |
| JONES DAY<br>David G. Heiman (OH 0038271)<br>Brad B. Erens (IL 6206864)<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>Tel: (216) 586-3939 | |

*Counsel for Debtors*

940075 v1/SF
k5d701!.DOC

| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>Walter B. Slocombe<br>Peter Van N. Lockwood<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>Tel: (202) 862-5000<br>Fax: (202) 429-3301 | STROOCK & STOOCK & LAVAN LLP<br>Lewis Kruger<br>Kenneth Pasquale<br>180 Maiden Lane<br>P.O. Box 551<br>New York, NY 10038-4982<br>Tel: (202) 806-5400 |
| *Counsel for the Official Committee<br>of Asbestos Personal Injury Claimants* | *Counsel for the Official Committee<br>of Unsecured Creditors* |
| KAYE SCHOLER LLP<br>Michael J. Crames<br>Jane W. Parver<br>Andrew A. Kress<br>425 Park Avenue<br>New York, NY 10022<br>Tel: (202) 836-8000 | BILZIN SUMBERG BAENA PRICE &<br>AXELROD LLP<br>Scott L. Baena (<u>Admitted</u> <u>Pro</u> <u>Hac</u> <u>Vice</u>)<br>Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, Florida 33131<br>Tel: (305) 374-7580 |
| *Counsel to Dean M. Trafelet,<br>Futures Representative* | *Counsel for the Official Committee<br>of Asbestos Property Damage Claimants* |

On February 11, 2005, Debtors[1] and the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), along with Dean Trafelet, the Legal Representative for Future Asbestos Claimants (the "FCR"), filed decisional trees in response to the Court's Order. As is evident, the parties disagree regarding how the Court should conduct the estimation, and the Court will have to determine which estimation methodology to pursue at an initial hearing (the "Estimation-Methodology Hearing").

During the meet and confer process ordered by the Court, the parties discovered that they also have a preliminary dispute as to whether discovery in advance of the Estimation-Methodology Hearing is necessary. Debtors believe that the questions before the Court are principally legal in nature and are ready to be briefed, argued, and decided. The ACC and FCR contend that, although the ultimate issues are legal, there are factual issues implicated for which substantial discovery must precede the Court's determination of the appropriate estimation protocol.

In light of the ACC and FCR's request for discovery, whether (and to what extent) discovery is required before the Estimation-Methodology Hearing is a question for the Court to resolve. Accordingly, the parties respectfully and jointly propose the following schedule for addressing this threshold discovery issue:

- April 1, 2005 – simultaneous briefs addressing the need for and proper scope of discovery, if any, before the Estimation-Methodology Hearing;
- April 15, 2005 – simultaneous responses to the briefs;
- April 21, 2005 (or at the Court's convenience) – oral argument before the Court in Pittsburgh.

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

940075 v1/SF
k5d701!.DOC

1

Once the Court determines whether discovery prior to the Estimation-Methodology Hearing is appropriate, the parties can conduct any such discovery and then proceed to present the estimation-methodology issue for the Court's determination.

For these reasons, the parties respectfully request that the Court adopt the above-described briefing and hearing schedule to determine what, if any, discovery the parties will take before the Estimation-Methodology Hearing. This joint proposal is submitted in lieu of responses to the respective decisional trees. If the Court so requests, the parties will file decisional tree responses in addition to this joint request.

Dated: March 11, 2005

RICHARDS, LAYTON, & FINGER, P.A.

_____
Daniel J. DeFranceschi (DE No. 2732)
Paul Heath (DE No. 3704)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700

COOLEY GODWARD LLP
Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

*Counsel for Debtors*

Dated: March 11, 2005

CAPLIN & DRYSDALE, CHARTERED

*/s/ W. B. Slocombe*

Walter B. Slocombe
Peter Van N. Lockwood
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Tel: (202) 862-5000

*Counsel for the Official Committee
of Asbestos Personal Injury Claimants*

Dated: March 11, 2005

KAYE SCHOLER LLP

*signature*

Michael J. Crames
Jane W. Parver
Andrew A. Kress
425 Park Avenue
New York, NY 10022
Tel: (202) 836-8000

*Counsel to Dean M. Trafelet,
Futures Representative*

Dated: March 11, 2005

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP

*[signature]*

Scott L. Baena (Admitted Pro Hac Vice)
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Tel: (305) 374-7580

*Counsel for the Official Committee
of Asbestos Property Damage Claimants*

Dated: March 11, 2005

STROOCK & STOOCK & LAVAN LLP

_____
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, NY 10038-4982
Tel: (202) 806-5400

*Counsel for the Official Committee
of Unsecured Creditors*

940075 v1/SF
k5d701!.DOC

6

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2005, I electronically filed *Joint Request for Briefing Schedule Re: Discovery Dispute* with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

| | |
|---|---|
| **Steven T. Davis** <br> steven.davis@obermayer.com | **Michael R. Lastowski** <br> mlastowski@duanemorris.com |
| **Marla Rosoff Eskin** <br> meskin@camlev.com | **Christopher D. Loizides** <br> loizides@loizides.com |
| **Brett D. Fallon** <br> bfallon@morrisjames.com | **Christopher A. Ward** <br> bankserve@bayardfirm.com <br> cward@bayardfirm.com |
| **Paul N. Heath** <br> heath@rlf.com; rbgroup@rlf.com | |

I hereby certify that on March 11, 2005, I hand delivered or mailed via the United States Postal Service the document(s) to the following non-registered participants:

**Via Hand Delivery**

Aileen F. Maguire
Marla R. Eskin
Kathleen J. Campbell
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

James L. Patton, Jr
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel to Dean M. Trafelet, Futures Representative*

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

RLF1-2851017-1

**Via First Class Mail**

Stephen C. Neal
Scott D. Deveraux
Cooley Godward LLP
Five Paolo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
*Counsel for Debtors*

David G. Heiman
Brad B. Erens
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
*Counsel for Debtors*

Walter B. Slocombe
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

Lewis Kruger
Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
P. O. Box 551
New York, NY 10038-4982
*Counsel for the Official Committee of
Unsecured Creditors*

Michael J. Crames
Jane W. Parver
Andrew A. Kress
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*Counsel to Dean M Trafelet,
Futures Representative*

Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

_____
Daniel J. DeFranceschi (DE 2732)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899-0551
Phone: 302-651-7700
Fax: 302-651-7701
E-mail: defranceschi@rlf.com

RLF1-2851017-1