IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| USG CORPORATION, *et al.*, : | |
| : | Case Nos. 01-2094 (JKF) |
| : | (Jointly Administered) |
| Debtors. : | |
| USG CORPORATION, *et al.*, : | |
| : | |
| Movant : | |
| : | |
| v. : | C.A. No. 04-1560 (JFC) |
| : | |
| OFFICIAL COMMITTEE OF : | |
| ASBESTOS PERSONAL INJURY : | |
| CLAIMANTS, OFFICAL COMMITTEE : | |
| OF UNSECURED CREDITORS, : | |
| OFFICIAL COMMITTEE OF : | |
| ASBESTOS PROPOERTY DAMAGE : | |
| CLAIMANTS AND LEGAL : | |
| REPRESENTATIVE FOR FUTURE : | |
| CLAIMANTS, : | |
| : | |
| Respondents. : | |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on April 26, 2005, I caused a copy of the foregoing to be served upon the attached service list via First Class Mail unless otherwise indicated.

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin

Dated: April 26, 2005

{D0038821:1}