USG CORPORATION
2002 UPDATED SERVICE LIST AS OF
10/30/03

Christopher S. Sontchi
William P. Bowden
Gregory A. Taylor
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

**VIA HAND DELIVERY**
Karen C. Bifferato
Connolly, Bove, Lodge & Hutz LLP
1220 Market Street
P.O. Box 2207
Wilmington, DE  19899

Ian Connor Bifferato
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

Kathleen M. Miller
Smith Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Laurie Selber Silverstein
Monica Leigh Loftin
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

**VIA HAND DELIVERY**
James E. Huggett, Esq.
Victoria E. Varrasse, Esq.
Flaster/Greenberg P.C.
913 N. Market Street, Suite 702
Wilmington, DE  19801

Paul Harner
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Il  60601-1692

Wesley Kennedy
Karen I. Engelhardt
N. Elizabeth Reynolds
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL  60606

D. Andrew Phillips
Melanie T. Vardaman
Mitchell, McNutt & Sams, P.A.
1216 Van Buren
P.O. Box 947
Oxford, MS  38655-0947

**VIA HAND DELIVERY**
Frank Perch
Office of the United States Trustee
J. Caleb Boggs Federal Building, 844 King
Street, Room 2313
Wilmington, DE  19801-3519

**VIA HAND DELIVERY**
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

**VIA HAND DELIVERY**
Francis A. Monaco
Rachel B. Mersky
Monzack & Monaco, P.A.
1201 North Market Street, Suite 400
Wilmington, DE  19801

Steven M. Yoder
Neal B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Paul J. Dougherty
McCarter & English, LLP
PO Box 111
919 N. Market Street, Suite 950
Wilmington, DE 19899

Robert Jacobs
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Brad Erens
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692

**VIA HAND DELIVERY**
The Honorable Randall J. Newsome
Attn:  Nancy Hunt
United States District Court
Visiting Judge's Chambers
844 King Street, Room 2124
Wilmington, DE  19801

Gregory D. Willard
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2733

Ken Glassman
Goldman Sachs
85 Broad Street
New York, NY  10005

**VIA HAND DELIVERY**
Victor Schwaiger
Bridget Connell
Parcels/DDR
200 West 9th Street
Wilmington, DE  19801

John D. Demmy
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

William D. Sullivan
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, 17th Floor
P.O. Box 1630
Wilmington, DE  19899

**VIA HAND DELIVERY**
Eric D. Schwartz
Derek C. Abbott
James C. Carignan
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Ellen W. Slights
U.S. Department of Justice
1201 Market Street, Suite 1100
P. O. Box 2046
Wilmington, DE  19801

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

Joseph F Rice
Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Michael Wong
Wong, Hwang, Hee, Chang & Yee
PO Box 37704
Honolulu, Hawaii  96837

Larry J. Nyhan
Sidley, Austin, Brown & Wood
Bank One Plaza
Chicago, IL  60603

John V. Fiorella
Archer & Greiner, P.C.
One Centennial Square, East Euclid Avenue
P.O. Box 3000
Haddonfield, NJ  08033-0968

{D0008124:1 }

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Susan R. Sherrill
E. Gordon Robinson
Securities and Exchange Commission
Suite 1000, 3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

Gary E. Green
COSTON & LICHTMAN
407 South Dearborn St., Suite 600
Chicago, IL  60605

Alan R Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Craig A. Smith
Suelthaus & Walsh, P.C.
7733 Forsyth, Twelfth Floor
St. Louis, MO  63105

William S. Katchen
Duane Morris, LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Steve Krull
Owens Corning World Headquarters, One
Owens Corning Parkway
Toledo, OH  43659

Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro, L.L.P.
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

Alan K. Mills
Alan B. Feldbaum
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204

Shari Siegel
Dreier LLP
499 Park Avenue, 22nd Floor
New York, NY  10023

Lawrence F. Landgraff
Pension Benefit Guaranty Corporation, Office of
the General Counsel
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026

Yvonne Clemence
Caterpillar Financial Services, Senior Litigation
Paralegal
2120 W.End Avenue
P.O. Box 340001
Nashville, TN  37203-0001

Glenn M. Reisman
Two Corporate Drive
P.O. Box 861
Shelton, CT  06484-0861

Stephen C. Stapleton
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX  75202

