**VIA E-MAIL –**

Frank_J_Perch@usdoj.gov
usg@jonesday.com
usg@rlf.com
kpasquale@stroock.com
dwildes@stroock.com
mlastowski@duanemorris.com
sbaena@bilzin.com
jsakalo@bilzin.com
syoder@bayardfirm.com
Ei@capdale.com
pvnl@capdale.com
dtrafelet@dcwis.com
mcrames@kayescholer.com
akress@kayescholer.com
ncremona@kayescholer.com
Jpatton@YCST.com
szieg@Ycst.com