IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: USG CORPORATION ) | |
| a Delaware Corporation, et al, ) | Chapter 11 |
| ) | Civil Action No. 04-1560 |
| ) | |
| DEBTOR ) | |

**<u>ORDER</u>**

Conti, District Judge.

AND NOW, this 22nd day of March 2005, upon consideration of the Joint Request for Briefing Schedule re: Discovery Dispute, the request will be granted, and it is, accordingly, hereby ORDERED as follows:

1. Simultaneous briefs addressing the need for and proper scope of discovery, if any, before the Estimation-Methodology Hearing shall be filed on or before Tuesday, April 26, 2005.

2. Simultaneous responses to the briefs shall be filed on or before Thursday, May 26, 2005.

3. Oral argument will be held before the Honorable Joy Flowers Conti on **Monday, June 13, 2005** at **2:00 pm** in Room 936, Ninth Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Counsel of Record