**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------:
IN RE:                                          :
                                                :      Chapter 11
USG CORPORATION, et al.,                        :
                                                :      Case Nos. 01-2094 (JKF)
                                                :      (Jointly Administered)
                         Debtors.               :
------------------------------------------------:
USG CORPORATION, et al.,                        :
                                                :
                         Movant                 :
                                                :
          v.                                    :      C.A. No. 04-1560 (JFC)
                                                :
OFFICIAL COMMITTEE OF                           :
ASBESTOS PERSONAL INJURY                        :
CLAIMANTS, OFFICAL COMMITTEE:
OF UNSECURED CREDITORS,                         :
OFFICIAL COMMITTEE OF                           :
ASBESTOS PROPOERTY DAMAGE                       :
CLAIMANTS AND LEGAL                             :
REPRESENTATIVE FOR FUTURE                       :
CLAIMANTS,                                      :
                                                :
                         Respondents.           :
```

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on May

26, 2005, I caused a copy of the foregoing *Joint Reply to Debtors' Brief Regarding*

*Request for Discovery in Advance of Hearing on Issues to be Considered in Estimation* to

be served upon the attached service list via First Class Mail unless otherwise indicated.



/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)

Dated:  May 26, 2005

{D0038821:1 }