District Court Service List
04-1560

Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Jones Day
77 W Wacker Drive
Chicago, IL 60601
usg@jonesday.com

Ken Pasquale, Esq.
Denise K. Wildes, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY   10038-4982
kpasquale@stroock.com
dwildes@stroock.com

Scott Baena
Jay Sakalo
Bilzin Sumberg Baena Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL   33131-2336
sbaena@bilzin.com
jsakalo@bilzin.com

**VIA HAND DELIVERY**
Frank J. Perch, III
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801
Frank_J_Perch@usdoj.gov

**VIA HAND DELIVERY**
Daniel J. DeFranceschi
Paul N. Heath
Richards, Layton & Finger, P.A.
One Rodney Square
PO Box 551
Wilmington, DE   19899
usg@rlf.com

**VIA HAND DELIVERY**
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE   19801-1246
mlastowski@duanemorris.com

**VIA HAND DELIVERY**
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE   19801
syoder@bayardfirm.com

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY   10022-4614
Ei@capdale.com

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC   20005-5802
pvnl@capdale.com

Dean M. Trafelet
9130 Wild Lane
P. O. Box 518
Baileys Harbor, WI   54202
dtrafelet@dcwis.com

Michael J. Crames
Andress A. Kress
Kaye Scholer LLP
425 Park Avenue
New York, NY   10022
mcrames@kayescholer.com
akress@kayescholer.com
ncremona@kayescholer.com

**VIA HAND DELIVERY**
James L. Patton
Sharon Zieg
Young Conaway Stargatt & Taylor, LLP
PO Box 391
1000 West Street, 17th Floor
Wilmington, DE   19899
Jpatton@YCST.com
szieg@Ycst.com

Stephen C. Neal
Gordon C. Atkinson
Scott D. Devereaux
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

The Honorable Joy Flower Conti
United States District Court
Western District of Pennsylvania
U.S. Post Office & Courthouse
Seventh Avenue & Grant St.
Courtroom 9, 9th Floor
Pittsburgh, PA 15219

{D0038818:1 }