**3**

```
            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE

In re:                     )  Chapter 11
                           )  Case No. 00-04471 (RJN)
ARMSTRONG WORLD INDUSTRIES,)  Jointly Administered
INC., et al.,              )
                           )        COPY
              Debtors.     )


                           Thursday, September 26, 2002
                           8:00 a.m.
                           Courtroom 2A


                           844 King Street
                           Wilmington, Delaware

BEFORE:  THE HONORABLE RANDALL J. NEWSOME
         United States Bankruptcy Court Judge

APPEARANCES:


    WEIL, GOTSHAL & MANGES, LLP
    BY:  DEBRA DANDENEAU, ESQ.

          and

    KIRKLAND & ELLIS
    BY:  DAVID BERNICK, ESQ.
    BY:  KENNETH BASS, ESQ.
    BY:  STEPHEN HACKNEY, ESQ.
    BY:  BRETT BAKKE, ESQ.

          and

    SPRIGGS & HOLLINGSWORTH
    BY:  PATRICK HARKINS, ESQ.

                    Counsel for the Debtors
```

Hawkins Reporting Service
715 King Street - Wilmington, Delaware  19801
(302) 658-6697

USG B 0075

1    when you have to do something to clean up.

2                Whether you have to go in and do an

3    extensive cleaning or you have to -- removal is

4    the ultimate answer, because you can put band-aids

5    on this problem.  You can clean it up.

6                You can wash it.  You can do the

7    walls if you have a release.

8                You can put thick layers of wax to

9    keep the asbestos in.  But, ultimately, this stuff

10   has to be removed in order to remove the problem.

11                Your Honor, I'm going to rest so

12   that we can get on with the evidence.

13                THE COURT:  All right.

14                Mr. Bernick, would you like to call

15   your first witness?

16                MR. BERNICK:  Yes.  Mr. Bass will

17   be handling the examination of our first witness.

18                THE COURT:  All right.  Fine.

19                MR. BASS:  Good morning, Your

20   Honor.  Our first witness we'll be calling is

21   Dr. William Hughson.

22                THE CLERK:  Please place your hand

23   on the Bible and state your name for the record.

24                THE WITNESS:  My name is William

USG B 0076

1  George Hughson.

2

3                    WILLIAM G. HUGHSON, Ph.D.,

4              the deponent herein, having first

5              been duly sworn on oath, was

6              examined and testified as follows:

7              THE CLERK:  Thank you.  You may be

8  seated.

9              DIRECT EXAMINATION

10 BY MR. BASS:

11    Q.    Good morning, Dr. Hughson.

12    A.    Good morning.

13    Q.    Could you just tell the Court -- we're

14 going to go through some of your background and

15 qualifications fairly quickly.  But if you could

16 just tell the Court where you got your medical

17 education.

18    A.    Medical School in Calgary, Roberta,

19 Canada.  University of Calgary.

20    Q.    When did you get your medical degree?

21    A.    1973, Calgary.

22    Q.    And did you have any other postgraduate

23 degrees?

24    A.    Yes.  I have a doctorate of philosophy in

USG B 0077

1  epidemiology from Oxford University.

2      Q.    And what was the basis on which you went

3  to Oxford?

4      A.    I was a road scholar.

5      Q.    And could you tell the Court a little bit

6  about your medical training, residency, and

7  fellowships, and so forth?

8      A.    I did an internship at McGill University

9  in Montreal from 1973 to '74.  My Ph.D. in Oxford

10 interrupted my clinical training.

11                I was at Oxford from 1974 to '77.

12 Came back to Montreal and did two years more of

13 residency.

14                And became board certified in

15 internal medicine, both in Canada and the U.S. in

16 1979.

17                Moved to San Diego in 1979 and did a

18 three-year fellowship in pulmonary diseases from

19 1979 to 1982.

20                Became board certified in pulmonary

21 medicine in 1982.  I've been on the faculty of

22 University of California, San Diego since 1982.

23                And basically started occupational

24 medicine as a separate -- separate program there

USG B 0078

1   that began when I was a fellow.  Then I started an

2   asbestos program at the shipyards in San Diego.

3               I decided if I was going to be

4   credible in occupational medicine, I needed to

5   become certified.  I took additional course work

6   and took the test, and became board certified in

7   occupational medicine in 1987.

