## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **USG CORPORATION,** | : | |
| a Delaware corporation, et al., | : | **Jointly Administered** |
| | : | **Case No. 01-2094 (JKF)** |
| **Debtors.** | : | |
| | : | |
| **USG CORPORATION, et al.,** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 04-1559 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | **Civil Action No. 04-1560 (JFC)** |
| **ASBESTOS PERSONAL INJURY** | : | |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |
| **USG CORP. and UNITED STATES** | : | |
| **GYPSUM COMPANY,** | : | |
| | : | |
| **Plaintiffs** | : | **Adversary Case No. 01-08932 (JFC)** |
| | : | |
| v. | : | |
| | : | |
| **THE CENTER FOR CLAIMS** | : | |
| **RESOLUTION, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 13, 2005 AT 2:00 P.M. [1]

1. Joint Request for Briefing Schedule Regarding Discovery Dispute [Docket No. 7 – filed March 11, 2005]

---

[1] Any party who wishes to monitor the hearing telephonically should contact Ann Jerominski (jerominski@rlf.com) by June 10, 2005.

RLF1-2881784-1

Opening Briefs:

A.  Debtors' Brief Regarding Request for Discovery in Advance of Hearing on Issues to be Considered in Estimation [Docket No. 10 – filed April 26, 2005]

B.  Joint Statement of the Asbestos Personal Injury Creditors Committee and the Legal Representative for Future Asbestos Claimants Regarding Discovery in Advance of Hearing on Methodology for Asbestos Personal Injury Estimation [Docket No. 11 – filed April 26, 2005]

Reply Briefs:

C.  Joint Reply Brief of the Official Committee of Asbestos Personal Injury Claimants and the Legal Representative for Future Asbestos Claimants to Debtors' Brief Regarding Request for Discovery in Advance of Hearing on Issues to be Considered in Estimation and in Further Support of the Request for Discovery [Docket No. 14 – filed May 26, 2005]

D.  Response of the Statutory Committee of Equity Security Holders to the Joint Statement of the Asbestos Personal Injury Creditors Committee and the Legal Representative for Future Asbestos Claimants Regarding Discovery in Advance of Hearing [Docket No. 15 – filed May 26, 2005]

E.  Debtors' Response to the Joint Statement of the Asbestos Personal Injury Creditors Committee and the Legal Representative for Future Asbestos Claimants Regarding Discovery in Advance of Hearing on Methodology for Asbestos Personal Injury Estimation [Docket No. 16 – filed May 26, 2005]

Related Documents:

a.  Debtors' Decisional Tree, Discovery Plan and Timeline Regarding Asbestos Personal Injury Estimation and Debtors' Voting Rights Motion [Docket No. 5 – filed February 14, 2005]

b.  Estimation Decisional Tree of the Official Committee of Asbestos Personal Injury Claimants and the Legal Representative for Future Asbestos Personal Injury Claimants [Docket No. 6 – filed February 14, 2005]

c.  Scheduling order [Docket No. 12 – filed May 10, 2005]

d.  Appendix to Debtors' Response to the Joint Statement of the Asbestos Personal Injury Creditors Committee and the Legal Representative for Future Asbestos Claimants Regarding Discovery in Advance of Hearing on Methodology for Asbestos Personal Injury Estimation (Volume 1 of 2) [Docket No. 17 – filed May 26, 2005]

e.  Appendix to Debtors' Response to the Joint Statement of the Asbestos Personal Injury Creditors Committee and the Legal Representative for Future Asbestos Claimants Regarding Discovery in Advance of Hearing on Methodology for

      Asbestos Personal Injury Estimation (Volume 2 of 2) [Docket No 18 – filed May 26, 2005]

      Status:      The oral argument regarding this matter will go forward.

2. Motion to Refer Adversary Proceeding Back to the Delaware Bankruptcy Court [USBC Adv. Pro. #01-08932 - Docket # 45]

      Response/Objection Deadline:      May 20, 2005 at 4:00 p.m.

      Responses/Objections Received:

    A.    Joinder of the Official Committee of Unsecured Creditors, as Intervenor-Plaintiff, in Motion to Refer Adversary Proceeding Back to the Delaware Bankruptcy Court [USBC Adv. Pro. #01-08932 - Docket # 46]

    B.    The Center for Claims Resolution, Inc.'s Response to the Debtors' Motion to Refer Adversary Proceeding Back to Delaware Bankruptcy Court [USBC Adv Pro. #01-08932 – Docket #47]

      Status:      The hearing on this matter will go forward.

Dated: June 6, 2005
Wilmington, Delaware

                              /s/ *Paul N. Heath*
                              Daniel J. DeFranceschi (No. 2732)
                              Paul N. Heath (No. 3704)
                              Jason M. Madron (No. 4431)
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              P. O. Box 551
                              Wilmington, Delaware 19899
                              (302) 651-7700

                              -and-

                              David G. Heiman (OH I.D. 0038271)
                              JONES DAY
                              North Point, 901 Lakeside Avenue
                              Cleveland, Ohio 44114

                              Brad B. Erens (IL I.D. 6206854)
                              JONES DAY
                              77 West Wacker
                              Chicago, Illinois 60601
                              (312) 782-3939

                              -and-

Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000

Counsel for Debtors and Debtors in Possession

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, I electronically filed *Notice of Agenda of Matters Scheduled for Hearing on June 13, 2005 at 2:00 p.m.* with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

| | |
|---|---|
| **Steven T. Davis**<br>steven.davis@obermayer.com | **Michael R. Lastowski**<br>mlastowski@duanemorris.com |
| **Marla Rosoff Eskin**<br>meskin@camlev.com | **Christopher D. Loizides**<br>loizides@loizides.com |
| **Brett D. Fallon**<br>bfallon@morrisjames.com | **Christopher A. Ward**<br>bankserve@bayardfirm.com<br>cward@bayardfirm.com |
| **Paul N. Heath**<br>heath@rlf.com; rbgroup@rlf.com | |

I hereby certify that on June 6, 2005, I caused a copy of the *Notice of Agenda of Matters Scheduled for Hearing on June 13, 2005 at 2:00 p.m.* to be served via e-mail upon the attached *Service List*[1].

    /s/ *Paul N. Heath*
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, Delaware 19899-0551
Phone:  302-651-7700
Fax:  302-651-7701
E-mail:  heath@rlf.com

---

[1] As defined in and in accordance with *Order Establishing Case Management and Scheduling Procedures for All Matters in the Above-Captioned Bankruptcy Cases Which the Reference has been Withdrawn from the United States Bankruptcy Court for the District of Delaware to the United States District Court for the District of Delaware* [Docket No. 8 in Case #04-1560; Docket No. 6 in Case #04-1559 – entered March 23, 2005]