UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
---------------------------------------------------------x
In re:                                         :
                                               :        Chapter 11
USG CORPORATION                                :
a Delaware corporation, et al.,                :
                                               :        Jointly Administered
              Debtors.                         :        Case No. 01-2094 (JKF)
---------------------------------------------------------x
USG CORPORATION, et al.,                       :
                                               :
              Movant                           :
                                               :
       v.                                      :        Civil Action No. 04-1560 (JFC)
                                               :
OFFICIAL COMMITTEE OF                          :
ASBESTOS PERSONAL INJURY                       :
CLAIMANTS, et al.,                             :
                                               :
              Respondents.                     :
---------------------------------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a copy of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE (D.I. 20)** of David A. Hickerson was caused to be served on June 13, 2005, in the manner indicated, upon the entities identified on the attached service list.

Dated: June 13, 2005                       MORRIS, NICHOLS, ARSHT & TUNNELL

                                           */s/ Daniel B. Butz*
                                           Robert J. Dehney (No. 3578)
                                           Daniel B. Butz (No. 4227)
                                           1201 North Market Street
                                           Post Office Box 1347
                                           Wilmington, Delaware 19899-1347
                                           Telephone: (302) 658-9200
                                           Facsimile: (302) 658-3989

                                           Proposed Counsel to Statutory Committee of
                                           Equity Security Holders

469718