## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| USG CORP. and UNITED STATES GYPSUM COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1559 Civil Action No. 04-1560 |
| v. | ) ) | Adv. Pro. No. 01-08932 |
| THE CENTER FOR CLAIMS RESOLUTION, INC., et al., | ) ) ) | (Bk. Case No. 01-2094 et al.) (USG Corp.) |
| Defendants. | ) ) ) | |

## ORDER REFERRING ADVERSARY PROCEEDING
## BACK TO THE DELAWARE BANKRUPTCY COURT

This matter coming before the Court on the Motion to Refer Adversary Proceeding Back to the Bankruptcy Court (the "Motion") filed by the Plaintiffs USG Corporation and United States Gypsum Company (the "Plaintiffs" or the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:[1]

The Motion is GRANTED in its entirety.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

DLI-5926496v1

Pursuant to 28 U.S.C. § 157(a), the entire Adversary Proceeding is referred to the

Bankruptcy Court, the Honorable Judith K. Fitzgerald presiding.


Dated: July 1, 2005                                  /s/Joy Flowers Conti
                                                     Hon. Joy Flowers Conti
                                                     UNITED STATES DISTRICT JUDGE

Case 1:04-cv-01560-JFC   Document 23   Filed 07/06/2005   Page 2 of 2

DLI-5926496v1