UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                  :
                                        :    Chapter 11
USG CORPORATION                         :
a Delaware corporation, et al.,         :
                                        :    Jointly Administered
              Debtors.                  :    Case No. 01-2094 (JKF)
------------------------------------------------------x
USG CORPORATION, et al.,                :
                                        :
              Movant                    :
    v.                                  :
                                        :    Civil Action No. 04-1559 (JFC)
OFFICIAL COMMITTEE OF                   :    Civil Action No. 04-1560 (JFC)
ASBESTOS PERSONAL INJURY                :
CLAIMANTS, et al.,                      :
                                        :
              Respondents.              :
------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 14, 2005, copies of the **Statutory Committee Of Equity Security Holders' Disclosures Pursuant To Court's June 13, 2005 Order** were served in the manner indicated upon the parties identified on the attached service lists in accordance with the Modified Revised Order Establishing Case Management And Scheduling Procedures And Superceding Five Prior Orders Related Thereto (D.I. 8796).

Dated: Wilmington, Delaware
       July 14, 2005

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        _____
                                        Robert J. Dehney (No. 3578)
                                        Daniel B. Butz (No. 4227)
                                        Curtis S. Miller (No. 6258)
                                        1201 North Market Street
                                        Post Office Box 1347
                                        Wilmington, Delaware  19899-1347
                                        Telephone:  (302) 658-9200
                                        Facsimile:  (302) 658-3989

                                        -and-

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Statutory
Committee of Equity Security Holders

474197