## CERTIFICATE OF SERVICE

I hereby certify that on **July 14, 2005,** I electronically filed a true and correct copy of

**ACC's and FCR's Proposed List of Witnesses to be Called at the Estimation Hearing in**

**Their Case-in-Chief Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and the Court's Directives at**

**the June 13 Hearing,** with the Clerk of the Court using CM/ECF, which will send notification

that such filing is available for viewing and downloading to the following counsel of record:

Steven T. Davis, Esq.
Obermeyer Rebmann Maxwell & Hippel
1617 JFK Blvd., One Penn Center, 19th Floor
Philadelphia, PA 19103
steven.davis@obermayer.com

Brett D. Fallon, Esq.
222 Delaware Ave, 10th floor
P.O.Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com

Paul N. Heath, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
heath@rlf.com, rbgroup@rlf.com

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

Christopher A. Ward, Esq.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
bankserve@bayardfirm.com
cward@bayardfirm.com

Daniel B. Butz, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
dbutz@mnat.com

Marla R. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com

I further certify that on **July 14, 2005,** I caused the **ACC's and FCR's Proposed List of Witnesses to be Called at the Estimation Hearing in Their Case-in-Chief Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and the Court's Directives at the June 13 Hearing**, to be served by email on the following counsel of record:

> Daniel J. DeFranceschi, Esq.
> Paul N. Heath, Esq.
> Richards Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19801
> (Delaware Counsel to the Debtors)
> usg@rlf.com
> defranceschi@rlf.com
> heath@rlf.com
>
> David Klauder, Esq.
> Office of the United States Trustee
> 844 King Street, Suite 2313
> Wilmington, DE 19801
> (Office of the United States Trustee)
> david.klauder@usdoj.gov
>
> Michael R. Lastowski, Esq.
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801
> (Delaware Counsel to Official Committee of Unsecured Creditors)
> mlastowski@duanemorris.com
>
> Steven M. Yoder, Esq.
> The Bayard Firm
> 222 Delaware Avenue, Suite 900
> Wilmington, DE 19801
> (Delaware Counsel to the Official Committee of Asbestos
> Property Damage Claimants)
> syoder@bayardfirm.com

Marla R. Eskin, Esq.
Kathleen Campbell, Esq.
Aileen F. Maguire, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Delaware Counsel to the Official Committee of Asbestos
Personal Injury Claimants)
meskin@del.camlev.com
kcampbell@camlev.com
amaguire@camlev.com

Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Curtis S. Miller, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
(Delaware Counsel to Statutory Committee of Equity Security Holders)
rdehney@mnat.com
dbutz@mnat.com
cmiller@mnat.com

I further certify that on **July 14, 2005,** I served the **ACC's and FCR's Proposed List of Witnesses to be Called at the Estimation Hearing in Their Case-in-Chief Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and the Court's Directives at the June 13 Hearing,** on the following non-registered participants in the manner indicated below:

BY EMAIL:

        Brad B. Erens, Esq.
        Ilana N. Glazier, Esq.
        Jones Day
        77 W. Wacker Drive
        Chicago, IL 60601
        (Counsel to the Debtors)
        bberens@jonesday.com
        iglazier@jonesday.com
        usg@jonesday.com

        Lewis Kruger, Esq.
        Denise K. Wildes, Esq.
        Kenneth Pasquale, Esq.
        Stroock & Stroock & Lavan LLP
        180 Maiden Lane
        New York, NY 10038
        (Counsel to Official Committee of Unsecured Creditors)
        lkruger@stroock.com
        dwildes@stroock.com
        kpasquale@stroock.com

        Scott L. Baena, Esq.
        Jay M. Sakalo, Esq.
        Bilzin Sumberg Baena Price & Axelrod LLP
        2500 First Union Financial Center
        200 S. Biscayne Blve., Suite 2500
        Miami, FL 33131
        (Counsel to Offiicial Committee of Asbestos
        Property Damage Claimants)
        sbaena@bilzin.com
        jsakalo@bilzin.com

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022
(Counsel to the Official Committee of Asbestos
Personal Injury Claimants)
ei@capdale.com

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
1 Thomas Circle NW
Washington, DC 20005
(Counsel to the Official Committee of Asbestos
Personal Injury Claimants)
 pvnl@capdale.com

Dean M. Trafelet
9130 Wild Lane
P.O. Box 518
Baileys Harbor, WI 54202
(Legal Representative for Future Claimants)
dtrafelet@dswis.com

Nicholas J. Cremona, Esq.
Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel to Legal Representative for Future Claimants)
ncremona@kayescholer.com
akress@kayescholer.com

Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(Counsel to Statutory Committee of
Equity Security Holders)
martin.bienenstock@weil.com
Judy.liu@weil.com
robert.lemons@weil.com

Ralph Miller, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(Counsel to Statutory Committee of
Equity Security Holders)
ralph.miller@weil.com

David Hickerson, Esq.
Weil, Gotshal & Manges LLP
1501 K Street, NW
Suite 100
Washington, D.C. 20005
(Counsel to Statutory Committee of
Equity Security Holders)
david.hickerson@weil.com

Julie T. Friedman, Esq.
Victoria Vron, Esq.
Robert Gee, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Counsel to Statutory Committee of
Equity Security Holders)
julie.friedman@weil.com
victoria.vron@weil.com
robert.gee@weil.com

Stephen C. Neal, Esq.
Gordon C. Atkinson, Esq.
Scott D. Devereaux, Esq.
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(Special Asbestos Counsel to Debtors)
devereauxsd@cooley.com
atkinsongc@cooley.com
nealsc@cooley.com

James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sean T. Greecher (No. 4484)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
eharron@ycst.com
sgreecher@ycst.com
bank@ycst.com

*Attorneys for the Legal Representative*