**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

USG CORPORATION
A Delaware Corporation, et al.

Debtors.

Case Nos. 01-2094 (JKF)

Jointly Administered

Chapter 11

USG CORPORATION, et al.

Movant,

v.

OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.

Respondents.

CIVIL ACTION NO. 04-CV-1559 ( JFC)

CIVIL ACTION NO. 04-CV-1560 (JFC)

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 14, 2005, the Official Committee of Asbestos Property Damage Claimants' (the "PD Committee"), by and through undersigned counsel, served copies of the **The Official Committee of Asbestos Property Damage Claimants' Initial Disclosures: Re Personal Injury Estimation** to be served on the attached list via E-mail notification and First Class U.S. mail in accordance with the Modified Revised Order Establishing Case Management and Scheduling Procedures and Superceding Five Prior Orders Related Thereto (D.I. 8796).

Dated: July 14, 2005

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo., Esquire
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
Telephone (305) 374-7580

-and-

THE BAYARD FIRM

Steven M. Yoder, Esq. (No. 3885)
Christopher A. Ward, Esq. (No. 3877)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Telephone (302) 655-5000

Co-Counsel for the Official Committee of Asbestos Property Damage Claimants

# USG Corporation

Brad Erens, Esquire
Ilana N. Glazer, Esquire
Jones, Day
77 West Wacker Drive, Suite 3500
Chicago IL 60601-1692
*Representing Debtors*

Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards Layton & Finger
One Rodney Square
P.O Box 551
Wilmington DE 19899
*Local Counsel for Debtor*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington DE 19801

Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York NY 10038-4982
*Official Committee of Unsecured Creditors*

Scott Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami FL 33131-2336
*Representing Committe Counsel*

Eric D Schwartz, Esq.
Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington DE 19899

Marla R. Eskin, Esquire
Kathleen J. Campbell
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington DE 19801
*Counsel for Committee of Personal Injury Claimants*

Dean M. Trafelet, Esquire
P.O. Box 518
9130 Wild Lane
Baileys Harbor WI 54202
*Legal Representative for Future Claimants*

Peter Van N. Lockwood, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Washington DC 20005-5802
*Counsel for Official Committee of Personal Injury Claimants*

Nicholas J. Cremona, Esquire
Andrew A. Kress, Esquire
Kaye Scholer LLP
425 Park Avenue
New York NY 10022
*Outside Counsel to Legal Representative for Future Claimants*

# USG Corporation

James L. Patton, Jr., Esquire
Sharon Zieg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
P.O. Box 391
1000 West Street, 17th Floor
Wilmington DE 19899-0391

*Delaware Counsel to Legal Respresentative for Future Claimants*

Martin Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil Gotshall & Manges
767 Fifth Avenue
New York NY 10153

*Counsel to the Statutory Committee of Equity Security Holders*