IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOY FLOWERS CONTI,
JUDGE                                                                        August 9, 2005

_____

)

USG CORPORATION, a Delaware                     )
Corporation, et al.,                                             )
                                                                         )
                         Debtors.                               )    Civil Action No. 04-1559
_____)                 04-1560

<u>NOTICE</u>

Counsel:

      Take notice that the Case Management Conference on Parties' Joint Discovery Plan scheduled in the above-captioned case for August 23, 2005 at 2:00 pm before the Honorable Joy Flowers Conti is rescheduled for **<u>Wednesday, September 20, 2005</u>** at **3:30 pm** in Courtroom 5A, Fifth Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania.  The debtors attorney's are responsible for notifying other parties of interest.

Sharon M. Conley
Courtroom Deputy to
Judge Conti

cc:

Brad B. Erens, Esq.
Jones Day
77 W. Wacker Drive
Chicago, IL 60601

Daniel B. Prieto, Esq.
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201

Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551

Wilmington, DE 19899

J. Michael Kelly
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580

Stephen C. Neal
Scott D. Devereaux
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Brady Green
Scott Milner
Morgan Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103

Simon Stern
Shea & Gardner
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Paul J. Filbin
Leydig Voit & Mayer LTD
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601

James N. Lawlor
Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Floor
Newark, NJ 07102

Denise Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Christopher D. Loizides
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2336

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802

Marla R. Eskin, Esq.
Kathleen J. Campbell, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Dean M. Trafelet
9130 Wild Lane
P. O. Box 518
Baileys Harbor, WI 54202

Michael J. Crames, Esq.
Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James L. Patton, Jr., Esq.
Sharon Zieg, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor

P. O. Box 391
Wilmington, DE 19899-0391

J. Kate Stickles
Saul, Ewing LLP
222 Delaware Ave
PO Box 1266
Wilmington, DE 19899-1266

Richard P.S. Hannum
Swartz Campbell Detweiler
919 Market Street
17th Floor
Wilmington, DE 19899

William David Sullivan
Elzufon Austin Reardon Tarlov& Mondell
300 Delaware Avenue
Suite 1700
Wilmington, DE 19801

Brett Fallon
Morris, James, Hitchens & Williams
222 Delaware Avenue
10th Floor
Wilmington, DE 19801

Elio Battista, Jr.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Stephen T. Davis
Obermayer Rebmann Maxwell & Hippel LLP
716 Tatnall Street
Wilmington, DE 19899

David Heiman
Jones, Day, Reavis & Pogue
901 Lakeside Avenue
Cleveland, O 44114

Elizabeth Magner
1100 Poydras Street, Suite 1806
New Orleans, LA 70163-1806

Frank J. Perch, III, Esq.

Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801