IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: : <br> : <br> USG CORPORATION, *et al.*, : <br> : <br> Debtors. : <br> : <br> USG CORPORATION, *et al.*, : <br> : <br> Movant, : <br> : <br> v. : <br> : <br> OFFICIAL COMMITTEE OF ASBESTOS : <br> PERSONAL INJURY CLAIMANTS, : <br> OFFICIAL COMMITTEE OF : <br> UNSECURED CREDITORS, OFFICIAL : <br> COMMITTEE OF ASBESTOS PROPERTY : <br> DAMAGE CLAIMANTS AND LEGAL : <br> REPRESENTATIVE FOR FUTURE : <br> CLAIMANTS, : <br> : <br> Respondents. : | Chapter 11 <br> Case No. 01-2094 (JKF) <br> Jointly Administered <br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 04-1559 (JFC) <br> Civil Action No. 04-1560 (JFC) |

### CERTIFICATE OF SERVICE

      I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on August 9, 2005, Adam VanGrack of Caplin & Drysdale, Chartered caused a copy of the *Asbestos Claimants' Committee's and the Legal Representative for Future Claimants' Joint First Set of Requests for Production of Documents Directed to the Debtors* to be served upon the individuals below in the manner indicated:

{D0047437:1 }

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Brad Erens, Esquire
bberens@jonesday.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Lewis Kruger, Esquire
lkruger@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

{D0047449:1 }

In addition, on August 10, 2005, I, Marla Rosoff Eskin, caused a copy of the above referenced document to be served upon the following individual via First Class Mail:

>Scott D. Devereaux
>Cooley Godward LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA 94306-2155

Dated: August 10, 2005      CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0047449:1 }