# EXHIBIT  A

August 13, 2005

# STEPHEN ELLIOTT FIENBERG

Current Position:    Maurice Falk University Professor of Statistics and Social Science
                     Carnegie Mellon University

Address:             Department of Statistics
                     Carnegie Mellon University
                     Pittsburgh, PA 15213

                     Telephone: (412) 268-2723
                     Fax: (412) 268-7828
                     e-mail: fienberg@stat.cmu.edu
                     Home Page: http://www.stat.cmu.edu/~fienberg/

Personal:            Born November 27, 1942, Toronto, Ontario, Canada
                     U.S. citizen

Education:           B.Sc. (Mathematics and Statistics), University of Toronto, 1964
                     A.M. (Statistics), Harvard University, 1965
                     Ph.D. (Statistics), Harvard University, 1968

## PROFESSIONAL CAREER:

Carnegie Mellon University:
>   Professor of Statistics and Social Science, 1980-1985;
>   Head, Department of Statistics, 1981-1984;
>   Dean of the College of Humanities and Social Sciences, 1987-1991;
>   Maurice Falk Professor of Statistics and Social Science, 1985-1991; 1992-1997.
>   Maurice Falk University Professor of Statistics and Social Science, 1997–.
>   Member, National Consortium for Violence Research, 1996–.
>   Center for Automated Learning and Discovery, School of Computer Science,
>       Member, 1997–; Acting Director, 2000-2001.
>   Center for Computer and Communications Security, Department of Electrical
>       and Computer Engineering (CyLab), Member, 2002–.
>   CMU-Pitt Biomedical Security Institute, Member, 2000–2002.

University of Neuchâtel, Switzerland: Statistics Group, Visiting Lecturer, 2000–.
Pontificia Universidad Catolica de Chile, Santiago, Chile: Departamento Estadistica,
>   Adjunct Professor, 1999–.

Laboratoire de Statistique, Centre de Recherche au Economie et Statistique,
>   Institut National de la Statistique et des Etudes Economiques, Paris, France:
>   Visiting Researcher, 2003-2004.

Statistics Netherlands: Visiting Senior Researcher, 1997.
York University:
>   Professor of Statistics and Law, 1991-1993;
>   Vice President (Academic Affairs), 1991-1993;
>   Fellow of Calumet and Bethune Colleges, 1992-1993;
>   Adjunct Professor of Mathematics and Statistics, 1993-1996.

Hebrew University: Jerusalem, Department of Statistics: Berman Visiting Professor, 1989-1990.
Center for Advanced Study in the Behavioral Sciences, Fellow, 1984-1985.
University of Pittsburgh: School of Law, Adjunct Professor, 1982-1983.
University of Lancaster (England): Center for Applied Statistics,
>   Social Science Research Council Senior Visiting Research Fellow, June-July, 1982.

1

University of Minnesota: Department of Applied Statistics, School of Statistics,
    Associate Professor, 1972-1976; Professor, 1976-1980;
    Chairman, Department of Applied Statistics, 1972-1978;
    Acting Director, Statistical Center, 1979-1980.
University of Newcastle upon Tyne (England): Science Research Council Research Fellow,
    Department of Statistics, Winter 1978.
Harvard University:
    Visiting Assistant Professor, Department of Statistics, Summer, 1969;
    Visiting Associate Director, Center for Analysis of Health Practices,
        School of Public Health, and Visiting Lecturer, Department of Statistics,1975-1976.
University of Chicago: Assistant Professor, Department of Statistics and Department of
    Theoretical Biology, 1968-1972.
Wellesley College: Department of Psychology, Instructor (part-time), 1968.


**PROFESSIONAL MEMBERSHIPS:**

    American Academy of Political and Social Science (Fellow)
    American Association for the Advancement of Science (Fellow)
    American Statistical Association (Fellow)
    Bernoulli Society for Mathematical Probability and Statistics
    Institute of Mathematical Statistics (Fellow)
    International Biometrics Society
    International Society for Bayesian Analysis
    International Statistical Institute
    Psychometric Society
    Royal Statistical Society (Fellow)
    Statistical Society of Canada


**HONORARY SOCIETIES AND ORGANIZATIONS:**

    National Academy of Sciences
    Sigma Xi
    Phi Kappa Phi, President of Carnegie Mellon Chapter, 1995-1996; 2000-2003.


**ACADEMIC VISITING COMMITTEES AND CONSULTANCIES:**

    University of Wisconsin, Statistical Laboratory: Consultant on traffic safety project, 1977-1978.
    University of Wisconsin, Department of Sociology: Member of Advisory Panel on 1940-1950 Census
        Public-Use Sample Project, 1978-1984.
    University of California, Berkeley: Nutrition CRSP; Consultant and Chair of Statistical
        Advisory Committee, 1984-1987.
    Educational Testing Service: Visiting Panel on Research, Member, 1987-1990.
    Columbia University: Advisory Committee for Department of Statistics, 1987-1988.
    University of Pittsburgh: Board of Visitors for the Graduate School of Public Health, 1988-1995.
    Carnegie Mellon University: Software Engineering Institute, Software Process Program:
        Member of Advisory Board, 1988-1991.
    Ohio State University: External Review Committee for Department of Statistics, Member, 1991.
    Iowa State University: Visiting Committee for Department of Statistics, Member, 1991.
    Georgia Institute of Technology: Consultant for Creation of Program in Statistics, 1991.
    Pratt Institute: Co-chair of Commission on Arts and Science, 1992-1993.
    University of Illinois, Chicago: Visiting Committee for Department of Mathematics, Statistics,
        and Computer Science, 1993.
    Harvard University: Member of Board of Overseers' Committee to Visit the Department
        of Statistics, 1996-2006; Chair 2003-2006.

Carnegie Mellon University–University of Pittsburgh Biomedical Security Institute,
        Member of Board of Governors, 2000–2001.
Northwestern University: External Reviewer for Department of Statistics, 2001.
University of Washington: External Reviewer for for the Center for Statistics and the Social
        Sciences, 2003.
Indiana University: Chair of External Review Committee for the Department of Statistics, 2005.
Brandeis University, Member of Technical Advisory Panel for Project on Research Synthesis of National Survey Estin

## PROFESSIONAL AND GOVERNMENT-RELATED CONSULTANT ACTIVITIES:

Massachusetts Mental Health Hospital Clinical Research Center: Consultant, 1966-1968.
Canadian Coordinating Committee on Driving Behavior Research: Member, 1968-1969.
Ontario Department of Transport, Research Section: Consultant, 1967-1971.
Advisory Panel for Special Action Office for Drug Abuse Prevention, Executive Office of
        the President: Member, 1971.
Statistics Canada: Consultant to the Chief Statistician, 1975.
Minneapolis Police Department: Consultant, 1975-1977.
NBC News Election Night Forecasting Group: Member, 1976, 1978.
State of Minnesota, Governor's Commission on Crime Prevention and Control: Consultant, 1977.
National Commission on Employment and Unemployment Statistics: Member of Statistical
        Advisory Panel, 1978-1979.
Office of Federal Contract Compliance Programs: Member of Statistical Standards Advisory Panel,
        1978-1979.
Equal Employment Opportunity Commission: Consultant, 1979-1984.
U.S. Bureau of the Census: Consultant, 1979-1980, 1982-1983; Research Contract on
        confidentiality and data disclosure, 1995-1999.
U.S. Commission on Civil Rights: Consultant, 1980-1981.
Subcommittee to Advise the National Institute of Juvenile Justice and Delinquency Prevention:
        Consultant, 1980.
Bureau of Justice Statistics: Advisory Committee on the Redesign of the National Crime
        Survey, 1980-1983.
Natural Sciences and Engineering Research Council of Canada: Member, Grant Selection
        Committee for Statistical Sciences, 1980-1983.
U.S. General Accounting Office: Consultant, 1985.
National Association of Broadcasters: Member of Radio Audience Measurement Task Force
        Technical Subcommittee, 1985-1986.
Consortium for Scientific Computing's John von Neumann Center: Member of National
        Allocation Committee, 1985-1988.
Bureau of Labor Statistics: Consultant, 1985-1986.
U.S. Department of Agriculture, Human Nutrition Information Service: Consultant, 1986-1987.
Health Effects Institute: Consultant, 1987.
City of New York, Corporation Counsel: Consultant on Census Adjustment, 1988-1993.
Workshop on Political-Military Decision Making in the Atlantic Alliance: Member of Board of
        Directors, 1988-1989.
Allegheny County Health Department Community Advisory Committee on AIDS Pilot Study,
        1988-1989.
Centers for Disease Control: National Center for Health Statistics, Consultant, 1989-1990;
        Consultant, 1994.
New York State Health Research Council: Aaron Diamond Postdoctoral Research Fellowship
        Selection Committee, Member, 1991-1997.
U.S. Food and Drug Administration: Member of Anesthetic and Life Support Drugs
        Advisory Committee, 1991-1995.

Statistics Canada: Advisory Committee on Science and Technology,
    Member, 1992-1998, Chair, 1992-1996.
Internal Revenue Service: Consultant, 1994-1996.
National Science Foundation
    Methodology, Measurement and Statistics Program, Member of Advisory Panel, 1995-1996.
    Division of Mathematical Sciences, Committee of Visitors, 1998.
    SBE/CISE Workshop on Cyberinfrastructure for the Social Sciences, 2005.
National Institute on Aging
    Consultant, 1996-1997.
    Long Term Care Survey Data Monitoring Board, Member, 2003–.
Statistics Netherlands, Chair of Review Committee for Statistical Methods Department,
    1997-1998.
Jewish Health Care Foundation, Research Consultant, 1998.
Federal Judicial Center, Consultant, 1998.
Advisory Committee on Transportation Statistics, U.S. Department of Transportation,
    Member, 2000-2005.

## COMMUNITY BOARD ACTIVITIES:

Pittsburgh Hillel Foundation-Jewish University Center:

- Member of Board of Directors, 1988-1991, 1994-1998.
- Vice President, 1995-1998.
- Emeritus Member of Board of Directors, 1998–.
- Member of Facilities Committee, 1999–2000.

Pittsburgh Jewish Chronicle:

- Member of Board of Directors, 1995–.
- Vice President and Chair of Editorial Committee, 1999-2002.
- Member of Editor Search Committee, 2000-2001.
- Member of Nominating Committee, 2001.
- President of Board of Directors, 2002–.

United Jewish Federation of Pittsburgh:

- Member of Board of Directors, 1996-1999, 2000-2001.
- Member of Board of Delegates, 2001–.
- Member of Budget and Allocations Committee, 1996-2000.
- Member of Demographic Study Committee, 2000–2002.

## PROFESSIONAL ACTIVITIES:

American Association for the Advancement of Science

- Member, Section U Electorate Nominating Committee, 1978-1980; Chairman, 1980.
- Chairman, Section U, 1981.
- Past-Chairman, Section U, and Representative to Council, 1982-1983.
- Member-at-Large, Section U Committee, 2000-2004.

American Institute of Mathematics

- Co-organizer on workshop on Algebraic Statistics, December 2003.

American Statistical Association

- Representative on Council from Section on Statistical Education, 1975-1976; Vice-chairman of Council, 1976.
- Member, ASA-NCTM Committee on the Curriculum in Statistics and Probability, 1976.

- Member, Publications Committee, 1976-1979.
- Member, Board of Directors, 1977-1979, 1986-1988 (Executive Committee, 1987-1988).
- Chairman, Ad Hoc Committee on Law and Criminal Justice Statistics, 1977-1980.
- Member, Ad Hoc Standby Advisory Committee on Appointments to Senior Federal Statistical Positions, 1980.
- Member, Committee on Law and Justice Statistics, 1980-1984.
- Member, Ad Hoc Committee to Review Journal Options for Members, 1982-1983.
- Vice President, 1986-1988.
- Member, Committee on Committees, 1986-1988.
- Chair, Search Committee for Executive Director, 1988.
- Member, Nominations Committee, Section on Bayesian Statistical Science, 1992-1993.
- Chair, Search Committee for Editor of *Chance*, 1992.
- Chair, Search Committee for Editor of *Contemporary Statistics*, 1993.
- Member, Journals Management Committee, 1995-1996.
- Appointed member to COPSS Presidents' Award Committee, 2001-2004.

Committee of Presidents of Statistical Societies

- Chairman, Committee for "Careers in Statistics" Brochure, 1971-1974.
- Member, Committee on Academic Programs, 1972.
- Participant in Visiting Lecturer Program in Statistics, 1972-1975.
- Member, 1980-1982; 1997-2000.
- Chair, 1997.
- Presidents' Award Selection Committee, 2001-2004; Chair, 2003-2004.

Council of Professional Associations on Federal Statistics

- Member of Special Evaluation Committee, 1982-1983.
- Representative from Carnegie Mellon University, 1987-1991.

Electronic Frontier Foundation

- Co-chair of Panel on Effects of Data Integration and Data Quality on Data Mining, 2004.

Institute of Mathematical Statistics

- Program Chairman, Annual Meeting, Atlanta, Georgia, 1975.
- Member, Committee on Special Papers, 1974-1977; Chairman, 1975-1976.
- Member, Committee on Future Directions, 1978-1979.
- Member, Committee on Selection of Administrative Officers, 1980-1983; Chairman, 1982-1983.
- Member, IMS Council, 1990-1993.
- Member, Committee on Scientific Policy, 1992-1994.
- Member, Management Committee for *Journal of Computational and Graphical Statistics*, 1994-1996; Chair 1995-1996.
- Chair, Committee on Nominations, 1994-1995.
- President-Elect, 1997-1998.
- President, 1998-1999.
- Past-President, 1999-2000.
- Chair, Carver Medal Committee, 2003-2004.

Inter-University Consortium for Political and Social Research

- Member of Council, 1998–2002.
- Chair Budget Committee, 2000–2002.

International Biometric Society

- Committe on the other Biometrics, 2004–.

International Conference on Forensic Statistics

- Member of Organizing Committee, 1990, 1993, 1996, 1999, 2002, 2005.

International Society for Bayesian Analysis

- President, 1996–1997.
- Past President, 1998.
- Co-chair, ISBA 2000 Finance Committee.
- Chair, DeGroot Prize Selection Committee, 2001–2004.

International Statistical Institute

- Co-editor of ISI Centenary Volume, 1980–1985.
- Member of ISI Council, 1989–1993.
- Member, Committee on ISI Research Centre, 1990–1992.
- Member, Committee on the History of Statistics, 1996–2000.
- Chair, Committee on Professional Ethics, 2003–.

Mathematics of Information Technology and Complex Systems (MITACS)

- Member, International Scientific Advisory Board, 2005–2007.

National Academy of Sciences

- Member, Section 32: Applied Mathematical Sciences, 1999–.
- Secondary member, Section 53: Social and Political Sciences, 2001–.
- Member, Class III Membership Committee, 2001-2002.
- National Associate (designated in 2002).
- Organizer of Sackler Symposium on "Forensic Science", November 16-18 2005.
- Member, Report Review Committee, 2005–2008.

National Academies of Sciences–National Research Council

- Committee on Research on Law Enforcement and the Administration of Justice (later Committee on Law and Justice)

    - Panel on Research on Rehabilitative Techniques, Member, 1977-1980.

