# WEIL, GOTSHAL & MANGES LLP

1501 K STREET, NW
SUITE 100
WASHINGTON, DC 20005
(202) 682-7000
FAX: (202) 857-0939

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW

WRITER'S DIRECT LINE
(202) 682-7296

September 1, 2005

Mr. Peter T. Dalleo
Clerk of Court
US District Court, Delaware
844 N. King St., Room 4209
Lockbox 18
Wilmington, DE 19801

Re: **In re USG Corporation Asbestos: USG Corporation v. Official Committee of Asbestos Personal Injury Claimants**
<u>Case Number: 1:04-cv-01560-JFC</u>

Dear Mr. Dalleo:

Please be advised that, the law firm of Weil, Gotshal & Manges LLP has relocated from:

Weil, Gotshal & Manges LLP
1501 K St. N.W. Suite 100
Washington, D.C. 20005
**To:**
Weil, Gotshal & Manges LLP
1300 Eye St. N.W. Suite 900
Washington, D.C. 20005

Accordingly, all future correspondence addressed to David A. Hickerson or the law firm of Weil, Gotshal & Manges LLP, counsel of record in the above-referenced proceedings, should be sent to this new address. Phone and fax numbers remain the same. If you have any questions or require any additional information please do not hesitate to contact me at the number listed above.

Very truly yours,

Gregory A. Bailey
Managing Clerk

RECEIVED
SEP 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DC1:\119677\09\2KCD09!.DOC\99980.0001