# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **USG CORPORATION,** | : | |
| **a Delaware corporation, et al.,** | : | **Jointly Administered** |
| | : | **Case No. 01-2094 (JKF)** |
| Debtors. | : | |
| | : | |
| _____ | : | |
| **USG CORPORATION, et al.,** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 04-1559 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | **Civil Action No. 04-1560 (JFC)** |
| **ASBESTOS PERSONAL INJURY** | : | |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 20, 2005 AT 3:30 P.M. [1]

1.     Joint Report of Parties on Proposed Discovery Schedules and Deadlines [Docket No. 29 & 34 – filed August 12, 2005]

Related Documents:

A.     Debtors' Initial Disclosures Re: Personal Injury Claim Estimation

B.     Joinder of the Official Committee of Unsecured Creditors in the Debtors' Initial Disclosure Re: Personal Injury Claim Estimation

C.     The Official Committee of Asbestos Property Damage Claimants' Initial Disclosures re:  Personal Injury Estimation

D.     ACC's & FCR's Proposed List of Witnesses to be Called at the Estimation Hearing in Their Case-in-Chief Pursuant to Fed.R.Civ.P.26(a)(1)(A) and the Court's Directives at the June 13 Hearing

E.     Statutory Committee of Equity Security Holders' Disclosures Pursuant to Court's June 13, 2005 Order

---

[1]  Any party who wishes to monitor the hearing telephonically should contact Ann Jerominski (jerominski@rlf.com) by September 16, 2005.

Status:  The case management conference will go forward.

Dated:  September 13, 2005
Wilmington, Delaware

                                       */s/ Paul N. Heath*
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

                          -and-

David G. Heiman (OH I.D. 0038271)
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114

Brad B. Erens (IL I.D. 6206854)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939

                          -and-

Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000

Counsel for Debtors and Debtors in
Possession