Daniel A. Speights
Speights & Runyan
200 Jackson Avenue East
Post Office Box 685
Hampton, SC  29924

Martin Dies
1009 Green Avenue
Orange, TX  77630

Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street, #1050
San Francisco, CA  94104

James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
PO Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899

Scott Baena
Bilzin Sumberg Baena Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL  33131-2336

Erich Spangenberg
74-785 Highway 111, Suite 103
Indian Wells, CA  92210

Theodore Goldberg
Mark C. Meyer
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219

Alan Kellman, Esquire
Jacques Admiralty Law Firm
1530 Chestnut Street, Suite 604
Philadelphia, PA  19102

Steven T. Baron
Silber Pearlman, LLP
2711 N. Haskell Avenue, 5th Floor - LB 32
Dallas, TX  75204

James F. Early
Early, Ludwick & Sweeney, LLC
265 Church Street, 11th Floor
New Haven, CT  06510

Peter Van N. Lockwood
Julie W. Davis
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005-5802

Ronald E. Gold
Frost Brown Todd LLC
2500 PNC Center
201 East Fifth Street
Cincinnatti, OH  45202-4182

Jeffrey Kaufman
Gerald F. Ellersdorfer
Kaufman & Logan, LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105

R. Scott Alsterda
Gregg E. Szilagyi
Christopher L. Rexroat
James M. McArdle
Ungaretti & Harris
3500 Three First National Plaza
Chicago, Il  60602

Craig E. Freeman
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY  10022

Lisa B. Neimark
E&Y Capital Advisors LLC
233 S. Wacker Drive
Chicago, IL  60606

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY  10022-4614

Mary Ann Kilgore
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE  68179

Jeffrey Rosenkranz
The Delaware Bay Company, Inc.
680 Fifth Avenue, 22nd Floor
New York, NY  10019

Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, FL  32202

David B. Mills
Hammons & Mills
115 W. 8th Avenue, Suite 280
Eugene, OR  97401

Reid D. Evensky
850 Ridge Lake Blvd., Suite 200
Memphis, TN  38120

Anne Marie Kelley
Dilworth Paxson LLP
Liberty View-Suite 700, 457 Haddonfield Road
Cherry Hill, NJ  08002

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Michael T. Kay
Attn: Nancy Draves
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Andrew E. Shirley
Avenue Capital Management, LLC
535 Madison Avenue
New York, NY  10022

Donna Ellison
Air Products and Chemicals, Inc.
7201 Hamilton
BLVD.
Alentown, PA  18195-1501

Eddirland D. Christel
Palmer & Dodge LLP
111 Huntington Avenue, 19th Floor
Boston, MA  02199-7613

Matthew J. Ferko
USB Warburg LLC
677 Washington Blvd.
Stanford, CT  06901

David L. Field
Mirant Americas Energy Marketing Canada, Ltd.
300, 440 - 2nd Avenue SW
Calgary, Alberta, CA  T2P 5E9

Ray C. Schrock
Jones Day
77 West Wacker Drive
Chicago, IL  60601-1692

Patrick Darby
Bradley Arant Rose & White, LLP
2001 Park Place, Suite 1400
Birmingham, AL  35203-3208

Tony M. Davis
Baker Botts LLP
One Shell Plaza, 910 Louisiana
Houston, TX  77002

Joseph H. Kasimer
Paul H. Teague
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA  22043

William H. Short, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC  29211-1889

Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Joseph Alban
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

Eugene J. Kottenstette, Esq.
Assistant City Attorney
Land Use and Revenue
201 West Colfax Ave., Dept. 1207
Denver, CO  80202-5332

Andrew Silverstein
Seward & Kissell, LLP
One Battery Park Plaza
New York, NY  10004

Joseph W. Lawrence, II
Dan Matlow
Vezina, Lawrence & Piscitelli, P.A.
350 East Olas Blvd., Suite 1130
Fort Lauderdale, FL  33301

Vicky L. Zartman
c/o Ken Burton
Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL  34205

Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, 6801 Kenilworth Avenue,
Suite 400
Riverdale, MD  20737-1385

Jonathan C. Hantke
Pamela Walters
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Secretary of the Treasury
P.O. Box 7040
Dover, DE  19903