8       Q.   All right.  And just so I'm clear, I

9   think you listed three board certifications; is

10  that right?

11      A.   Yes.

12      Q.   What are those?

13      A.   Internal medicine, pulmonary medicine,

14  occupational medicine.

15      Q.   All right.  What is your current position

16  at the University of California, San Diego?

17      A.   I'm a clinical professor of medicine, and

18  I'm the director of the UCS, the Center for

19  Occupational and Environmental Medicine.

20      Q.   Could you tell the Court a little bit

21  about your responsibilities as the director of the

22  clinic?

23      A.   It's a mix.  We're now the second most

24  active outpatient program after the emergency

USG B 0079

1    department.

2                And I have a fairly large staff, so

3    I have administering duties.  I have clinical

4    duties where I see patients.

5                That's both in occupational medicine

6    as well as just general nonoccupational patients.

7    I teach, and I do some research.

8        Q.    And specifically, in relation to

9    asbestos, does any of your work, either in

10   teaching or in the clinic, interact with issues

11   concerning asbestos?

12       A.    Yes.  I've had a long interest in

13   asbestos going back to 1980.  So, certainly, many

14   of my cases are related to asbestos.

15               However, many are not.  In the real

16   world, asbestos-related problems are a relatively

17   minor component.  Things like asthma and other

18   types of lung disease are much more common.

19       Q.    Have you published any articles in the

20   medical literature?

21       A.    About 30.

22       Q.    And do any of those relate to asbestos?

23       A.    A couple of them are, yes.

24       Q.    And at this point, I would -- let me ask

USG B 0080

1    you this --

2                   MR. BASS:    Can I approach the

3    witness, Your Honor?

4                   THE COURT:    Yes.

5    BY MR. BASS:

6       Q.    This is Armstrong, AWI Hearing Exhibit V.

7                   Dr. Hughson, can you just identify

8    for the record what Exhibit V is?

9       A.    It's a copy of my CV.

10      Q.    All right.

11                  MR. BASS:    Your Honor, at this

12   point, Armstrong would move the admission of

13   Dr. Hughson's CV.

14                  MR. REICH:    No objection, Your

15   Honor.

16                  THE COURT:    It's admitted.

17   BY MR. BASS:

18      Q.    Now, Dr. Hughson, do you keep abreast of

19   the medical literature on asbestos?

20      A.    I try.

21      Q.    Could you just describe the time period

22   that you've done that and how you go about it?

23      A.    Nowadays, we just use the computer.    It's

24   easy to fire up a search of the National Library

USG B 0081

1              What are they talking about?  I'm
2  interested in long, respirable, and durable
3  fibers.
4              That's what I care about.  That's
5  what causes disease.
6              Some glob of vinyl or asphalt may or
7  may not be respirable is not what I'm worried
8  about.
9      Q.   And do you, as an expert in epidemiology
10  and occupational diseases caused by asbestos, do
11  you have any basis on which you could translate
12  data that's reported in structures into risk?
13      A.   Not in the literature that's out there
14  that's being done for the last 50 years, no.
15      Q.   You're not aware today of anybody who's
16  come up with a way to translate structures into
17  fibers per cc year?
18      A.   I think to specify, in terms of settled
19  dust, I'm not aware of any -- anyone who has tried
20  or is validly trying to use settled dust in -- as
21  an index of risk.
22              MR. REICH:   Objection, Your Honor,
23  Dr. Hughson has not been qualified as an expert on
24  settled dust methodology.

USG B 0082

```
 1  State of Delaware  )
                       )
 2  New Castle County  )

 3

 4

 5

 6            CERTIFICATE OF REPORTER

 7

 8         I, Heather M. Alford, Registered

 9  Professional Reporter and Notary Public, do hereby

10  certify that the foregoing record, Pages 1 to 470

11  inclusive, is a true and accurate transcript of my

12  stenographic notes taken on September 26, 2002, in

13  the above-captioned matter.

14

15      IN WITNESS WHEREOF, I have hereunto set my

16  hand and seal this 7th day of October, 2002, at

17  Wilmington.

18

19

20  _____

21            Heather M. Alford, RPR

22

23

24
```

USG B 0083