        L. Sechrest, S.O. White, and E.D. Brown (eds.) (1979). *The Rehabilitation of Criminal Offenders: Problems and Prospects.* National Academy of Sciences.

        S.E. Martin, L. Sechrest, and R. Redner (eds.) (1981). *New Directions in Rehabilitation of Criminal Offenders.* National Academy Press.

    - Workshop on Measurement Issues in Crime and Justice, 2000 (joint with CNSTAT)

- Committee on National Statistics

    - Member, 1978-1987; Chairman, 1981-1987.
    - Subcommittee on Sharing of Research Data, Chairman, 1980-1982.

        S.E. Fienberg, M.E. Martin, and M.L. Straf (eds.) (1985). *Sharing Research Data.* National Academy Press.

    - Panel to Review the Statistical Methodology of the Report, *Public and Private Schools*, 1981.
    - Advanced Research Seminar on Cognitive Aspects of Survey Methodology, 1983-1984.

        T.B. Jabine, M.L. Straf, J.M. Tanur, and R. Tourangeau (eds.) (1984). *Cognitive Aspects of Survey Methodology: Building a Bridge Between Disciplines.* National Academy Press.

    - Panel on Statistical Assessments as Evidence in the Courts, Chairman, 1982-1987.

        S.E. Fienberg (ed.) (1989). *The Evolving Role of Statistical Assessments as Evidence in the Courts.* Springer-Verlag.

    - Panel on Decennial Census Methodology, Ex officio, 1984-1987; Member, 1987-1989.

        C.F. Citro and M.L. Cohen (eds.) (1985). *The Bicentennial Census. New Directions for Methodology in 1990.* National Academy Press.

— Workshop on the Future of Meta-Analysis, Member, 1986.

K.W. Wachter and M.L. Straf (eds.) (1990). *The Future of Meta-Analysis*. Russell Sage Foundation.

— Panel to Review Education Studies of Bilingual Education, Chairman, 1990-1992.

M.M. Meyer and S.E. Fienberg (eds.) (1992). *Assessing Evaluation Studies: The Case of Bilingual Education Strategies*. National Academy Press.

— Panel on Census Requirements in the Year 2000 and Beyond, Member, 1992-1994.

(1993). *Planning the Decennial Census: Interim Report*. National Academy Press.
B. Edmonston and C. Schultze (eds.) (1994). *Modernizing the U.S. Census*. National Academy Press.

— Workshop on Forecasting Disability, Member, 1993.

V.A. Freedman, and B.J. Soldo (eds.) (1994). *Trends in Disability at Older Ages: Summary of a Workshop*. National Academy Press.

— Workshop on Federal Standards for the Classification of Race and Ethnicity, 1994.

B. Edmonston, J. Goldstein, J. Tamayo Lott, eds. (1996). *Spotlight on Heterogeneity: The Federal Standards for Racial and Ethnic Classification. Report of a Workshop*. National Academy Press.

— Workshop on Methodological Issues Involving the American Community Survey, 1998.

M. Cohen, ed. (1999). *Methodological Issues Involving the American Community Survey: Report of a Workshop*. National Academy Press (in preparation).

— Workshop on Confidentiality of and Access to Research Data Files, 1999.

C. Mackie and N. Bradburn (eds.) (2000). *Improving Access to and Confidentiality of Research Data: Report of a Workshop*. National Academy Press.

— Workshop on the Measurement of Discrimination in Housing and Lending, 2000: Chair.

A.W. Foster, F. Mitchell, and S.E. Fienberg (eds.) (2002). *Measuring Housing Discrimination in a National Study: Report of a Workshop*. National Academy Press.

— Committee to Review the Scientific Evidence on the Polygraph (joint with Committee on Human Factors), Chair, 2001-2002.

(2003). *The Polygraph and Lie Detection*. National Academy Press.

— Panel on Methods for Assessing Discrimination, 2001-2003.

R.M. Blank, M. Dabady, and C.F. Citro eds. (2004). *Methods for Assessing Discrimination*. National Academy Press.

- Panel on Non-Standard Statistical Models (Committee on Applied and Theoretical Statistics), Member, 1980-1987.

(1988). *Statistical Models and Analysis in Auditing*. National Academy Press. Reprinted in *Statistical Science*, **4** (1989), 2-33.

- Committee on Department of Energy Radiation Epidemiological Research Programs, Member, 1989-1990.

(1990). *Providing Access to Epidemiological Data*. National Academy Press.

- Division (formerly Commission) on Behavioral and Social Sciences and Education, Member, 1998-2005.

1. Workshop on the Digital Divide, 2000.

- Committee on Information for Terrorism Prevention: Balancing Privacy and National Security, Vice-chair, 2005-.

- Institute of Medicine
    - Committee on Review of the National Immunization Program's Reseach Procedures and Data Sharing Program. 2004-2005.
        (2005). *Vaccine Safety Research, Data Access, and Public Trust.* National Academy Press.

National Institute of Statistical Sciences

- Member, Corporation, 1997-1999.
- Member, Board of Trustees, 1990-1997; 1999-2004.
- Chair, Strategic Planning Committee, 1994-1995.
- Member, Nominating Committee, 1997-1998, 2002-2004.
- Chair, Task Force on Government Agencies and Foundations, 1999.
- Chair, Director Search Committee, 1999-2000.

Professor L.J. Savage Memorial Trust Fund

- Secretary and Member, Board of Directors, 1978-2000.

Social Science Research Council

- Member, Advisory and Planning Committee on Social Indicators, 1972-1977; Member, Subcommittee on Criminal Justice Statistics, 1973-1977.
- Member of Board of Directors, 1980-1986; Secretary of Council, 1980-1983; Vice-chairman, 1983-1986.
- Member of Bureau of Census - SSRC Committee on Comparability of Occupational Measurement, 1980-1986.
- Member of Committee on Cognition and Survey Research, 1985-1990.
- Member of organizing committee for Social Science Data Infrastructure Conference, 1999.

Statistical and Applied Mathematical Sciences Institute

- Member of Planning Committee for Focused Study Program in the Social Sciences, 2004-2005

**EDITORIAL ACTIVITIES (past and present):**

Annales De La Faculé Des Sciences De Toulouse Mathématiques

- Co-editor of special issue in honor of Henri Caussinus, 2002.

Biometrics

- Associate Editor, Shorter Communications Section, 1974-1975.

Chance

- Co-editor, 1987-1992.
- Member of Editorial Advisory Board, 1992-.

Data & Statistics

- Member of Advisory Board, 1996-.

Ecology and Ecological Monographs

- Associate Editor, 1974-1976.

Encyclopedia of Statistical Sciences

- Member of Advisory Board for Update Volumes, 1994–1999.

International Encyclopedia of the Social and Behavioral Sciences

- Section Co-Editor for Statistics, 1997–2001.

International Society for Bayesian Analysis

- Associate Editor for Proceedings of ISBA 2000.

8

Journal of the American Statistical Association

- Associate Editor, Theory and Methods Section, 1973-1976.
- Associate Editor, Book Reviews, 1973-1975.
- Book Review Editor, 1976.
- Coordinating and Applications Editor, 1977-1979.

Journal of Official Statistics

- Associate Editor, 1994-1998.
- Co-Editor for Special Issue on Disclosure Limitation Methods, December, 1998.

Journal of Quantitative Criminology

- Member of Editorial Board, 1984–1999.

Journal of Transportation and Statistics

- Member of Editorial Board, 1999–.

Philosophia Mathematica

- Member of Editorial Board, 1993– .

Research in Official Statistics

- Member of Editorial Advisory Committee, 1996–.
- Co-Editor for Special Issue on Bayesian Methodology in Official Statistics, Volume 4, Number 1, 2001.

Springer-Verlag

- Member of Editorial Advisory Board:

    - Series in Statistics, 1977–.
    - Lecture Notes in Statistics, 1977–.
    - Texts in Statistics, 1984–.
    - Series in Statistics and Social Science and Public Policy, 1995–.

Statistical Science

- Editor, 1995–1998.

The Statistician

- Member of Editorial Board, 1986-1993.

**AWARDS and HONORS:**

Outstanding Statistician of the Year, ASA Chicago Chapter, 1978.
Presidents' Award, Committee of Presidents of Statistical Societies, 1982.
Pittsburgh Statistician of the Year Award, ASA Pittsburgh Chapter, 1983.
Guggenheim Fellowship, 1984-1985.
National Academy of Sciences, elected member, 1999.
Phi Beta Kappa Visiting Scholar, 1999–2000.
Samuel S. Wilks Memorial Medal, American Statistical Association, 2000.
Wei Lun Visiting Professorship, Chinese University of Hong Kong, 2001.
American Academy of Political and Social Science, elected Thorsten Sellin Fellow, 2004.
Sigma Xi Distinguished Lecturer, 2004–2006.
Royal Society of Canada, elected fellow, 2004.

**SPECIAL LECTURES:**

General Methodology Lecture, ASA Annual Meeting, 1977.
R.A. Fisher Lecture, 43rd Session of the ISI, 1981.
Mitchell Lectures, Department of Statistics, University of Glasgow, 1982.
Robert Ferber Memorial Lecture in Statistics, University of Illinois, 1983.
Visiting Scholar, Department of Statistics, Virginia Polytechnic Institute
    and State University, 1983.
URI Foundation Distinguished Scholar, University of Rhode Island, 1990.
Buckingham Scholar, Department of Mathematics and Statistics, Miami University of Ohio, 1991.
President's Invited Lecture, 49th Session of the ISI, 1993.
Keynote Address, Statistics Canada *Symposium 97: New Directions in Surveys and Censuses*, 1997.
Keynote Address, 7th Biennial CDC and ATSDR Symposium on Statistical Methods, 1999.
Inaugural Lecture, Center for Statistics and the Social Sciences, University of Washington, 1999.
Keynote Address, Federal Committee on Statistical Methodology Research Conference, 2001.
SAMSI Distinguished Lcture, May 2003.

## BOOKS:

1. *Discrete Multivariate Analysis: Theory and Practice*, (with Y. Bishop and P. Holland), M.I.T. Press, (1975). Paperback edition (1977). A *Citation Classic*. Chinese translation (1998).

2. *The Analysis of Cross-classified Categorical Data*, M.I.T. Press, (1977). *Second Edition* (1980). A *Citation Classic*. Bahasa Melayu translation (1995).

3. *Instructor's Categorical Data Analysis Workbook* (Solutions for Problems in Second Edition of ACCD), (with M.M. Meyer), M.I.T. Press (1981).

4. *Beginning Statistics with Data Analysis*, (with F. Mosteller and R.E.K. Rourke), Addison-Wesley (1983).

5. *Who Counts? The Politics of Census-Taking in Contemporary America*, (with Margo J. Anderson), Russell Sage Foundation (1999). Revised Paperback Edition (2001).

6. *Reaching Conclusions: The Role of Randomized Experiments and Sample Surveys*, (with J.M. Tanur), in preparation.

## EDITED BOOKS, REPORTS, AND OTHER VOLUMES:

1. *Studies in Bayesian Econometrics and Statistics*, (Edited with A. Zellner), North-Holland Publishing Co., (1975). Two-volume paperback edition (1977).

2. *Indicators of Crime and Criminal Justice: Quantitative Studies*, (Edited with A. Reiss, Jr.), Bureau of Justice Statistics, U. S. Government Printing Office (1980).

3. *R. A. Fisher: An Appreciation*, (Edited with D.V. Hinkley), Lecture Notes in Statistics, Volume 1, Springer-Verlag (1980). Reprinted (1990).

4. *Cohort Analysis in Social Research: Beyond the Identification Problem*, (Edited with Wm. M. Mason), Springer-Verlag (1985).

5. *Sharing Research Data*, (Edited with M.E. Martin and M.L. Straf), National Academy Press (1985).

6. *A Celebration of Statistics: The ISI Centenary Volume*, (Edited with A.C. Atkinson), Springer-Verlag (1985).

7. *Statistics and the Law*, (Edited with M.H. DeGroot and J.B. Kadane), Wiley (1986). Wiley Classics Paperback edition (1994).

8. *The Evolving Role of Statistical Assessments as Evidence in the Courts*, (Editor), Springer-Verlag (1989).

9. *A Statistical Model: Frederick Mosteller's Contributions to Statistics, Science, and Public Policy* (Edited with D.C. Hoaglin, Wm. H. Kruskal, and J.M. Tanur), Springer-Verlag (1990).

10. *Assessing Evaluation Studies: The Case of Bilingual Education Strategies*, (Edited with M.M. Meyer), National Academy Press (1992).

11. *Intelligence, Genes, & Success: Scientists Respond to "The Bell Curve"*, (Edited with B. Devlin, D. Resnick and K. Roeder), Springer-Verlag (1997). Paperback version published by Copernicus (1997).

12. *Statisticians of the Centuries*, (Assoc. Editor; Edited by C. Heyde, and E. Seneta), Springer-Verlag (2001).

13. *Measuring Housing Discrimination in a National Study: Report of a Workshop*, (Edited with A.W. Foster and F. Mitchell, and S.E. Fienberg), National Academy Press (2002).

14. Committee to Review the Scientific Evidence on the Polygraph. *The Polygraph and Lie Detection*. National Academy Press, (2002).

15. *The Selected Papers of Frederick Mosteller* (Edited with D. Hoaglin and F. Mosteller), Springer-Verlag (2004) (in preparation).

16. *Autobiography of Frederick Mosteller* (Edited with D. Hoaglin and J. Tanur), Springer-Verlag, (2004) (in preparation).

## TECHNICAL PAPERS:

1. "The geometry of an $r \times c$ contingency table," *Ann. Math. Statist.*, **39** (1968), 1186–1190.

2. "Efficient calculation of all possible regressions," *Technometrics*, **10** (1968), 769–779 (with M. Schatzoff and R. Tsao). Corrig. **13** (1972), 712.

3. "Bayesian estimation of latent roots and vectors, with special reference to the bivariate normal distribution," *Biometrika*, **66** (1969), 97–108 (with G. C. Tiao).

4. "Incomplete two-dimensional contingency tables," *Biometrics*, **25** (1969), 119–128 (with Y.M.M. Bishop).

5. "Preliminary graphical analysis and quasi-independence for two-way contingency tables," *Applied Statistics*, **18** (1969), 153–168.

6. "Methods for eliminating zero counts in contingency tables," in *Random Counts in Scientific Work, Volume 1* (G. Patil, Ed.), Pennsylvania State University Press, (1970), 233–260 (with P. Holland).

7. "The analysis of multidimensional contingency tables," *Ecology*, **51** (1970), 419–433. Corrig. **52** (1970).

8. "An iterative procedure for estimation in contingency tables," *Ann. Math. Statist.*, **41** (1970), 907–917. Corrig. **42** (1971), 1778.

9. "The geometry of a $2 \times 2$ contingency table," *J. Amer. Statist. Assoc.*, **65** (1970), 694–701 (with J. P. Gilbert).

10. "Quasi-independence and maximum likelihood estimation in incomplete contingency tables," *J. Amer. Statist. Assoc.*, **65** (1970), 1610–1616.

11

11. "A note on the diffusion approximation for single neuron firing problems," *Kybernetik*, **6** (1970), 227–229.

12. "A statistical technique for historians: standardizing tables of counts," *J. Interdisciplinary Hist.*, **11** (1971), 305–315.