Bradford J. Sandler
Adelman Lavine Gold & Levin
919 Market Street, Suite 710
Wilmington, DE  19801

Daily Insights
JAF Box 3127
New York, NY  10116

Larry W. Bass
Law Offices of Jacky B. Franklin
9800 Richmond Ave., Suite 560
Houston, TX  77042

Michael S. Waters
Jeffrey Bernstein
Carpenter Bennett & Morrissey
Three Gateway Center, 100 Mulberry Street
Newark, NJ  07102

Gary L. Barnhart
Missouri Dept. of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475

Sabrina L. Streusand
Hughes & Luce, LLP
111 Congress, Suite 900
Austin, TX  78701

Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC  20020

Secretary of State
Division of Corporations, Franchise Tax
P.O. Box 898
Dover, DE  19903

M. Catharine Davis
Great Lakes Gas Transmission Company
5250 Corporate Drive
Troy, MI  48098

Scott Baldwin, Jr.
Baldwin & Baldwin, LLP
400 W. Houston Street
Marshall, TX  75670

Michael Van Itallie
United States Environmental Protection Agency
290 Broadway, 17th Floor
New York, NY  1007-1866

Denise K. Wildes
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Sharon L. Stolte
Morrison & Hecker LLP
9 Corporate Woods, Suite 450, 9200 Indian
Creek Parkway
Overland Park, KS  66210

John F. Higgins
James Matthew Vaughn
Porter & Hedges, LLP
700 Louisiana, 35th Floor
Houston, TX  77002

David Heiman
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH  44114

Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY  10019

Michael A. Rosenthal
Keith D. Ross
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201

John P. Dillman
Linebarger, Heard, Goggan, Blair Graham, Pena
& Sampson, LLP
P.O. Box 3064
Houston, Tx  77253-3064

Robert L. Heugle, Jr.
Lomurro, Davison, Eastman & Munoz, P.A.
Monmouth Executive Center, 100 Willowbrook
Road, Building 1
Freehold, NJ  07728-2879

Charles O. Freedgood
Chase Manhattan Bank
One Chase Manhattan Plaza
New York, NY  10005

J.W. Taylor
Coastal Transport, Inc.
P.O. Drawer 67
Auburndale, FL  33823

Sharon L. Royer
Harrisburg Bankruptcy and Compliance
1171 South Cameron Street, Room 312
Harrisburg, PA  17104-2513

William E. Frese
Attn: Sheree L. Kelly
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

Steven K. Myers
Unimast, Inc.
4200 St. Rt. 22 East #3
Blairsville, PA  15717

Raju N. Patel
Bank of America, N.A.
231 South LaSalle Street
Chicago, IL  60697

Jeffrey Fischer
Weirton Steel Corp.
400 Three Springs Drive
Weirton, WV  26062

John Dorans
Citibank
One Park Avenue
New York, NY  10016

Edward J. Westbrook
Robert S. Wood
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
PO Box 1007
Mount Pleasant, SC  29464

Shepard A. Hoffman
Law Offices of Shepard A. Hoffman
3100 Monticello, Suite 750
Dallas, TX  75205

Peter J. Rathwell
Snell & Wilmer LLP
One Arizona Center
Phoenix, AZ  85004-2202

Frederick M. Baron
Russell W. Budd
Alan B. Rich
Budd & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-1181

David M. Barse
Third Avenue Trust
622 3rd Avenue, Floor 32
New York, NY  10017-6715

Jack Levy
Smith, Freed, Chock & Eberhard, P.C.
1001 S.W. Fifth Avenue, Suite 1700
Portland, OR  97204

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

Lisa A. Miller
Wells Fargo Bank Northwest, N.A.
608 2nd Avenue South, MAC N9303-120, Sixth & Marquette
Minneapolis, MN  55402

Steven L. Kazan
Kazan, McClain, Edises, Simon & Abrams
171 Twelfth Street, 3rd Floor
Oakland, CA  94607

Perry Weitz
C. Sanders McNew
Weitz & Luxenborg
180 Maiden Lane
New York, NY  10038-4925

Andrea S. Hartley
Akerman, Senterfitt & Eidson, P.A.
Sun Trust International Center, One Southeast Third Avenue, 28th Floor
Miami, FL  33131-1704