13. "Randomization and social affairs: the 1970 draft lottery," *Science*, **171** (1971), 255–261. (Also related letter: "Draft lottery: validity of randomness," *Science*, **172** (1971), 630–631.)

14. "Some models for individual-group comparisons and group behavior," *Psychometrika*, **36** (1971), 349–367 (with K. Larntz). A shortened version of part of this paper appeared under the title "A model for individual-group comparison," in 1970 *Proc. of Soc. Stat. Sec. of the Amer. Statist. Assoc.*, 308–312.

15. "Some renewal process models for single neuron discharge," *J. Appl. Prob.*, **8** (1971), 802–808 (with H. Hochman).

16. "The analysis of incomplete multi-way contingency tables," *Biometrics*, **28** (1972), 177–202. Corrig. **29** (1973), 829.

17. "On the choice of flattening constants for estimating multinomial probabilities," *J. Multivariate Analysis*, **2** (1972), 127–134 (with P. Holland).

18. "The Sun-Times Straw Poll, 1968 and 1970: A statistical appraisal," *J. Amer. Statist. Assoc.*, **67** (1972), 292-297.

19. "The multiple-recapture census for closed populations and incomplete $2^k$ contingency tables," *Biometrika*, **59** (1972), 591–603.

20. "Modal analysis of renewal models for single neuron discharge," *Kybernetik*, **11** (1972), 201–207 (with H. Hochman).

21. "On the use of Hansen frequencies for estimating rates of behavior," *Primates*, **13** (1972), 323–326.

22. "Toward the development of an ego profile scale," *Archives of General Psychiatry*, **28** (1973), 70–77 (with E.V. Semrad and L. Grinspoon).

23. "The case of the vanishing women jurors," in *Statistics by Example: Detecting Patterns* (F. Mosteller et al., eds.) Addison-Wesley (1973), 87–98.

24. "Randomization for the Selective Service draft lotteries," in *Statistics by Example: Finding Models* (F. Mosteller et al., eds.) Addison-Wesley (1973), 1–13.

25. "Simultaneous estimation of multinomial cell probabilities," *J. Amer. Statist. Assoc.*, **68** (1973), 683–691 (with P. W. Holland).

26. "Stochastic models for single neuron firing trains: a survey," *Biometrics*, **30** (1974), 399–427.

27. "Two-dimensional contingency tables with both completely and partially cross-classified data," *Biometrics*, **30** (1974), 629–642 (with T. Chen).

28. "*Social Indicators 1973*: Statistical considerations," in *Social Indicators 1973: A Review Symposium* (R. A. Van Dusen, ed.), Social Science Research Council (1974), 63–82 (with L. A. Goodman). Reprinted in 1974 *Proc. of Soc. Stat. Sec. of the Amer. Statist. Assoc.*, 81–88.

29. "Combining Bayes and frequency approaches to estimating a multinomial parameter," in *Studies in Bayesian Econometrics and Statistics* (S.E. Fienberg and A. Zellner, eds.), North-Holland, (1975), 585–617 (with M. Sutherland and P. Holland).

30. "On small-world statistics," *Psychometrika*, **40** (1975), 219–228 (with S. K. Lee).

31. "A differential viability model for twin-pair blood group data," *Biometrics*, **31** (1975), 785–790 (with M. Waller).

32. "*Perspective Canada* as a social report," *Social Indicators Research*, **2** (1975), 153–174.

33. "The analysis of contingency tables with incompletely classified data," *Biometrics*, **31** (1976), 133–144 (with T. Chen).

34. "Role of evaluation in modular instruction in statistics," in *Modular Instruction in Statistics: Report of the ASA Study of Modular Instruction* (D. Guthrie, J. O'Fallon and J. Service, eds.). American Statistical Association, (1976), 103–108. (with N. Chervany, R. Collier, P. Johnson, and J. Neter).

35. "Loglinear representation for paired and multiple comparisons models," *Biometrika*, **63** (1976), 245–254 (with K. Larntz).

36. "Estimating the total overstatement error in accounting populations," *J. Amer. Statist. Assoc.,* **72** (1977), 295–302 (with J. Neter and R. A. Leitch). A shortened version of this paper appeared under the title, "Dollar unit sampling: Multinomial bounds on total overstatement errors." In 1976 *Proc. of Bus. and Econ. Sec. of the Amer. Statist. Assoc.*, 300–304.

37. "The collection and analysis of ethnographic data in educational research," *Anthropology and Education Quarterly,* **12** (No. 2) (1977), 50–57.

38. "A framework for the development of measurement instruments for evaluating the introductory statistics course," *Amer. Statistician,* **31** (1977), 17–23 (with N. Chervany, R. Collier, P. Johnson, and J. Neter).

39. "Identification and estimation of age, period, and cohort models in the analysis of discrete archival data," *Sociological Methodology 1979* (1978), 1–67 (with Wm.M. Mason). A shortened version of this paper appeared in 1976 *Proc. Soc. Stat. Sec. of the Amer. Statist. Assoc.*, Vol. I, 133–137.

40. "Dollar unit sampling: Multinomial bounds for total overstatement and understatement errors," *Accounting Review*, **53** (1978), 77–93 (with J. Neter and R. A. Leitch).

41. "Victimization and the National Crime Survey: problems of design and analysis," in *Survey Sampling and Measurement K. Namboodiri, ed.*, Academic Press (1978), 89–106, and in *Indicators of Crime and Criminal Justice: Quantitative Studies* (S.E. Fienberg and A. Reiss, Jr., eds.), 33–40. An excerpt of this article appeared under the title, "Deciding what and whom to count," in *The National Crime Survey: Working Papers, Volume I: Current and Historical Perspectives* (R.G. Lehnen and W.G. Skogan, eds.), Bureau of Justice Statistics, U.S. Government Printing Office (1981).

42. "Effects of fetal monitoring on neonatal death rates," *New England Journal of Medicine*, **299** (1978), 324–327 (with R. Neutra, S. Greenland, and E. A. Friedman).

43. "Note on fitting and interpreting parameters in models for categorical data," *Sociological Methodology 1979*, (1978), 112–118. Reprinted in *Readings in Population Research Methodology* (E. Arriaga, D. Anderton, and D.J. Bogue, eds.).

44. "Employment and unemployment measures: Issues before the National Commission," in *Selected Papers from the 1978 North American Conference on Labor Statistics*, U. S. Government Printing Office, Washington, D.C. (1979), 144–149.

45. "The use of chi-square statistics for categorical data problems," *J. Roy. Statist. Soc. [B]*, **41** (1979), 54–64.

46. "Log linear representation for paired comparison models with ties and within pair order effects," *Biometrics*, **35** (1979), 479–481.

47. "Graphical methods in statistics," *American Statistician*, **33** (1979), 165–178.

13

48. "An assessment of the accuracy of 'The effectiveness of correctional treatment'," in *The Rehabilitation of Criminal Offenders: Problems and Prospects,* (L. Sechrest, S. O. White, and E. D. Brown, eds.), National Academy of Sciences (1979), 119–147 (with P. Grambsch).

49. "Alternative computational methods for multinomial response logit model parameters," *Bulletin of International Statistical Institute*, 42nd Session, Contr. Papers, (1979), 179–182 (with M.M. Meyer and G. W. Stewart).

50. "Recent econometric modelling of crime and punishment: Support for the deterrence hypothesis?" *Evaluation Review,* **4** (1980), 147–191, and in *Indicators of Crime and Criminal Justice: Quantitative Studies* (S.E. Fienberg and A. Reiss, Jr., eds.), (1980), 82–97 (with S. Brier).

51. "Redesigning the Kansas City Preventive Patrol Experiment," in *Indicators of Crime and Criminal Justice: Quantitative Studies* (S.E. Fienberg and A. Reiss, Jr., eds.), (1980), 109–124 (with K. Larntz and A. Reiss, Jr.). An abbreviated version of this paper appeared in *Evaluation* **3** (1976), 124–131.

52. "Statistical modelling in the analysis of repeat victimization," in *Indicators of Crime and Criminal Justice: Quantitative Studies* (S.E. Fienberg and A. Reiss, Jr., eds), (1980), 54–58.

53. "Linear and quasi-linear Bayes estimators," in *Studies in Bayesian Econometrics and Statistics* (in honor of Harold Jeffries) (A. Zellner, ed.), North-Holland (1980), 355–362.

54. "Designing surveys for measuring change in categorical data structures over time," in *Multivariate Analysis* (P. R. Krishnaiah, ed.), North-Holland (1980), 543–560 (with R. Picard).

55. "Using loglinear models to analyze cross-classified categorical data," *Mathematical Scientist,* **5** (1980), 13–30.

56. "Fisher's contributions to the analysis of categorical data," in *R. A. Fisher: An Appreciation* (S.E. Fienberg and D. Hinkley, eds.), Lecture Notes in Statistics, Volume 1, Springer-Verlag (1980), 75–84.

57. "Quantitative training for evaluation research," in *New Directions in Program Evaluation, Training Program Evaluators* (L. Sechrest, ed.) Jossey-Bass (1980), 49–57.

58. "Methods for the analysis of data from multivariate directed graphs," *Proceedings of Conference on Recent Developments in Statistical Methods and Applications,* Academica Sinica, Taipai, Taiwan, Republic of China, (1980), 137–161 (with S.S. Wasserman).

59. "The measurement of crime victimization: Prospects for panel analysis of a panel survey," *The Statistician* **29** (1980), 313–350.

60. "Categorical data analysis of single sociometric relations," *Sociological Methodology 1981* (1981), 156–192 (with S.S. Wasserman).

61. "Analyzing data from multivariate directed graphs: An application to social networks," in *Interpreting Multivariate Data* (V. Barnett, ed.), Wiley (1981), 289–306 (with M.M. Meyer and S.S. Wasserman).

62. "Estimating victimization prevalence in a rotating panel survey," *Bulletin of International Statistical Institute*, 43rd Session, Vol. **49** (Book 2), (1981), 719–731, (with Wm. F. Eddy and D.L. Griffin).

63. "Recent advances in theory and methods for the analysis of categorical data: Making the link to statistical practice," *Bulletin of International Statistical Institute*, 43rd Session, Vol. **49** (Book 2), (1981), 763–791.

64. "Contingency tables," in *Encyclopedia of Statistical Sciences*, Vol. **2** (S. Kotz and N.L. Johnson, eds.), Wiley (1982), 161–171. Revised and expanded for 2nd edition (N. Balakrishnan, C. Read, and B. Vidakovic, eds.) as "Loglinear models for contingency tables," (2005).

65. "Assessing probability assessors: Calibration and refinement," *Statistical Decision Theory and Related Topics III*, Vol. **1** (S.S. Gupta and J.O. Berger, eds.), Academic Press (1982), 291–314 (with M.H. DeGroot).

66. "Textbook analysis of covariance – is it correct?" *Biometrics*, **38** (1982), 747–753 (with C. Bingham).

67. "Using information on ordering for loglinear model analysis of multidimensional contingency tables," *Proceedings of XIIth International Biometrics Conference*, Toulouse, France, (1982), 133–139.

68. "Longitudinal models, missing data, and the estimation of victimization prevalence," in *Quantitative Criminology: Innovations and Applications* (S. Hagan, ed.), (1982) Sage 65–90 (with Wm. F. Eddy and D.L. Griffin).

69. "Statistical assessments as evidence," (with discussion) *J. Roy. Statist. Soc. [A]*, **145** (1982), 410–421 (with M.L. Straf).

70. "Iterative proportional fitting procedure," in *Encyclopedia of Statistical Sciences*, Vol. **4** (S. Kotz and N.L. Johnson, eds.), Wiley (1983), 275–279 (with M.M. Meyer).

71. "Estimating monthly gross flows in labour force participation," *Survey Methodology*, **9** (1983), 77–102. An abbreviated version of this work appeared under the title "Gross flow estimation of labour force participation." *Survey Statistician* (April, 1983) (with E. Stasny).

72. "The presentation of Bayesian statistical analyses in legal proceedings," *The Statistician*, **32** (1983), 88–98 (with J.B. Kadane).

73. "The comparison and evaluation of forecasters," *The Statistician*, **32** (1983), 12–22 (with M.H. DeGroot).

74. "Loglinear models and categorical data analysis with psychometric and econometric applications," *Journal of Econometrics*, **22** (1983), 191–214 (with M.M. Meyer).

75. "Large scale social surveys: Perspectives, problems, and prospects," *Behavioral Science*, **28** (1983), 135–153 (with J.M. Tanur).

76. "Reuniting the twain: Remarking on the parallels between sample surveys and randomized experiments," *Bulletin of International Statistical Institute*, 44th Session, Contr. Papers, Vol. 2, (1983), 866–869 (with J.M. Tanur).

77. "The contributions of Wm. G. Cochran to categorical data analysis," in *W. G. Cochran's Impact on Statistics* (P.S.R.S. Rao and J. Sedransk, eds.), Wiley (1984), 103–118.

78. "Towards a comprehensive approach to the analysis of categorical data," in *Statistics: An Appraisal* (H.A. David and H.T. David, eds.), Iowa State University Press (1984), 393–422.

79. "Multivariate directed graphs in statistics," in *Encyclopedia of Statistical Sciences*, Vol. **6** (S. Kotz and N.L. Johnson, eds.), Wiley (1985), 40–44.

80. "Some stochastic models for estimating gross flows in the presence of nonrandom nonresponse" (with discussion), in *Proceedings of the Conference on Gross Flows in Labor Force Statistics*, Bureau of the Census and Bureau of Labor Statistics, (1985), 25–43 (with E. Stasny).

81. "Specification and implementation of age, period and cohort models," in *Cohort Analysis in Social Research: Beyond the Identification Problem* (Wm.M. Mason and S.E. Fienberg, eds.), Springer-Verlag (1985), 45–88 (with Wm.M. Mason).

15

82. "Statistics and the scientific method: Comments on and reactions to Freedman," in *Cohort Analysis in Social Research: Beyond the Identification Problem* (Wm.M. Mason and S.E. Fienberg, eds.), Springer-Verlag (1985), 371–383.

83. "Cognitive psychology meets the national survey," *American Psychologist*, **40** (1985), 175–180 (with E.F. Loftus and J.M. Tanur).

84. "Statistical analysis of multiple sociometric relations," *J. Amer. Statist. Assoc.*, **80** (1985), 51–67 (with M.M. Meyer and S.S. Wasserman).

85. "Large scale social experimentation in the USA," in *A Celebration of Statistics: The ISI Centenary Volume* (A.C. Atkinson and S.E. Fienberg, eds.), Springer-Verlag (1985), 287–326 (with B. Singer and J.M. Tanur).

86. "Cognitive aspects of health survey methodology: An overview," *Milbank Memorial Fund Quarterly*, **63** (1985), 547–564 (with E.F. Loftus and J.M.Tanur).

87. "Recalling pain and other symptoms," *Milbank Memorial Fund Quarterly*, **63** (1985), 582–597 (with E.F. Loftus and J.M.Tanur).

88. "Cognitive aspects of health surveys for public information and policy," *Milbank Memorial Fund Quarterly*, **63** (1985), 598–614 (with E.F. Loftus and J.M. Tanur).