Moshe Maimon
Levy Phiilips & Konigsberg, LLP
520 Madison Avenue
New York, NY  10022

Myron K. Cunningham
Kerr McGee Center
Oklahoma City, OK  73125

Alan D. Halperin
Ethan D. Ganc
Halperin & Associates
555 Madison Avenue, 9th Floor
New York, NY  10022

Laurence H. Bartlett
Crotty& Bartlett, P.A.
1800 W. International Speedway Blvd., Suite 201
P.O. Box 9547
Daytona, FL  32120-9547

Howard C. Rubin
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX  75225

Robert A. Bohrer
Ekman, Bohrer & Thulin, P.S.
Queen Anne Square, 220 West Merecer St., Suite 400
Seattle, WA  98119

Leslie Ann Berkoff
Moritt, Hock, Hamroff & Horowitz, LLP
400 Garden City Plaza, Suite 202
Garden City, NY  11530

Jonathan W. Young
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

{D0008124:1 }

Joseph A. Giampapa
Banc One Corporation
100 East Broad Street, 18th Floor
Columbus, OH  43271

Sergio I. Scuteri
Farr Burke Gambacorta & Wright, P.C.
Suite 201, Eastern International Executive Office
Center, 211 Benigno Boulevard
P. O. Box 788
Bellmawr, NJ  08031-2500

Rex D. Rainach
Rex D. Rainach, A Professional Law
Corporation
3622 Government Street
Baton Rouge, LA  70806-5720

Janessa Lewing
CenturyTel
885 Bert Kouns
Shreveport, LA  71118

Janet Napolitano
Lisa Perry Banen
Arizona Attorney General's Office, Bankruptcy
& Collection Enforcement Section
1275 West Washington Street
Phoenix, AZ  85007-1298

Mary Joanne Dowd
Christopher J. Giaimo, Jr.
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339

Julie Dien
AMROC Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY  10022

Ellen R. Doherty
UGI Utilities, Inc.
2121 City Line Road
P.O. Box 25148
Lehigh Valley, PA  18002-5148

Warren H. Smith
Warren H. Smith & Associates
325 N. Saint Paul Street
Suite 4080
Dallas, TX  75201-3830

Michael Itallie
U.S. Environmental Protection Agency
290 Broadway, 17th Floor
New York, NY  10007-1866

Steven J. Kherkher
Laurence G. Tien
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

John M. Deakle
Deakle Law Firm
802 North Main Street
P. O. Box 2072
Hattiesburg, MS  39403

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL  60607-5309

Daniel S. Mandel
Mandel, Weisman & Brodie, P.A.
2101 Corporate Boulevard, Suite 300
Boca Raton, FL  33431

Gary P. Lightman
Glenn A. Manochi
LIGHTMAN, MANOCHI & CHRISTENSEN
1520 Locust Street, 12th Floor
Philadelphia, PA  19102

Henry S. Friedman
John C. Cruden
U.S. Department of Justice
P. O. Box 7611
Washington, DC  20044

Greg Yochum
United States Steel LLC - Treasury Department
Room 1945, 600 Grant Street
Pittsburgh, PA  15219

Suzanne K. Torrey
USG Corporation
125 S. Franklin Street
Chicago, IL  60606

Robert J. Blumling
Brian W. Ashbaugh
Paul H. Minton
Bluming & Gusky, LP
1200 Koppers Building
Pittsburgh, PA  15219

Lance Palmer
Ted Willhite
Levinson Friedman, P.S.
Pacific Building, 720 - 3rd Avenue, Suite 1800
Seattle, WA  98104-1845

Zachary Mosner
Office of the Attorney General - Bankruptcy &
Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA  98164-1012

Paul M Matheny
Anthony J. Covacevich
Law Offices of Peter G. Angelos
5905 Harford Road
Baltimore, MD  21214-1846

Henry Gluckstern
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017

Robert B. Somers
Robert B. Somers, Attorney At Law
801 East Campbell Road, Suite 140
Richardson, TX  75081

Allan H. Ickowitz
Kathy K. Emanuel
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