89. "A long and honorable tradition: Intertwining concepts and constructs in experimental design and sample surveys," *Bulletin of International Statistical Institute*, 45th Session, Book II, (1985), 10.1-1 -- 10.1-18 (with J.M. Tanur). Reprinted in revised form in *Proceedings of the Conference on Survey Research Methods in Agriculture* (1986), American Statistical Research and National Agricultural Statistics Service, U.S. Department of Agriculture, 55–66.

90. "Longitudinal analysis of categorical epidemiological data: A study of Three Mile Island," *Environmental Health Perspectives*, **63** (1985), 241–248 (with E.J. Bromet, D. Follmann, D. Lambert, and S.M. May). Reprinted in *Biostatistics in Cancer Risk Assessment* (1991) (D.G. Hoel and T. Yanagawa, eds.), Scientist, Inc., Tokyo.

91. "Comparing probability forecasters: Basic binary concepts and multivariate extensions," in *Bayesian Inference and Decision Techniques: Essays in Honor of Bruno de Finetti* (P.K. Goel and A. Zellner, eds.), North-Holland (1986), 247–264 (with M.H. DeGroot).

92. "The use of court-appointed statistical experts: A case study," in *Statistics and the Law* (M.H. DeGroot, S.E. Fienberg, and J.B. Kadane, eds.), Wiley (1986), 305–332 (with R.F. Coulam).

93. "Risk preferences for gains and losses in multiple objective decisionmaking," *Management Science*, **32** (1986), 1065–1086 (with G.W. Fischer, M.S. Kamlet, and D. Schkade).

94. "Adjusting the census: Statistical methodology for going beyond the count," *Proceedings of Bureau of the Census Second Annual Research Conference* (1986), U.S. Department of Commerce, Washington, D.C., 570–577.

95. "The Rasch model," in *Encyclopedia of Statistical Sciences*, Vol. **7** (S. Kotz and N.L. Johnson, eds.), Wiley (1986), 627–632.

96. "The design and analysis of longitudinal surveys: Controversies and issues of cost and continuity," in *Survey Research Designs: Towards a Better Understanding of Their Costs and Benefits* (R. Boruch and R. Pearson, eds.), Lecture Notes in Statistics, Vol. 38, Springer-Verlag (1986), 60–93 (with J.M. Tanur).

97. "The relevance of Bayesian inference for the presentation of statistical evidence and for legal decisionmaking," *Boston University Law Rev.*, **66** (1986), 771–798 (with M.J. Schervish).

16

98. "The effect of sampling constraints on loglinear and logit models for categorical data," Technical Report No. 403, Department of Statistics, Carnegie Mellon University, (1987).

99. "Experimental and sampling structures: Parallels diverging and meeting," *Int. Statist. Rev.*, **55** (1987), 75–96 (with J.M. Tanur). Corrig. **56** (1988), 197.

100. "Rotation group bias," in *Encyclopedia of Statistical Sciences*, Vol.8 (S. Kotz and N.L. Johnson, eds.), Wiley (1988), 190–193.

101. "From the inside out and the outside in: Combining experimental and sampling structures," *Canadian J. Statist.*, **16** (1988), 135–151 (with J.M. Tanur).

102. "Statistics, expert witnesses, and the courts," *Chance*, **1** (No. 4), (1988), 32–37 (with S. Krislov and M.L. Straf).

103. "Statistical models and analysis in auditing." Report of the Panel on Nonstandard Mixtures of Distributions. National Academy Press (1988). Reprinted in *Statistical Science*, **4** (1989), 2–33 (with others).

104. "Undercount in the U.S. Decennial Census," in *Encyclopedia of Statistical Sciences*, Suppl. Vol. (S. Kotz and N.L. Johnson, eds.), (1989), 181–185.

105. "Combining cognitive and statistical approaches to survey design," *Science*, **243** (1989), 1017–1022 (with J.M. Tanur).

106. "An adjusted census in 1990?" (in nine parts):

    (a) *Chance*, **2** (No. 3), (1989), 23–25.

    (b) "An interim report," *Chance*, **3** (No. 1), (1990), 19–21.

    (c) "Back to court again," *Chance*, **3** (No. 2), (1990), 32–35.

    (d) "The judge rules and the PES begins," *Chance*, **3** (No. 3), (1990), 33–36.

    (e) "Commerce says 'no'," *Chance*, **4** (No. 3), (1991), 44–52.

    (f) "A full-scale judicial review approaches," *Chance*, **4** (No. 4), (1991), 22–24, 29.

    (g) "The trial," *Chance*, **5** (No. 3-4), (1992), 28–38.

    (h) "Trial judgment set aside," *Chance*, **7**, (No. 4), (1994), 31–32.

    (i) "The Supreme Court decides," *Chance*, **9**, (No.2)(1996), 4–9 (with M. Anderson).

107. "Political pressure and statistical quality: Producing relevant national data," *Proceedings of the American Statistical Association: Sesquicentennial Invited Papers*, (1989), 686–697. A revised and expanded version of this paper appeared as "Political pressure and statistical quality: An American perspective on producing relevant national data," *J. Official Statist.*, **5** (1989), 207–221.

108. "Legal likelihoods and a priori assessments: What goes where?" in *Bayesian and Likelihood Methods in Statistics and Econometrics: Essays in Honor of George Barnard* (S. Geisser, J.S. Hodges, S.J. Press, and A. Zellner, eds.), North Holland (1990), 141–162.

109. "Some history of survey methods and data collection technology," *Proceedings of the American Statistical Association: Sesquicentennial Invited Papers*, (1989), 393–405 (with J.M. Tanur). A revised and expanded version of this paper appeared as "A historical perspective on the institutional bases for survey research in the United States," *Survey Methodology*, **16** (1990), 31–50, with "reply" to discussion, 89–90.

110. "Fred at Harvard," in *A Statistical Model: Frederick Mosteller's Contributions to Statistics, Science, and Public Policy* (S.E. Fienberg et al., eds.), Springer-Verlag (1990), 131–180 (with D. Hoaglin and others).

111. "Contributions to statistical methodology and applications," in *A Statistical Model: Frederick Mosteller's Contributions to Statistics, Science, and Public Policy* (S.E. Fienberg et al., eds.), Springer-Verlag (1990), 81–109.

112. "Statistical evidence in the U.S. courts: An appraisal," *J. Roy. Statist. Soc. (A)*, **154** (1991), 49–59 (with M.L. Straf). Extended abstract in *J. Forensic Sci. Soc.* (1991).

113. "Legal and statistical aspects of some mysterious clusters," *J. Roy. Statist. Soc. (A)*, **154** (1991), 61–74 (with D.H. Kaye). Extended abstract in *J. Forensic Sci. Soc.* (1991).

114. "A brief history of statistics in three and one-half chapters: A review essay," *Historical Methods*, **24** (1991), 124-135. Expanded and revised version in *Statist. Science*, **7** (1992), 208–225.

115. "Innovative statistical methodology enables 'counting with confidence'," *J. Roy. Statist. Soc. (A)*, **154**, (1991), 10-14.

116. "An overview of dependency models for cross-classified categorical data involving ordinal variables," in *Proceedings of the Conference on Dependence in Statistics and Probability* (H.W. Block, A.R. Sampson, and T.H. Savits, eds.), IMS Lecture Notes–Monograph Series (1991), 167–187 (with R. Douglas).

117. "Positive dependence concepts for ordinal contingency tables," in *Proceedings of the Conference on Dependence in Statistics and Probability* (H.W. Block, A.R. Sampson, and T.H. Savits, eds.), IMS Lecture Notes–Monograph Series (1991), 189–201 (with R. Douglas, M.T. Lee, A.R. Sampson, and L. Whitaker).

118. "Using Gibbs sampling for Bayesian inference in multidimensional contingency tables," *Computing Science and Statistics, Interface 1991* (E.M. Keramidis, ed.), Interface Foundation of America, (1991), 215–223 (with A.D. Epstein).

119. "Bayesian estimation in multidimensional contingency tables," in *Proceedings of Indo-U.S. Workshop on Bayesian Analysis in Statistics and Econometrics* (P.K. Goel and N.S. Iyengar, eds.), Lecture Notes in Statistics Vol. 75, Springer-Verlag (1992), 27–47 (with A.D. Epstein).

120. "Cognitive aspects of surveys: Yesterday, today, and tomorrow," *J. of Official Statistics*, **8** (1992), 5–17 (with J.M. Tanur).

121. "Bibliography on capture-recapture modelling with application to census undercount adjustment," *Survey Methodology*, **18** (1992), 143–154.

122. "Statistics, multivariate," in *Encyclopedia of Physical, Science and Technology, 2nd Edition* (R.A. Meyers, ed.), Academic Press (1992), Vol. 15, 779–821 (with D.L. Banks). Updated version of this article to appear in *Encyclopedia of Physical, Science and Technology, 3rd Edition*, Academic Press (2002), Vol. 15, 851-889. Available online 10 June 2004.

123. "A three-sample multiple-recapture approach to census population estimation with heterogeneous catchability," *J. Amer. Statist. Assoc*, **88** (1993), 1137–1148 (with J.N. Darroch, G.F.V. Glonek, and B. Junker).

124. "Conflicts between the needs for access to statistical information and demands for confidentiality," *International Seminar on Statistical Confidentiality Proceedings*, (1993) Eurostat, Luxembourg, 33–47. A revised version appeared in *J. Official Statist.*, **10** (1994), 115–132.

125. "The Committee on National Statistics: Fostering interactions between statisticians in academia and government," *Bulletin of the International Statistical Institute, 49th Session* (1993), *Proceedings, Book 1*, 3—19 (with M.E. Martin and M. Straf). An excerpt of this paper appeared as "Window on Washington: Fostering interactions between statisticians in academia and government," *Chance*, **6** (No. 4), (1993), 44-47. A revised version appeared in *Int. Statist. Rev.*, **63**,

18

(1995), 257—270. [Excerpts translated into Spanish appeared in *Notas Sobre Politica Estadistica en el Mundo*, No. 20, 21, and 22 (1996).]

126. "The New York City census adjustment trial: Witness for the plaintiffs," *Jurimetrics*, **34**, (Fall 1993), 65–83.

127. "Ethical and modelling considerations in correcting the results of the 1990 decennial census," in *Ethics in Modeling* (W.A. Wallace, ed.), (1994), Pergamon, 103–144.

128. "Sharing statistical data in the biomedical and health sciences: Ethical, institutional, legal, and professional dimensions," *Annual Review of Public Health*, **15**, (1994), 1–18.

129. "Statistical models for the analysis of ordered categorical data in public health and medical research," *Statistical Methods in Medical Research*, **3**, (1994), 179–204 (with R. D. Etzioni, Z. Gilula, and S. Haberman).

130. "Multiple sample estimation of population and census undercount in the presence of matching errors" (with discussion), *Proceedings of the U.S. Bureau of the Census Tenth Annual Research Conference*, (1994), 549-569 (with Ye Ding). A revised version appeared in *Survey Methodology*, **22**, (1996), 55–64.

131. "Dual system estimation of census undercount in the presence of matching error," *Survey Methodology*, **20**, (1994), 149–158 (with Ye Ding).

132. "A radical proposal for the provision of micro-data samples and the preservation of confidentiality." Department of Statistics Technical Report No. 611, December, 1994.

133. "Black, white, and shades of gray (and brown and yellow)." *Chance*, **8** (1), (1995), 15–18 (with M. J. Anderson).

134. "Understanding and evaluating statistical evidence in litigation," invited paper prepared for *Carnegie Commission on Science, Technology, and Government* (with S. Krislov and M.L. Straf). A revised version appeared in *Jurimetrics*, **36** (1995), 1–32.

135. "Capture-recapture and multiple-record systems estimation. I. History and theoretical development," *Amer. J. Epidem.*, **142** (1995), 1047–1058 (with several others).

136. "Capture-recapture and multiple-record systems estimation. II. Applications in human disease," *Amer. J. Epidem.*, **142** (1995), 1059–1068 (with several others).

137. "A Bayesian approach to data disclosure: Optimal intruder behavior for continuous data." *International Seminar on Statistical Confidentiality Proceedings* (1995), Luxembourg: Office of Official Publications of the European Communities, 89–102; A revised version appeared in *J. Official Statist.* **13** (1997), 75–89 (with U. Makov and A. Sanil).

138. "Stanley Warner's contributions to statistically balanced information technology," *Survey Methodology*, **21**, (1995), 7—12 (with N. Jazairi).

139. "Reconsidering the fundamental contributions of Fisher and Neyman on experimentation and sampling," *Bulletin of the International Statistical Institute, 50th Session*, Invited Papers Book 3, (1995), 1243–1260, with discussion in Book 4, 1724–1734. A revised and expanded version appeared in *Int. Statist. Rev.*, **64**, (1996), 237–253 (with J.M. Tanur).

140. "Wringing *The Bell Curve*: A cautionary tale about the relationships among race, genes, and IQ," *Chance*, **8** (No.3), (1995), 27–36 (with B. Devlin, D.P. Resnick, and K. Roeder).

141. "Galton redux: Eugenics, intelligence, race, and society." *J. Amer. Statist. Assoc.*, **90** (1995), 1483–1488 (with B. Devlin, D.P. Resnick, and K. Roeder).

142. "Reconsidering Neyman on experimentation and sampling: Controversies and fundamental contributions." *Probability and Mathematical Statistics*, **15**, (1995), 47–60, (with J. M. Tanur).

143. "Applying statistical concepts and approaches in academic administration," in *Education in a Research University*, (K. Arrow, R. Cottle, B.C. Eaves and I. Olkin eds.), Stanford University Press, (1996), 65–82.

144. "Bayesian statistics and the law," (with M. O. Finkelstein), (J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds.), in *Bayesian Statistics 5*, Oxford University Press, (1996), 129–146.

145. "Taking uncertainty and error in censuses and surveys seriously," *Symposium 95, From Data to Information, Methods and Systems*, Statistics Canada, Ottawa, Canada (1996), 97–105.

146. "Statistical notions of data disclosure avoidance and their relationship to traditional statistical methodology: Data swapping and loglinear models." *Proceedings of the U.S. Bureau of the Census Twelfth Annual Research Conference* (1996), 87–105 (with U. Makov and R.J. Steele).

147. "Confidentiality, uniqueness, and disclosure avoidance for categorical data," *Third International Seminar on Statistical Confidentiality Proceedings*, Bled, Slovenia, (1996), 165–174 (with U. E. Makov). An abbreviated version appeared as "Confidentiality, uniqueness, and disclosure limitation for categorical data," in *Bulletin of the International Statistical Institute, 51th Session*, Proceedings, Tome LVII, Book 2, (1997), 13–16.

148. "Surveying an interdisciplinary CASM," In *Outside the Lines: Issues in Interdisciplinary Research* (L. Salter and A. Hearn, eds.), (1996), McGill-Queens Univ. Press, 102-109 (with J. Tanur).

149. "Ethics, objectivity and politics: Statistics in a public policy context," in *Statistics and Public Policy* (B.D. Spencer, ed.), (1997), Oxford University Press, 62–84.

150. "Who counts: The politics of censustaking," *Society (Transaction)*, **34**, (No. 3, March/April 1997), 19—26 (with M. Anderson).

151. "Ethics and the expert witness: Statistics on trial," *J. Roy. Statist. Soc. (A)*, **160** (1997), 321–333.