J. Eric Schaal
USG Corporation
125 South Franklin Street
Chicago, IL  60606

Mary A. Martin
USG Corporation
125 South Franklin Street
Chicago, IL  60606

Edith Stuart Phillips
Office of the Texas Attorney General,
Bankruptcy & Collections Division
P. O. Box 12548 MC-008
Austin, TX  78711-2548

Steven T. Davis
Edmond M. George
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103

Steven B. Flancher
Assistant Attorney General
Revenue Division, First Floor Treasury Building
Lansing, MI  48922

Thomas C. Johnson
Assistant Attorney General
350 Ottawa NW, Suite 4-C
Grand Rapids, MI  49503

Timothy J. Murphy
Murphy & Tobin
4240 Blue Ridge Boulevard, Suite 410
Kansas City, MO  64133

W. Peter Ragan, Jr.
Ragan & Ragan
3100 Route 138 West, Brinley Plaza, Building
One
Wall, NJ  07719

Gina Baker Hantel
Commissioner of Revenue
Legal Services, 27th Floor
318 8th Avenue North
Nashville, TN  37243

James S Rankin
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Towers
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303

Martha E. Romero
Law Offices of Martha E. Romero & Associates
7743 S. Painter Avenue, Suite E
Whittier, CA  90602

Larry A. Feind
Georgia-Pacific Corporation
133 Peachtree Street, NE 7th Floor
P. O. Box 105605
Atlanta, GA  30303

Russell S. Bogue, III
Amy K. Alcoke
Hunton & Williams
600 Peachtree Street, N.E., Suite 4100
Atlanta, GA  30308-2216

Christopher R. Momjian
Office of the  Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Oscar B. Fears, III
Georgia Department of Revenue
40 Capitol Square, S.W.
Atlanta, GA  30334

Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Christopher G. Outlaw
Hunter Douglas Inc.
One Duette Way
Broomfield, CO  80020

H. Buswell Roberts, Jr.
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, OH  43624-1573

Jennifer L. Scoliard
Cozen O'Connor
Chase Manhattan Center
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Michael C. Moody
O'Rourke McCloskey & Moody
161 North Clark Street, Suite 2230
Chicago, IL  60601

Elaine Z. Cole
New York State Department of Taxation and
Finance
340 E. Main St.
Rochester, NY  14604

Robert J. Nelson
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA  94111-3339

Kate Wies
Litigation Administrator - Home Box Office
1100 Avenue of the Americas, 9th Floor
New York, NY  10036-6737

Dixie Young
REXEL ESD
7380 Convoy Court
San Diego, CA  92111

Neil H. Herskowitz
Elliot H. Herskowitz
Regen Capital I, Inc.
Planetarium Station
P. O. Box 626
New York, NY  10024-0540

John M. Drews
Drews & Associates, P.C.
1410 Bradley Court
Downers Grove, IL  60516

Dorian Daley
Associate General Counsel
Oracle Corporation
500 Oracle Parkway, Mail Stop 5op7
Redwood City, CA  94065

Sean Haas
Citadel Investment Group LLC
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

Robert W. Bollar
Southern Counties Old Co.
1800 West Katella Avenue, Suite 400
P. O. Box 4159
Orange, CA  92863-4159

William F. Taylor
McCarter & English, LLP
PO Box 111
919 N. Market Street, Suite 1800
Wilmington, DE  19899

Sherwin P. Robin
Robin and Weiss, P.A.
P. O. Box 9541
Savannah, GA  31412-9541

Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
Suite 200, 1601 East Racine Avenue
P. O. Box 558
Waukesha, WI  53187

Joseph E. Chovanes
Michael J. Barrie
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Lynn J. Bodi
Stafford Rosenbaum LLP
3 South Pickney Street, Suite 1000
P. O. Box 1784
Madison, WI  53701-1784

Leonard P. Goldberger
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

Joan E. Pilver
Assistant Attorney General
55 Elm Street, Fifth Floor
P.O. Box 120
Hartford, CT  06141-0120

Jay W. Hurst
Assistant Attorney General, Bankruptcy &
Collections Division
P. O. Box 12548
Austin, TX  78711-2548

Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
26990
Austin, TX  78755

Charles E. Gibson, III
620 North Street, Suite 100
Jackson, MS  39202

Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX  77002

Sal Boscia
StorageTek Financial Services Corporation
1000 So. McCaslin Boulevard
Superior, CO  80027