152. "Reexamining *The Bell Curve*," in B. Devlin, S.E. Fienberg, D. Resnick, and K. Roeder (eds.), *Intelligence, Genes, & Success: Is Scientists Respond to "The Bell Curve,"* Springer-Verlag/Copernicus (1997) 3–18, (with D. Resnick).

153. "Science, public policy, and *The Bell Curve*," in B. Devlin, S.E. Fienberg, D. Resnick, and K. Roeder (eds.), *Intelligence, Genes, & Success: Scientists Respond to "The Bell Curve,"* Springer-Verlag/Copernicus (1997) 331-343, (with D. Resnick).

154. "Current Population Survey," in *Encyclopedia of Statistical Sciences*, (S. Kotz, C. B. Read, and D.L. Banks, eds.), Update Volume 1 (1997), 169-175 (with J.M. Tanur).

155. "Statistics." Chapter 7 in *The Litigator's Guide to Expert Witnesses* (M. J. Frieman and M. L. Berenblut, eds.), (1997), Canada Law Book, Aurora, Ont., pp. 101–123.

156. "Design and statistical evaluation of clinical trials," *Forum on Investigational and Experimental Modalities: Home Uterine Activity Monitoring in the Diagnosis of Pre-term Labor*, (1997), Health Insurance Association of America, Washington, D.C.

157. "A glimpse at the future of social science statistical data: New forms of data analysis, new types of access, and new issues for data providers." *IASSIST Quarterly*, **21** (No. 2) (1997), 8–11.

158. "Confidentiality and disclosure limitation methodology: Challenges for national statistics and statistical research." Background paper commissioned by Committee on National Statistics (1997).

159. "Calibration and refinement for classification trees," *J. Statist. Plan. Inf.*, **70** (1998), 241-254 (with S.-H. Kim).

160. "Loglinear models," *Encyclopedia of Biostatistics* (P. Armitage and T. Colton, eds.), Wiley (1998), Vol. 3, 2333-2349 (with A. Carriquiry). Revised version in 2nd edition (2002) (and electronic version).

161. "Rasch model," *Encyclopedia of Biostatistics* (P. Armitage and T. Colton, eds.), Wiley (1998), Vol. 5, 3724–3730 (with A. Carriquiry). Revised version in 2nd edition (2002) (and electronic version).

162. "Towards multiple-media survey and census data: Rethinking fundamental issues of design and analysis," Keynote Address, *Symposium 97: New Directions in Surveys and Censuses, Proceedings*, Statistics Canada, Ottawa, Canada (1998), 7–18.

163. "The incidence of broken and missing teeth: Chiroptera and carnivora (mammalia)." *Journal of Zoology (London)*, **246** (1998), 83–88. (with M.B. Fenton, J.M. Waterman, J.D. Roth, and E. Lopez).

164. "Confidentiality, uniqueness, and disclosure limitation for categorical data," *J. Official Statist.*, **14** (1998), 385–397 (with U.E. Makov).

165. "Disclosure limitation using perturbation and related methods for categorical data," *J. Official Statist.*, **14** (1998), 485–502 (with U.E. Makov and R.J. Steele). (Followed by Comment by P. Kooiman, pp. 503-508, and a response, 509–511.)

166. "Introduction to the Special Issue: Disclosure limitation methods for protecting the confidentiality of statistical data," *J. Official Statist.*, **14** (1998), 337–345 (with L.C.R.J. Willenborg).

167. "Who Counts? Census controversies for the millennium," in *Proceedings of the Section on Survey Methodology*, American Statistical Association, (1998), 111–120 (with M. Anderson).

168. "Should we continue to release public-use microdata files? Yes,yes, yes!" in *Proceedings of the Section on Government Statistics*, American Statistical Association, (1998), 8–12. A slightly different version also appeared in *Turning Administrative Systems Into Information Systems, 1998-1999*, Statistics of Income Division, IRS, Washington DC, (1999), 127–131.

169. "Fréchet and Bonferroni bounds for multi-way tables of counts with applications to disclosure limitation," In *Statistical Data Protection: Proceedings of the conference*, Eurostat, Luxembourg (1999), 115-129.

170. "Obtaining information while preserving privacy: A Markov perturbation method for tabular data," In *Statistical Data Protection: Proceedings of the conference*, Eurostat, Luxembourg (1999), 351–362, (with G. Duncan). A slightly different version also appeared in *Turning Administrative Systems into Information Systems, 1996-1997*, Statistics of Income Division, IRS, Washington DC, (1998), 223–231.

171. "Prediction and experimental design with graphical causal models," Chapter 2 in *Computation, Causation, and Discovery*, (G. Cooper and C. Glymour, eds.), (1999), AAAI Press/MIT Press, 65–93 (with P. Spirtes, C. Glymour, R. Scheines, C. Meek, and E. Slate).

172. "Combination of conditional log-linear structures," *J. Amer. Statist. Assoc.*, **94** (1999), 229–239 (with S.-H. Kim).

173. "To sample or not to sample: The 2000 census controversy," *J. Interdisciplinary Hist.*, **XXX (I)** (1999), 1–36 (with M.J. Anderson).

174. "Classical multi-level and Bayesian approaches to population size estimation using data from multiple lists," *J. Roy. Statist. Soc. (A)*, **162** (1999), 383–406 (with M. Johnson and B. Junker).

175. "The history of the first American census and the constitutional language on censustaking: Report of a workshop," (1999) Technical Report No. 698, Department of Statistics, Carnegie Mellon University (with M. Anderson).

176. "Sampling and Census 2000—methodological issues," Technical Report No. 697, Department of Statistics, Carnegie Mellon University (1999) (with B. Daponte, J.B. Kadane and D.L. Steffey).

177. "Contingency tables and loglinear models: Basic theory and new developments," *J. Amer. Statist. Assoc.*, **95** (2000), 643–647. Reprinted in *Statistics for the 21st Century*, A.E. Raftery, M.A. Tanner, and M.T. Wells, eds., Chapman and Hall/CRC Press (2001), 132–141.

178. "Sample-based adjustment of the 2000 census–A balanced perspective," *Jurimetrics*, **40** (Spring, 2000), 341–356 (with M. Anderson, B. Daponte, J.B. Kadane, B.D. Spencer, D. Steffey).

179. "Capture-recapture methods," in M. Anderson, ed., *Encyclopedia of the U.S. Census*, (2000) CQ Press, Washington, DC, 49–55.

180. "History, myth making, and statistics: A short story about the reapportionment of Congress and the 1990 census," *PS: Political Science and Politics*, **33**, No. 4 (2000), 783–792 (with M. Anderson).

181. "Race and ethnicity and the controversy over the U.S. Census," *Current Sociology*, **48** (2000), 87–110 (with M. Anderson).

182. "Census 2000: Politics and statistics," *The Phi Beta Kappa Key Reporter*, **65, No. 4, Summer** (2000), 5–6 (with M. Anderson). Response to letters commenting on this article appeared in *The Phi Beta Kappa Key Reporter*, **65, No. 5, Fall** (2000), 10–11.

183. "Census 2000 controversies," *Chance*, **13** (No. 4), (2000) 22–30 (with M. Anderson).

184. "Bounds for cell entries in contingency tables given marginal totals and decomposable graphs," *Proceedings of the National Academy of Sciences*, **97**, No. 22 (2000), 11885–11892 (with A. Dobra).

185. "Partisan politics as usual: Sampling and the 2000 Census," *PS: Political Science and Politics*, **33**, No. 4 (2000), 795–800 (with M. Anderson).

186. "Census 2000: Statistics and the politics of numbers," *University of Toledo Law Review*, **32**, No. 1, (2000), 19–27 (with M. Anderson).

187. "Statistical perspectives on confidentiality and data access in public health," *Statistics in Medicine*, (2001) **20**, 1347–1356 (Keynote Address at 7th Biennial CDC and ATSDR Symposium on Statistical Methods).

188. "Computing the exact distribution for a multi-way contingency table conditional on its marginal totals," In A.K.M.E. Saleh, ed., *Data Analysis from Statistical Foundations: A Festschrift in Honor of the 75th Birthday of D. A. S. Fraser*, Nova Science Publishers, Huntington, NY, (2001), 145–165 (with U.E. Makov, M.M. Meyer, and R.J. Steele).

189. "Uniqueness and disclosure risk: Urn models and simulation," *In Bayesian Methods With Applications to Science, Policy and Official Statistics (Selected papers from ISBA 2000)*, Monographs in Official Statistics, Eurostat, (2001), 135–144 (with U.E. Makov). (An expanded version appeared in *Research on Official Statistics*, **4**, (2001), 23–40.

190. "Confidentiality and data protection through disclosure limitation: Evolving principles and technical advances," IAOS Conference on *Statistics, Development, and Human Rights*, (2000), Montreux, Switzerland. Reprinted in *The Philippine Statistician*, **49**, (2000), 1–12.

191. "The toxic effects of lead exposure in children: Epidemiological evidence and statistical methods," Case Study prepared for Federal Judicial Center, (with C. Glymour and R. Scheines).

192. "Goodness of fit: Overview," *International Encyclopedia of the Social and Behavioral Sciences* (P.Baltes and N. Smelser, eds.), **9**, Elsevier (2001), 6301–6305 (with J.B. Kadane).

193. "Sample surveys, History of," *International Encyclopedia of the Social and Behavioral Sciences* (P. Baltes and N. Smelser, eds.), **20**, Elsevier (2001), 13433–13458 (with J.M. Tanur).

194. "Statistics: The field," *International Encyclopedia of the Social and Behavioral Sciences* (P. Baltes and N. Smelser, eds.), **22**, Elsevier (2001), 15085–15090 (with J.B. Kadane).

195. "Disclosure limitation methods and information loss for tabular data," In *Confidentiality, Disclosure and Data Access: Theory and Practical Applications for Statistical Agencies* (P. Doyle, J. Lane, J. Theeuwes, and L. Zayatz, eds.), Elsevier, 135–166 (with G.T. Duncan, R. Krishnan, R. Padman and S.F. Roehrig).

196. " U.S. census confidentiality: Perceptions and reality," *Bull. Int. Statist. Inst., 53rd Session Proceedings*, Book 2 (2001), 327–330 (with M. Anderson).

197. "Counting and estimation: Methodology for improving the quality of censuses. The U.S. 2000 Census adjustment decision." Paper presented at the International Conference on Quality in Official Statistics, Stockholm, Sweden, May 14-15, 2001. (with M. Anderson).

198. "Getting the facts on the census correct: A response to Brunell," *PS: Political Science and Politics*, **34**, No. 3 (2001), 651-652 (with M. Anderson).

199. "Census 2000 and the politics of census taking," *Society*, **39** (No. 1, November/October, 2001) 17–25 (with M. Anderson).

200. "Statistical variations on an administrative records census," *Proceedings of Social Statistics Section*, American Statistical Association, (2001) (with J. Asher).

201. "Intelligence and success: Is it all in the genes?" In J.M. Fish, ed., *Race and Intelligence: Separating Science From Myth*, Lawrence Erlbaum Associates, Mahwah, NJ, (2002), 355–368 (with B. Devlin, D. Resnick, and K. Roeder).

202. "Data mining, statistics" in *Encyclopedia of Physical, Science and Technology, 3rd Edition* (R.A. Meyers, ed.), Academic Press (2002), **4**, 247–261 (with D.L. Banks). Available online 10 June 2004.

203. "Reflections on the changing face of mathematical statistics," IMS Presidential Address, submitted for publication.

204. "Bounds for cell entries in contingency tables induced by fixed marginal totals with applications to disclosure limitation," Paper prepared for 2nd Joint ECE/Eurostat Work Session on Statistical Data Confidentiality 14-16 March 2001, Skopje, Macedonia, *Statistical Journal of the United Nations ECE*, **18**, (2001), 363–371. (with A. Dobra).

205. "The 2000 Census: Results and implications," *University of North Dakota Law Review*, **77** (2001), 665–693 (with M. Anderson).

206. "How big is the World Wide Web?" In *Computing Science and Statistics, Volume 33 - Proceedings of Interface 2001*, 2001, 250-268 (with A. Dobra). A slighly revised version appeared as: "How large is the World Wide Web?" In *Web Dynamics: Adapting to Change in Content, Size, Topology and Use*, (M. Levene and A. Poulovassalis, eds.), Springer-Verlag, (2004), 23–44.

207. "Bone lead levels in adjudicated delinquents: A case control study," *Neurotoxicolgy and Teratology*, **24** (2002), 711–717 (with H.L. Needleman, C. McFarland, R.B. Ness, and M.J. Tobin).

208. "Why is there still a controversy about adjusting the census for undercount?" *PS: Political Science and Politics*, **35**, No. 1 (2002), 83-85 (with M. Anderson).

209. "Early statistical detection of anthrax outbreaks by tracking over-the-counter medication sales," *Proceedings of the National Academy of Sciences*, (2002), **99**, No. 8, 5237–5240, (with A. Goldenberg, G. Shmueli, R. Caruana).

210. "Software systems for tabular data releases," *The International Journal on Uncertainty, Fuzziness and Knowledge-Based Systems*, **10**, (2002), 529–544 (with A.F. Karr, A. Dobra, A.P. Sanil).

211. "Modelling user uncertainty for disclosure risk and data utility," *The International Journal on Uncertainty, Fuzziness and Knowledge-Based Systems*, **10**, (2002), 511–528 (with M. Trottini).

212. "Alternative statistical models and representations for large sparse multi-dimensional contingency tables," *Annales de la Faculté des Sciences de l'Université de Toulouse Mathématiques*, **Série 6 Volume XI**, (2002), 485–505 (with E.A. Erosheva and B.W. Junker).

213. "Expert statistical testimony and epidemiological evidence: The toxic effects of lead exposure in children," *J. Econometrics*, **113** (2003), 33–48 (with C. Glymour and R. Scheines).

214. "Bounding entries in multi-way contingency tables given a set of marginal totals," In *Foundations of Statistical Inference: Proceedings of the Shoresh Conference 2000* (Y. Haitovsky, H.R. Lerche, and Y. Ritov, eds.), Physica-Verlag, (2003), 3–16 (with A. Dobra).

215. "Assessing the risk of disclosure of confidential categorical data (with discussion)," In *Bayesian Statistics 7, Proceedings of the Seventh Valencia International Meeting on Bayesian Statistics*, (J. Bernardo et al., eds.), Oxford University Press, (2003), 125–144 (with A. Dobra and M. Trottini).

216. "Disclosure limitation methods based on bounds for large contingency tables with application to disability data," In *Proceedings of Conference on the New Frontiers of Statistical Data Mining*, (H. Bozdogan, ed.),CRC Press, (2003), 93–116 (with A. Dobra and E.A. Erosheva).

217. "The administrative records experiment in 2000: An application of population count estimation via triple systems estimation," *Proceedings of the Section on Government Statistics*, American Statistical Association, (2002), (with J. Asher).

218. "A comparison of string distance metrics for name-matching tasks," *IJCAI 2003 Workshop on Information Integration on the Web*, (2003) (with Wm. Cohen and P. Ravikumar).

219. "A comparison of string metrics for matching names and records tasks," *KDD 2003 Workshop on Data Cleaning, Record Linkage, and Object Consolidation*, (2003), (with Wm. Cohen and P. Ravikumar).