Dean M. Trafelet
9130 Wild Lane
P. O. Box 518
Baileys Harbor, WI  54202

Thomas A. Lee III
Becket & Lee, LLP
P. O. Box 3001
Malvern, PA  19355-0701

Neil Berger
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119

Richard Blackstone Webber, II
Richard Blackstone Webber II, P.A.
320 Maitland Avenue
Altamonte Springs, FL  32701

Tracy C. Wooden
Wooden, Ray, Fulton & Scarborough, P.C.
737 Market Street, Suite 620
Chattanooga, TN  37402

Richard G. Ziegler
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL  60603

Danni L. Jorenby
Department of Workforce Development,
Division of Unemployment Insurance
201 East Washington Avenue
P. O. Box 8914
Madison, WI  53708-8914

Michelle T. Sutter
Assistant Attorney General, Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Stacy Dezi
Michael C. Rupe
Jones Day
77 West Wacker
Chicago, IL  60601-1692

Michael J. Crames
Andress A. Kress
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Dawn Saiger
Peter D. Russin
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, FL  33131

General Counsel
Enron Energy Services
1400 Smith Street, EB 0889
Houston, TX  77002

Terry Goddard
Robert P. Hall
Arizona's Attorney General's Office, Bankruptcy
& Collection Enforcement Section
1275 West Washington Street
Phoenix, AZ  85007-1298

James G. Gereghty, Jr.
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY   10179

Daniel J. DeFranceschi
Paul N. Heath
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE  19899

Jeffrey Tew
Thomas Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman
 DeMaria Tague Raymond & Levine L.L.P.
201 South Biscayne Blvd., Suite 2600
Miami, FL  33131

SAFELITE CLASS
PO Box 740933
Dallas, TX  75374

Maggie S. Soboleski, Esq.
Klehr, Harrison, Harvey, Branzburg &
 Ellers LLP
260 South Broad Street
Philadelphia, PA  19102

Marvin E. Clements, Jr.
C/o TN Attorney General's Office
Bankr. Unit
PO Box 20207
Nashville, TN  37202-0207

Michael J. Kopsick
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
PO Box K
Vernon, CT  0066-2181

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Ave., Suite 400
Towson, MD  21204

Terry A. Graffis, Vice President
National City Bank
1900 East Ninth Street
Locator 01-2136
Cleveland, OH  44114

Andrew Herenstein
Quadrangle Group LLC
375 Park Ave., 14th Floor
New York, NY  10152

L. Scott Patton, Esq.
Walter C. Dunn, Esq.
The Boles Law Firm
1818 Avenue of America
PO Box 2065
Monroe, LA  71207-2065

Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436

John D. Cooney
Cooney & Conway
120 N. LaSalle Street, 30th Floor
Chicago, IL  60602

Daniel M. Glosband, P.C.
Peter D. Bilowz, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

The Honorable Joy Flower Conti
United States District Court
Western District of Pennsylvania
Seventh Avenue & Grant St.
Courtroom 9, 9th Floor
Pittsburgh, PA 15219
**VIA FEDERAL EXPRESS**

Mike Cox
Rose A. Houk
Office of the Attorney General
Labor Division, Workers' Compensation Section
P. O. Box 30217
Lansing, MI  48909

Rathna Chikkalingaiah, Esq.
Central States, Southeast and
Southwest Areas Pension Fund
Legal Department
9377 West Higgins Road
Rosemont, IL 60018-4938

Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595

Timothy J. Weiler
727-B North Market Street
Wilmington, DE  19801

Harry E. Keil
Central States, Southeast and Southwest
Areas Pension Fund
Delinquent Accounts
9377 West Higgins Road
Rosemont, IL  60018-4938

Empire State Pipeline
Attn:  David W. Ritz, Esq.
6363 Main Street
Williamsville, NY  14221

Kforce Inc.
Attn:  Roger Hammond
1001 East Palm Avenue
Tampa, FL  33605

{D0008124:1 }

Christopher Loizides, Esq.
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801
**VIA HAND DELIVERY**

Brett Fallon, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Fl
P.O. Box 2306
Wilmington, DE 19899
**VIA HAND DELIVERY**

{D0008124:1 }