220. "Can we measure the causal effect of discrimination? Discussion of *Statistics and Causal Inference: A Review* by Judea Pearl," *Test*, **12** (2003), 139–147 (with A.M. Haviland).

221. "Adaptive name-matching in information integration," *IEEE Intelligent Systems*, Special Issue on Information Integration on the Web, **18** (2003), No. 5, 16–23 (with M. Bilenko, Wm. Cohen, R.J. Mooney, and P. Ravikumar).

222. "The limits of the polygaph," *Issues in Science and Technology*, **20** (No. 1, Fall) (2003), 40–46 (with D.L. Faigman and P.C. Stern). Online version available at: http://www.issues.org/issues/20.1/faigman.html.

223. "Inferences for finite populations using multiple data sources with different reference times," In *Proceedings of Statistics Canada Symposium 2002: Modelling Survey Data For Social and Economic Research*, Statistics Canada (2004), (with J. Asher, E. Stuart, and A. Zaslavsky).

224. "Additive noise and multiplicative bias as disclosure limitation techniques for continuous microdata: A simulation study," *Journal of Computational Methods for Science and Engineering*, **4** (2004), 5–16. (with M. Trottini, U.E. Makov, and M.M. Meyer).

225. "Mixed membership models of scientific publications," *Proceedings of the National Academy of Sciences*, **101**, Suppl. 1, (2004), S220–S227 (with E. Erosheva and J. Lafferty).

226. "Bounds for cell entries in two-way tables given conditional relative frequencies," In J. Domingo-Ferrer and V. Torra, eds. *Privacy in Statistical Databases - PSD'2004*, Lecture Notes in Computer Science No. 3050, Springer-Verlag, (2004), 30–43 (with A. B. Slavkovic).

227. "Data swapping: Variations on a theme by Dalenius and Reiss," In J. Domingo-Ferrer and V. Torra, eds. *Privacy in Statistical Databases - PSD'2004*, Lecture Notes in Computer Science No. 3050, Springer-Verlag, (2004), 14–29 (with J. McIntyre). Revised version to appear in *J. Off. Statist.*, (2005).

228. "Census-taking, undercount, and adjustment," In *Encyclopedia of Social Measurement*, Academic Press, (2005), **1**, 267–274 (with M. Anderson).

229. "Confidentiality and disclosure limitation," In *Encyclopedia of Social Measurement*, Academic Press, (2005), **1**, 463–469.

230. "Contingency tables and log-linear models," In *Encyclopedia of Social Measurement*, Academic Press, (2005), **1**, 499–506.

231. "Statistical issues and challenges associated with rapid detection of bio-terrorist attacks," *Statistics in Medicine*, **24**, (2005), 513–529 (Proceedings of 9th Biennial CDC and ATSDR Symposium on Statistical Methods) (with G. Shmueli).

232. "Bayesian mixed membership models for soft classification," In Weihs, C. and Gaul, W. eds. *Classification—The Ubiquitous Challenge,* Springer-Verlag, (2005), 11–26 (with E.A. Erosheva).

233. "Making the release of confidential data from multi-way tables count," *Chance* **17, No. 3** (2004), 5–10 (with A. B. Slavkovic).

234. "On the nonexistence of maximum likelihood estimates for hierarchical log-linear models," to appear in *Journal of Symbolic Computation* (Special Issue on Algebraic Statistics), (2005) (with N. Eriksson, A. Rinaldo, and S. Sullivant).

235. "When did Bayesian inference become "Bayesian"?" *Bayesian Analysis*, **1** (1), (2006) 1-40.

236. "Who wrote Ronald Reagan's radio addresses?" *Bayesian Analysis*, **1** (2), (2006) to appear (with E.M. Airoldi, A.G. Anderson, and K. Skinner).

237. "In search of the magic lasso: The truth about the polygraph," *Statistical Science*, (2005) to appear (with P. Stern).

238. "Datamining and disclosure limitation for categorical statistical databases," *Proceedings of Workshop on Privacy and Security Aspects of Data Mining, ICDM '04,* (2004).

239. "A secure protocol for computing string distance metrics," to appear in *Proceedings of Workshop on Privacy and Security Aspects of Data Mining, ICDM '04,* (2004) (with Wm. Cohen and P. Ravikumar).

240. "Who is connected to the Pittsburgh Jewish Community?" submitted for publication (with E. Kaiser, H. Seltman, and S. Stern).

241. "Current and potential statistical methods for monitoring multiple data streams for bio-surveillance," to appear in *Statistical Methods in Counter-Terrorism*, A. Wilson and D. Olwell, eds., ASA-SIAM Series on Statistics and Applied Probability (with G. Shmueli).

242. "Hierarchical Bayes for frequent terms in text," submitted for publication (with E. Airoldi and Wm. Cohen).

243. "An alternative sampling algorithm for mapping and localization for mobile robots," submitted for publication (with A. Araneda).

244. "Preserving the confidentiality of categorical statistical data bases when releasing information for association rules," *Datamining and Knowledge Discovery*, **11**, (2005), 1–26 (with A. B. Slavkovic).

245. "Homeland insecurity: Datamining, terrorism detection, and confidentiality," *Bulletin of International Statistical Institute, 55rd Session*, (2005).

246. "To tell the truth: On the probative value of polygraph search evidence," *Jurimetrics*, tentatively accepted for publication.

247. "Statistical assessment of damages in breach of contract litigation," *Jurimetrics*, submitted for publication (with D.L. Steffey and R.H. Sturgess).

248. "A latent mixed membership model for relational data," submitted for publication (with E. M. Airoldi, D. M. Blei, and E. P. Xing).

249. "Effects of cross-product ratio upon prediction among three binary variables, submitted for publication (with S.-H. Kim).

## BRIEF PAPERS AND EDITORIALS:

1. "Parapsychology," *Nature*, **221** (1969), 687–688 (with A. Robertson).

2. Foreward to L.A. Goodman and Wm. H. Kruskal: *Measures of Association for Cross-classifications*, Springer-Verlag (1979), v–vi.

3. "Methodologies for the study of social systems," Preface to a special issue of *Behavioral Science* **28** (1983), 91–94 (with R. Cyert and P. Larkey).

4. "Hansen frequencies," in *Encyclopedia of Statistical Sciences* Vol. **3** (S. Kotz and N.L. Johnson, eds.), Wiley (1983), 572–573.

5. "Insurance availability in Chicago," in *Data* (D.F. Andrews and A.M. Herzberg, eds.), Springer-Verlag (1985), 407–411.

6. "Interorganizational resource links in Towertown, U.S.A.," in *Data* (D.F. Andrews and A.M. Herzberg, eds.), Springer-Verlag (1985), 397–406 (with J. Galaskiewicz).

7. "Introduction: Beyond the identification problem," in *Cohort Analysis in Social Research: Beyond the Identification Problem* (Wm.M. Mason and S.E. Fienberg, eds.), Springer-Verlag (1985), 1–8 (with Wm.M. Mason).

8. "Bayes' theorem," in *The Social Science Encyclopedia* (A. Kuper and J. Kuper, eds.), Routledge and Kegan Paul (1985), 65.

9. "Stochastic models," in *The Social Science Encyclopedia* (A. Kuper and J. Kuper, eds.), Routledge and Kegan Paul (1985), 830.

10. "Statistics," in *World Book Encyclopedia*, Vol. **18**, (1985), 686–688.

11. "Statistical developments in World War II: An international perspective," in *A Celebration of Statistics: The ISI Centenary Volume* (A.C. Atkinson and S.E. Fienberg, eds.), Springer-Verlag (1985), 25–30.

12. "Misunderstanding beyond a reasonable doubt. Comment on Cohen," *Boston University Law Review*, **66** (1986), 651–656.

13. "Gatecrashers, blue buses, and the Bayesian representation of legal evidence," *Boston University Law Review,* **66** (1986), 693–700.

14. "Inferential aspects of assessing the input of cognitive processes in survey design," *Bulletin of the International Statistical Institute, 46th Session, Contributed Papers* (1987), 113–114 (with J. Tanur).

15. "Opinion. Random testing for AIDS?" *Chance,* **1** (No. 1), (1988), 9.

16. "Opinion. When is an experiment believable?" *Chance,* **1** (No. 4), (1988), 9–10.

17. "Opinion. The accuracy and value of American pre-election pools," *Chance,* **2** (No. 1), (1989), 9–10.

18. "This Week's Citation Classic: *Discrete Multivariate Analysis,*" *Current Contents,* **21** (14), (1989), 16.

19. "This Week's Citation Classic: *Analysis of Cross-classified Categorical Data,*" *Current Contents,* **21** (18), (1989), 14.

20. "Opinion. Science and the popular press: From 60 hz electrical fields to the cholesterol myth," *Chance,* **2** (No. 4), (1989), 8.

21. "Opinion. On being a scientist," *Chance,* **3** (No. 1), (1990), 10.

22. "Opinion. Does fluoride cause cancer?" *Chance,* **3** (No. 2), (1990), 7.

23. "Statistical reporting in scientific journals: A statistical perspective." In *Ethics and Policy in Scientific Publication,* (J.C. Bailar et al., eds.), Council of Biological Editors, (1990), 202–206 (with discussion, 213–218).

24. "Perspective on the most elusive Americans," *American Demographics,* **12** (No. 11), (1990), 13.

25. "Toward an agenda for the future," in *Seminar on Quality of Federal Data, Statistical Policy Working Paper No. 20,* Part 3, Federal Committee on Statistical Methodology, Office of Management and Budget, Washington, DC, (1991), 455–461.

26. "Making sense of statistics in the courtroom," in *Headline News, Science Views* (D. Jarmul, ed.), National Academy Press (1991), 120–122 (with M.L. Straf).

27. "Opinion. The great earthquake of 1990: Predicting seismic events and the weather," *Chance,* **4** (No. 1), (1991), 10.

28. Contributions to "Statistical foundations and the market economy: A panel discussion," in *Economic Statistics for Economies in Transition: Eastern Europe in the 1990's.* U. S. Department of Labor, Washington, DC, (1991), 477–480, 488.

29. "A Bayesian approach to data disclosure," *Bulletin of the International Statistical Institute, 49th Session, Contributed Papers, Book 1,* (1993), 447–448 (with U. Makov).

30. "Thoughts towards statistical code of conduct," *Liaison,* **9** (No. 2), (1995), 18-19; reprinted in *New Zealand Statistical Association Newsletter* **39** (July, 1995), 8.

31. "Introduction to R.A. Fisher on Inverse Probability and Likelihood," *Statistical Science,* **12** (1997), 161.

32. "Celebrating the Bayesian origins of 'Student's' *t*-distribution," *Newsletter of Indian Chapter of ISBA,* **II** (No. 2), (1997), 3–5.

33. "Advances in categorical data methods and the study of historical patterns of social mobility," *Historical Methods*, **31** (1998), 99–100.

34. "Who counts: The politics of census-taking in contemporary America," *Items*, **53**, No. 1 (1999), 4-6 (with M.J. Anderson) [Excerpt from book by the same title and authors].

35. "Statistics and privacy in the new millenium: Continuing the dialogue for increased access to research data," *Proceeding of the Section on Survey Research Methods*, American Statistical Association (1999), 86–88.

36. "William Sealy Gosset: 1894-1937," in C. Heyde and E. Seneta, eds., *Statisticians of the Centuries*, Springer-Verlag, (2001), 312–317 (with N. Lazar).

37. "Jerzy Neyman: 1876-1981," in C. Heyde and E. Seneta, eds., *Statisticians of the Centuries*, Springer-Verlag, (2001), 444-448 (with J.M. Tanur).

38. "W. Edwards Deming: 1900-1993,"in C. Heyde and E. Seneta, eds., *Statisticians of the Centuries*, Springer-Verlag, (2001), 485–489 (with S.M. Stigler).

39. "Log-linear representations and multivariate approaches to quasi-symmetry: Links to Caussinus (1966)," Included as part of *Project QS*, a website in Honor of Henri Caussinus, (2001).

40. "Frederick Mosteller—A brief biography," *AMSTAT News*, (2002), (No. 303) September, 10–12.

41. "Introduction to special issue on quasi-symmetry and categorical data analysis," *Annales de la Faculté des Sciences de Toulouse, Mathématiques*, **Série 6 Volume XI** (2002) 439–441 (with P.G.M. van der Heijden).

42. "Confidentiality and statistical disclosure limitation," *La Lettre du CREST*, INSEE, (December, 2003), No. 52, 1–3.

43. "Morris H. DeGroot," *Encyclopedia of Statistical Sciences*, 2nd (online) edition, (N. Balakrishnan, C.B. Read, and B. Vidakovic eds.), Wiley (2004), 40–44. (with M.J. Bayarri).

44. "Obituary: William Kruskal," *AMSTAT News*, (2005), (No. 336) June, 43–43 (with others).

## TECHNICAL DISCUSSIONS:

1. Discussion of a paper by H. O. Hartley and R. R. Hocking: "Incomplete data analysis," *Biometrics*, **27** (1971), 813–817.

2. Discussion of a paper by D. V. Lindley and A.F.M. Smith: "Bayes estimates for the linear model," *J. Roy. Statist. Soc. [B]*, **34** (1972), 30—32.

3. Comment on a paper by S. M. McKinlay: "The design and analysis of the observational study: A review," *J. Amer. Statist. Assoc.*, **70** (1975), 521—523.

4. Discussion of a paper by A.P. Dempster, N. M. Laird, and D. B. Rubin: "Maximum likelihood from incomplete data via the *EM* algorithm," *J. Roy. Statist. Soc. [B]*, **140** (1977), 29–30.

5. Discussion of a background paper by P. J. McCarthy: "Methodology and technical issues: Current Population Survey," in *Data Collection, Processing and Presentation: National and Local [Counting the Labor Force, Appendix II]*, (1979). National Commission on Employment and Unemployment Statistics, U. S. Government Printing Office, Washington, 40–45.

6. Comment on a paper by P. McCullagh: "Regression models for ordinal data," *J. Roy. Statist. Soc. [B]*, **42** (1980), 135–136.

7. Comment on a paper by P. W. Holland and S. Leinhardt: "An exponential family of probability distributions for directed graphs," *J. Amer. Statist. Assoc.* **76** (1981), 54–57 (with S. Wasserman).

8. Discussion of papers by U. E. Makov, A. F. M. Smith, and P. J. Harrison and J. Q. Smith, in session on "Sequential Learning, Discontinuities, and Changes." In *Bayesian Statistics* (J.M. Bernardo, M.H. DeGroot, D.V. Lindley, and A.F.M. Smith, eds.). University Press, Valencia, Spain (1980), 128–132.

9. "The increasing sophistication of statistical assessments as evidence in discrimination litigation – a comment on Kaye," *J. Amer. Statist. Assoc.* **77** (1982), 784–787.

10. "More chimeras of the age-period-cohort accounting framework: Comment on Rogers," *Amer. Soc. Rev.* **47** (1982), 787–793 (with H.L. Smith and Wm.M. Mason).

11. "Comment on J.T. Bonnen's 'Federal statistical coordination today: a disaster or a disgrace?'" *Amer. Statist.* **37** (1983), 192–96.

12. Comment on a paper by J.M. Landwehr, D. Pregibon, and A.C. Shoemaker: "Graphical methods for assessing logistic regression models," *J. Amer. Statist. Assoc.* **79** (1984), 72–77, (with G.D. Gong).

13. Discussion of a paper by J.A. Anderson: "Regression and ordered categorical variables," *J. Roy. Statist. Soc. [B]*, **46** (1984), 29–30.

14. Discussion of a paper by F. Yates: "Tests of significance for $2 \times 2$ tables," *J. Roy. Statist. Soc. [A]* **147** (1984), 456.

15. Comment on a paper by M. West, J. Harrison, and H.S. Migon: "Dynamic generalized linear models and Bayesian forecasting," *J. Amer. Statist. Assoc.* **80** (1985), 89–90 (with R. Tsay).

16. Comment on a paper by P. Diaconis and B. Efron: "Testing for independence in a two-way table: New interpretations of the chi-square test," *Ann. Statist.* **13** (1985), 882–884.

17. Discussion of papers on "Statistics in criminology and victimization," *Bulletin of International Statistical Institute*, 45th Session, Book V (1985), 205–207.

18. Comment on a paper by P. Meier, J. Sacks, and S. Zabell: "What happened in *Hazelwood*: Statistics, employment discrimination, and the 80% rule," in *Statistics and the Law* (M.H. DeGroot, S.E. Fienberg, and J.B. Kadane, eds.), Wiley (1986), 41–46.

19. "Comments on some estimation problems in the Consumer Expenditure Surveys," *Conference on Population Controls in Weighting Sample Units*, Bureau of Labor Statistics, (1986).

20. Discussion of paper by J. Durbin: "Is a philosophical consensus for statistics attainable?" *J. Econometrics*, **37** (1988), 63–64.

21. Discussion of a paper by A.P. Dempster: "Employment discrimination and statistical science," *Statistical Science*, **3** (1988), 190–191.

22. Discussion of a paper by S. Lauritzen and D. Spiegelhalter: "Local computations with probabilities on graphical structures and their applications to expert systems," *J. Roy. Statist. Soc. [B]*, **50** (1988), 207–208 (with M.M. Meyer).

23. "Modeling considerations: Discussion from a modeling perspective," in *Panel Surveys* (D. Kasprzyk, G. Duncan, G. Kalton, and M.P. Singh, eds.), Wiley (1989), 566–574.

24. Comment on a paper by L. Suchman and B. Jordan: "Interactional troubles in face-to-face survey interviews," *J. Amer. Statist. Assoc.*, **85** (1990), 241—244.

25. Discussion of papers on the National Household Seroprevalence Survey. *ASA 1990 Proc. Sec. Sur. Res. Meth.* (1990), 174–176.

26. Response to a paper by A.A. Rayner: "Testing hierarchical treatment components in analysis of covariance," *Biometrics*, **47** (1991), (with C. Bingham), 1991–1995.

27. Discussion of a paper by K.-Y. Liang, S.L. Zeger, and B. Qaqish: "Multivariate regression analyses for categorical data," *J. Roy. Statist. Soc. [B]*, **53** (1991), 32–33.

28. Introduction to paper by M.W. Birch: "Maximum likelihood in three-way contingency tables," [*J. Roy. Statist. Soc. [B]*, **25** (1963), 220–233], in *Breakthroughs in Statistics: Volume II, Methodology and Distribution*, compiled and edited by S. Kotz and N.L. Johnson, Springer-Verlag (1992), 453—461.

29. Discussion of a paper by D.A. Berry, M.C. Wolff, and D. Sack: "Public health decision making: a sequential vaccine trial," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics* **4**, (1992), Oxford University Press, 92–94.

30. Discussion of a paper by C.N. Morris and S.L. Normand: "Hierarchical models for combining information and for meta-analysis," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics* **4**, (1992), Oxford University Press, 341.

31. Discussion of a paper by J.M. Bernardo and J. Girón: "Robust sequential prediction from non-random samples: the election night case," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics* **4**, (1992), Oxford University Press, 74–75.

32. Discussion of a paper by X.L. Meng and D.B. Rubin: "Recent extensions to the EM algorithm," in J.O. Berger, J.M. Bernardo, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics* **4**, (1992), Oxford University Press, 318.

33. Discussion of a paper by P.G. Moore: "A National Statistical Commission," *J. Roy. Statist. Soc. [A]* **155** (1992), 13–15.

34. Discussion of a paper by A. Agresti: "A survey of exact inference for contingency tables," *Statistical Science*, **7** (1992), 160–162, (with A.D. Epstein).

35. Discussion of a paper by D.A. Freedman and W.C. Navidi: "Should we have adjusted the census of 1980?" *Survey Methodology*, **18** (1992), 25–28.

36. "What is interdisciplinary research?" in *Modern Interdisciplinary University Statistics Education: Proceedings of a Symposium* (1994). Committee on Applied and Theoretical Statistics, National Research Council, Washington, D.C., 98–109.

37. Comment on a paper by P. Imrey: "Statistical values, quality, and certification," *American Statistician*, **48** (1994), 71–72.

38. Discussion of papers by Breiman, Freedman and Wachter, and Belin and Rolph on census adjustment. *Statistical Science*, **7** (1994), 511–515 (with E. P. Ericksen and J. B. Kadane).

39. "Discussion of presentations on statistical disclosure methodology," in *Seminar on New Directions in Statistical Methodology, Statistical Policy Working Paper No. 23*, Federal Committee on Statistical Methodology, Office of Management and Budget (1995), Part 1, 68–79.

40. Comment on a paper by J. Pearl: "Causal diagrams for empirical research," *Biometrika*, **92** (1995), 690–692 (with C. Glymour and P. Spirtes).

41. Discussion of three papers on race and ethnicity in *Proceedings of the Section on Government Statistics*, American Statistical Association, (1995), 29–31.

42. "Modernizing the U. S. Census," Discussion of a paper on the decennial census for 2000, in *Proceedings of the Section on Social Statistics*, American Statistical Association, (1995), 11–13.

43. Comment on a paper by A.E. Raftery, D. Madigan, and C.T. Volinsky: "Accounting for model uncertainty in survival analysis improves predictive performance," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics 5*, Oxford University Press, (1996), 342.

44. Comment on a paper by D. J. Spiegelhalter, A. Thomas, and N.G. Best: "Computation on Bayesian graphical models," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics 5*, Oxford University Press, (1996), 422.

45. Comment on a paper by D. Dillman: "Why innovation is difficult in government surveys," *J. Off. Statist.*, **12** (1996), 157–160 (with J. M. Tanur).

46. Discussion of "Modelling mortality rates for elderly heart attack patients: Profiling hospitals in the Cooperative Cardiovascular Project" by Normand, Glickman, and Ryan, *Case Studies in Bayesian Statistics, III*, LNS Vol. 121, Springer-Verlag, (1997), 209–227 (with M.S. Gaynor and B.W. Junker).

47. "Theories of legal evidence: What properties should they ideally possess and when are they informative?" Discussion of papers by R. Allen and R. Friedman, *Int. J. Evidence and Proof*, (1997), **1**, 309–312 (refs.: 354–360).

48. Discussion of papers on "Statistics and the evaluation of legal evidence," *Bulletin of International Statistical Institute 51st Session, Istanbul 1997*, Book 3 (1998), 69–70.

49. Comment on a paper by M. Clyde: "Bayesian model averaging and model search strategies," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics 6*, Oxford University Press, (1999), 178.

50. Comment on a paper by D. J. Spiegelhalter, and E. C. Marshall: "Inference-robust institutional comparisons: A case study of school examination results," in J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith, eds., *Bayesian Statistics 6*, Oxford University Press, (1999), 628.

51. Discussion of three papers on "Disclosure Control and Facilitating Access by Users," *Bulletin of International Statistical Institute, 53rd Session*, Book 3 (2001), 81–82. To be reprinted in *International Association of Survey Statisticians Proceedings*.

52. Discussion of a paper by S. P. Brooks, P. Giudici and G. O. Roberts, "Efficient construction of reversible jump Markov chain Monte Carlo proposal distributions," *J. Roy. Statist. Soc. [B]*, **65** (2003), 47 (with E. Erosheva).

53. Discussion of a paper by M. Carlson and M. Salabasis, "A data-swapping technique using ranks—A method for disclosure control," *Research in Official Statistics* **5** (2002), 65-70.

54. Discussion of a paper by J. Wakefield, "Ecological inference for $2 \times 2$ tables," *J. Roy. Statist. Soc. [A]*, **147** (2004), 432–434 (with C. Robert).

55. Discussion of a paper by J. M. Abowd and L. Vilhuber, "The Sensitivity of Economic Statistics to Coding Errors in Personal Identifiers," *J. Bus. Econ. Statist.*, **22** (2004), to appear (with Wm. Cohen and P. Ravikumar).


**MISCELLANEOUS PROFESSIONAL PUBLICATIONS AND INTERVIEWS:**

1. Editor of *Careers in Statistics* (3rd Edition), (1974), published under the auspices of COPSS. Revised 3rd Edition, (1980).

2. "The importance of federal statistical policy and coordination," *Amstat News*, (March 1983), 4–5, (with K.K. Wallman).

3. "The Journal of the American Statistical Association," in *Encyclopedia of Statistical Sciences*, Vol. **4** (S. Kotz and N.L. Johnson, eds.), (1983), Wiley, New York, 323–327.

4. "The debate over journal options," *Amstat News*, (June, 1986), 14–16.

5. "Forging a role for statistics in science and public policy in Canada," *Liaison*, **1**, No. 2 (1987), 42–45.

6. "Strategic planning for the American Statistical Association, 1984-1987," *American Statistician*, **42** (1988), 1–9 (with B.A. Bailar, D.W. Marquardt, J. Neter, and J.L. Norwood).

7. "The search process for the ASA Executive Director," *Amstat News*, (May, 1988), 14 (with P.D. Minton).

8. "In Memoriam, Morris H. DeGroot," Memorial Service Program, Carnegie Mellon University (1989).

9. "Morris H. DeGroot: 1931-1989," *Chance*, **3** (No. 1), (1990), 11 (with Wm. Eddy).

10. "Testimony before the National Science Foundation Directorate for Biological, Behavioral, and Social Sciences Task Force looking to the 21st century," *Amstat News*, (February, 1991), 20–22.

11. "Biography of Morris H. DeGroot," *Statistical Science*, **6** (1991), 4–14 (with others).

12. "Stanley S. Warner 1929-1992," *IMS Bulletin*, **21** (1992), 563 (with N. Jazairi). Expanded version in *Liaison*, **7**, No. 2, (1993), 4–5.

13. "We cannot ensure quality with certification," *Amstat News* (November, 1993), 15–16 (with K. Anderson, M. Durst, J. Hardin, D. Murphy, and S. Verrill).

14. "Comment on the ASA Certification Survey," *Amstat News* (October, 1994), 11 (with B. Efron, D. Freedman, M. Tanner, S. Verrill).

15. "A conversation with Janet Norwood," *Statistical Science*, **9** (1994), 574–590.

16. "An Information System for S&T, Final Report of Working Group on the Development of Science and Technology Statistics," *Federal Science and Technology Review*, Ottawa, Canada (1994).

17. "The professional profile of the Federal Committee on Statistical Methodology," *Proceedings of the Section on Government Statistics*, American Statistical Association, (1995), 271–274.

18. Taped interview with Barbara Wilson in connection with Cognitive Aspects of Survey Methodology II Seminar, National Center for Health Statistics (1997).

19. "Committee of Presidents of Statistical Societies," *Encyclopedia of Biostatistics* (P. Armitage and T. Colton, eds.), Wiley (1998), Vol. 1, 791-794 (with I. Olkin).

20. "Richard M. Cyert 1921-1998," *IMS Bulletin*, **27**, No. 6, (1998), 298–299.

21. "President's Column," *IMS Bulletin*, **27**, No. 6, (1998), 293–294.

22. Extended quotations from a taped interview with Barbara Wilson, in B. Wilson and P. Beatty, "Cognitive aspects of survey methodology: An oral history," Appendix A of M. Sirken, T. Jabine, G. Wilks, E. Martin, and C. Tucker, eds., *A New Agenda for Interdisciplinary Survey Methods: Proceedings of the CASM II Seminar*, National Center for Health Statistics (1999), 95–104.

23. "Commentary: Keep politics out of the census," *The Boston Globe*, March 27, 2000 (with Margo Anderson).

24. "A conversation with Janet Norwood," Taped at the Univeristy of Connecticut, April 2000, for the ASA Distinguished Statisticians Lecture Series (with Janet Norwood and Barbara Bailar).

25. "2002 DeGroot Prize winner," AMSTAT News, No. 303 (August, 2002), 25. See also variations in *ISBA Bulletin*, **9**, No. 2, (2002), 12, and in *IMS Bulletin*, **31**, No. 5, (2002), 3.

26. Motion for leave to file amici curiae brief to Supreme Court in case of United States Tobacco Co. v. Conwood, No. 02-603, November 2002 (with Washington Legal Foundation, F. M. Fisher, D. L. McFadden, and D. L. Rubinfeld).

27. "The DeGroot Prize 2004," *ISBA Bulletin*, **11**, , No. 4, (December, 2004), 2–3.

28. "Th 2004 Carver Medal winner," *IMS Bulletin*, **34**, (2005), in press.

## PUBLISHED LETTERS AND REPLIES

1. Reply to letter by C.J. Scheiber on "Randomization and social affairs: The 1970 draft lottery," *Science*, **172**, (1971), p. 630+632.

2. "Statistics, energy, and life-style," Letter to the Editor on "Energy and life-style," by A. Mazur and E. Rosa, *Science*, **188**, (1975), 10.

3. "Statistical analysis on capital punishment," Letter to the Editor, *London Daily Telegraph*, June 20, 1979, 18.

4. Reply to letters to the Editor on "Graphical methods in statistics," *American Statistician* **34** (1980), 253.

5. "Letter from the Editors: Taking a CHANCE," *Chance*, **4** (No. 4), (1991), 7.

6. "Responsible reporting," Letter to the Editor, *Globe and Mail*, April 24, 1993.

7. "Letter from the president," *The ISBA Newsletter*, **4** (No. 4), (1996), 2–3.

8. "Census methods," Letter to the Editor, *Pittsburgh Post Gazctte*, March 19,1999, A28.

9. "Potshots at Census Bureau ignore statisticians' hard work," Letter to the Editor, *Atlanta Journal*, February 22, 2000.

10. Reply to letters on "Census 2000: Politics and statistics," *The Phi Beta Kappa Kcy Reporter*, **65**, **No. 5, Fal**l, (2000), 10-11 (with M. Anderson).

## BOOK REVIEWS:

1. *Biometry* and *Statistical Tables*, by Robert R. Sokal and F. James Rohlf, in *Biometrics*, **27** (1970), 351–355.

2. *Inference and Disputed Authorship: The Federalist*, by Frederick Mosteller and David L. Wallace, in *J. Interdisciplinary Hist.*, **1** (1971), 557–560.

3. *The Chi-squared Distribution*, by H. O. Lancaster, in *Biometrics*, **27** (1971), 238–241.

4. *Statistical Papers of George Udny Yule* (1870-1951), edited by M. Kendall and A. Stuart, in *Technometrics*, **15** (1973), 647–648.

5. *Business Statistics: A First Course*, by J. E. Freund and B. M. Perles, in *J. Amer. Statist. Assoc.*, **69** (1974), 1053.

6. *Linear Statistical Inference and Its Applications* (2nd ed.), by C. R. Rao, *J. Amer. Statist. Assoc.*, **70** (1975), 734.

7. *Multiple Classification Analysis 2nd ed.*, by F. M. Andrews, J. N. Morgan, J. A. Sonquist and L. Klem; *Searching for Structure*, by J. A. Sonquist, E. L. Baker, and J. N. Morgan, in *Social Indicators Research*, **2** (1975), 119–126.

8. *Measuring Occupational Inheritance*, by T. W. Pullum, in *J. Amer. Statist. Assoc.*, **71** (1976), 1005–1006.

9. *Credibility: Theory and Applications*, edited by P.N. Kahn, in *J. Amer. Statist. Assoc.*, **72** (1977), 238.

10. *Introduction to Structural Equation Models,* by O. D. Duncan, in *J. Amer. Statist. Assoc.*, **72** (1977), 485–486.

11. *The Visual Display of Quantitative Information*, by E.R. Tufte, in *Journal of Economic Literature*, **23** (1985), 1798–1799.

12. *Models for Category Counts*, by B. Fingleton, in *American Scientist*, **73** (Nov.-Dec., 1985), 590—591.

13. *Religious Assortive Marriage in the United States*, by R.A. Johnson, in *J. Amer. Statist. Assoc.*, **82** (1987), 353.

14. "Differentiation and Integration: Combining the results from different studies. A review of three books on meta-analysis." *Summing Up: The Science of Reviewing Research*, by R.J. Light and D.B. Pillemer, *Meta-Analytic Procedures for Social Research*, by R. Rosenthal, and *Statistical Methods for Meta-Analysis*, by L.V. Hedges and I. Olkin, in *J. of Official Statistics*, **3**, (1987), 303-311.

15. *The Politics of Numbers*, edited by Wm. Alonso and P. Starr, in *Chance*, **1** (No. 3), (1988), 58-59.

16. *Statistics in Litigation: Practical Applications for Lawyers*, by R.A. Wehmhoefer, in *J. of Law and Commerce*, **8** (No. 2), (1988), 317–322.

17. *News and Numbers*, by Victor Cohn, in *Chance*, **2** (No. 3), (1989), 57–58.

18. *Innumeracy*, by J.A. Paulos and *What Are the Odds?* by B. Siskin, J. Staller, and D. Rorvik, in *Chance*, **2** (No. 4), (1989), 53—54.

19. *The Burt Affair,* by R.B. Joynson, in *Chance*, **3** (No. 4), (1990), 60.

20. *International Encyclopedia of the Social Sciences, Quotations, Volume 19*, edited by D.L. Sills and R.K. Merton in *Chance*, **4** (No. 2), (1991), 59–60.

21. *A Clockwork Muse: The Predictability of Artistic Changes*, by C. Martindale, in *J. Amer. Statist. Assoc.*, **88** (1993), 375.

22. *Analyzing Qualitative Data. Log-linear Analysis for Behavioral Research, 2nd ed.*, by J.J. Kennedy, in *Contemporary Psychology*, **38** (1993), 797–798.

23. *Rubbish. The Archeology of Garbage*, by W. Rathje and C. Murphy, in *Chance*, **6** (No. 2), (1993), 60–61.

24. *The Social Survey in Historical Perspective, 1880-1940*, edited by M. Bulmer, K. Bales, and K. K. Sklar, in *J. History of the Behavioral Sciences*, **3** (1995), 288–290.

25. *The Statistical Analysis of Categorical Data*, by E.B. Andersen, in *Biometrical Journal*, **38** (1996), 272; *Metrika*, **45**, 278–279.

26. *Risk versus Risk: Tradeoffs in Protecting Health and the Environment* edited by J.D. Graham and J.B. Wiener, in *New England Journal of Medicine,* **335** (1996), 141–142.

27. *Leading Personalities in Statistical Sciences: From the Seventeenth Century to the Present,* edited by N.L. Johnson and S. Kotz, in *Chance,* **11,** (No. 3) (1998), 38–39.

28. "Statistics in the social world," a review of *The Politics of Large Numbers: A History of Statistical Reasoning,* by Alain Desrosières, *Science,* **283,** March 26 (1999) 2025.

29. *Counting on the Census? Race, Group Identity, and the Evasion of Politics,* by Peter Skerry, in *J. Economic Literature,* **39,** (2001), 1257–1259 (with Margo Anderson).

30. *Thicker Than Blood: How Racial Statistics Lie,* by Tukufu Zuberi, in *Journal of Interdisciplinary History,* **33,** 600–602 (with Margo Anderson).

31. *Analysis of Survey Data,* edited by R. L. Chambers and C. J. Skinner, in *J. Amer. Statist. Assoc.,* in press.

Plus additional brief reviews in *J. Amer. Statist. Assoc.:* **70** (1975), 491–492; **71** (1976), 532; **71** (1976), 1008; **72** (1977), 691; and in *Chance:* **3** (No. 2), (1990), 61; **4** (No. 4), (1991), 55–56.

## CONGRESSIONAL TESTIMONY:

1. Testimony on "Victimization and the National Crime Survey: Should data collection be suspended?" delivered before the Subcommittee on Crime, Committee on the Judiciary, U.S. House of Representatives, October, 1977.

2. Testimony on "The Criminal Justice System Act of 1979" and "The Justice System Improvement Act of 1979," delivered before the Subcommittee on Crime, Committee on the Judiciary, U.S. House of Representatives, April, 1979. (Similar testimony delivered to the Committee on the Judiciary, U.S. Senate).

3. Testimony on "The impact of recent budget reductions on the utility and quality of federal statistics," delivered before the Subcommittee on Census and Population, Committee on Post Office and Civil Service, U.S. House of Representatives, March, 1982.

4. Testimony on "Federal government statistics and statistical policy," delivered before the Subcommittee on Legislation and National Security, Committee on Government Operations, U.S. House of Representatives, June, 1982.

5. Testimony on "The Paperwork Reduction Act of 1980," delivered before the Subcommittee on Information Management and Regulatory Affairs, Committee on Governmental Affairs, U.S. Senate, May, 1983.

6. Testimony on "Processing Procedures for the 1990 Decennial Census," delivered before the Subcommittee on Census and Population, Committee on Post Office and Civil Service, U.S. House of Representatives, May, 1986.

7. Testimony on "The Quality and Accuracy of Federal Economic Statistics," submitted to the Joint Economic Committee, U.S. Congress, in connection with hearings in March and April, 1986.

8. Testimony on "Adjustment Methodology and Timing of Decisions for the 1990 Census," delivered before the Subcommittee on Census and Population, Committee on Post Office and Civil Service, U.S. House of Representatives, July, 1986.

9. Testimony on "The Statistical and Operational Feasibility of Adjusting the Census Counts in 1990" delivered before the Subcommittee on Census and Population, Committee on Post Office and Civil Service, U.S. House of Representatives, July, 1987.

10. "Correcting the Census Count in 1990," testimony on "H.R. 3511, The Decennial Census Improvement Act," submitted to the Subcommittee on Census and Population, Committee on Post Office and Civil Service, U.S. House of Representatives, March, 1988 (with J.B. Kadane).

11. Testimony on "Error and Uncertainty in the Results of the 1990 Decennial Census," delivered before the Subcommittee on Census and Population, Committee on Post Office and Civil Service, U.S. House of Representatives, February, 1991.

12. Testimony on "Plans for the 2000 Decennial Census," delivered before the Subcommittee on the Census, Committee on Government Reform and Oversight, U.S. House of Representatives, September, 1998.

13. Testimony on "Plans for the 2000 Decennial Census," delivered before the U.S. Census Monitoring Board, March 8, 1999.

14. Testimony on the polygraph and national security screening, delivered before the Subcommittee on Energy, Committee on Energy and Natural Resources, U.S. Senate, September 4, 2003.

## OTHER MISCELLANEOUS AND NONTECHNICAL PUBLICATIONS:

1. "Marching to Pretoria," *Pittsburgh Post-Gazette*, (1986), Saturday, July 26, p.7.

2. "Is the liberal arts curriculum changing?" *Our Town* (New York), (1988), January 10, p.9.

3. "A Capital place for dining," *Chance*, **2** (No. 2), (1989), 44–46 (as "Belizaire").

4. "47th Session of the ISI: Gastronomie et Paris," *Chance*, **3** (No. 1), (1990), 39–42 (with Wm. Eddy as "Belizaire").

5. "The statistical pleasures of California cabernets," *Chance*, **3** (No. 2), (1990), 48–50 (as "Belizaire").

6. "A statistical return to the land of true gastronomic pleasures," *Chance*, **4** (No. 4), (1991), 36–40 (as "Belizaire").

7. "Toronto: a world serious city," *Chance*, **6** (No. 1), (1993), 38–40 (as "Belizaire").

8. "A San Francisco feast," *Chance* **6** (No. 2), (1993), 34–36 (as "Belizaire").

9. "Preface" to *Arthur Giron's Edith Stein: A Dramaturgical Sourcebook* (D. Marinelli, ed.), (1994), Carnegie Mellon University Press, vii-ix.

10. "Temptations in Toronto: Ethnic variations," *Chance*, **7** (No. 2), (1994), 41–44 (as "Belizaire").

11. "On to Orlando," *Chance*, **8** (No. 2), (1995), 26-27, 32 (as "Belizaire").

12. "Coming to Chicago," *Chance*, **9** (No. 2), (1996), 27–33 (as "Belizaire").

13. "Anaheim appetite and Turkish delight," *Chance*, **10** (No. 2), (1997), 23–26 (as "Belizaire").

14. "Not impossible: Just difficult," *The Netherlander*, (March 29, 1997), p. 9 (with J. Fienberg).

15. "The role of computer technology in enabling a global agenda for university collaboration," *Proceedings of Second Canada-Taiwan Higher Education Conference.*

16. "Virtual Dallas dining," *Chance*, **11** (No. 2), (1998), 31–33 (as "Belizaire").

17. "We can't get what we need from the census," *The Jewish Chronicle of Pittsburgh*, November 15, 2001, pp. 8 and 26.

18. "A Jewish tale of three surveys," *The Jewish Chronicle of Pittsburgh*, September 25, 2003, 8–9.

19. "Survey inequality and official statistics: A casual approach to privacy preservation," *Journal of Obnoxious Statistics*, Premiere issue (with M. L. Straf).

## Ph.D. STUDENTS SUPERVISED:

- Shelby J. Haberman, Department of Statistics, University of Chicago (co-advisor), "The General Log-Linear Model," 1970.

- F. Kinley Larntz, Department of Statistics, University of Chicago, "Counted Data Models for Some Small Group Problems," 1971.

- (Timothy) Tar Chen, Department of Statistics, University of Chicago, "Mixed-up Frequencies and Missing Data in Contingency Tables," 1971.

- Howard Hochman, Department of Theoretical Biology, University of Chicago, "Some Renewal Process Models Relevant to Neural Discharge," 1971.

- Ying Shang Liu, School of Statistics, University of Minnesota, "Statistical Measurement of Agreement With Categorical Data," 1975.

- S. Keith Lee, School of Statistics, University of Minnesota, "On Asymptotic Variances for Loglinear models in Contingency Table Analysis," 1975.

- Stephen S. Brier, School of Statistics, University of Minnesota, "Categorical Data Models For Complex Sampling Schemes," 1979.

- Michael M. Meyer, School of Statistics, University of Minnesota, "Applications and Generalizations of the Iterative Proportional Fitting Procedure," 1981.

- Diane G. Saphire, Department of Statistics, Carnegie Mellon University, "Estimation of Victimization Prevalence Using Data From the National Crime Survey," 1983.

- Elizabeth A. Stasny, Department of Statistics, Carnegie Mellon University, "Estimating Gross Flows in Labor Force Participation Using Data From the Canadian Labour Force Survey," 1983.

- Sheryl May, Department of Statistics, Carnegie Mellon University "Log Linear Modelling Techniques Applied to Some Epidemiologic and Psychiatric Data," 1984.

- Syhi-an Huang, Department of Statistics, Carnegie Mellon University, "Modeling the Supression Effect of Correctional Projrams on Juvenile Delinquency," 1984.

- Mary Santi, Department of Statistics, Carnegie Mellon University, "A Generalization of the Rasch Model for Items With a Cross-Classified Structure," 1988.

- Arieh Epstein, Department of Statistics, Carnegie Mellon University, "Bayesian Estimation in Multidimensional Contingency Tables," 1989.

- Sung-Ho Kim, Department of Statistics, Carnegie Mellon University, "Construction and Interpretation From Decision-support Trees," 1989.

- Yi Ding, Department of Statistics, Carnegie Mellon University, "Capture-Recapture Census with Uncertain Matching," 1991.

- Terra G. McKinnish, Department of Statistics and Heinz School of Public Policy and Management, Carnegie Mellon University (co-advisor), "Model Sensitivity in Research on Welfare and Fertility," 1999.

- Daniel Cork, Department of Statistics and Heinz School of Public Policy and Management, Carnegie Mellon University (co-advisor), "The Juvenile Homicide Epidemic: Spatio-Temporal Dynamics of Homicide in American Cities," 2000.

- Jan A. van den Brakel, Erasmus Universiteit Rotterdam (co-advisor), "Design and Analysis of Experiments Embedded in Complex Sample Surveys," 2001.

- Adrian Dobra, Department of Statistics, Carnegie Mellon University, "Statistical Tools for Disclosure Limitation in Multi-way Contingency Tables," 2002.

- Stella Maris Salvatierra, Department of Statistics, Carnegie Mellon University, "Statistical Models for Classification and Discrimination, With Application to Classifying Web Documents," 2002.

- Elena Erosheva, Department of Statistics, Carnegie Mellon University, "Grade of Membership and Latent Structure Models With Applicsation to Disability Survey Data," 2002.

- Amelia Haviland, Department of Statistics and Heinz School of Public Policy and Management, Carnegie Mellon University (co-advisor), "Understanding Gender and Racial Wage Gaps Among the Highly Educated," 2003.

- Mario Trottini, Department of Statistics, Carnegie Mellon University, "Decision Models for Data Disclosure Limitation," 2003.

- Ana Maria Araneda, Department of Statistics, Carnegie Mellon University, "Statistical Inference in Mapping and Localization for Mobile Robots," 2004.

- Aleksandra Slavkovic, Department of Statistics, Carnegie Mellon University, "Statistical Disclosure Limitation Beyond the Margins: Characterization of Joint Distributions for Contingency Tables," 2004.

- Sinjini Mitra, Department of Statistics, Carnegie Mellon University (co-advisor), "Efficient Biometric Authentication Based on Statistical Models," 2005.

- Alessandro Rinaldo, Department of Statistics, Carnegie Mellon University, "On Maximum Likelihood Estimation for Contingency Tables," 2005.

**CURRENT Ph.D. STUDENTS:**

- Eduardo Airoldi, School of Computer Science, Carnegie Mellon University.

- Jana Asher, Department of Statistics, Carnegie Mellon University.

- Jason Conner, Joint Statistics and Public Policy Program, Carnegie Mellon University.

- Ana Maria Sfer, Departamento de Matemática,University of Tucuman, Argentina (co-advisor), "Randomization and Causality."