# EXHIBIT L



## Doctors Identified As Problematic by Dr. Friedman and/or Dr. Gitlin and also the 8 Highest Volume Doctors in the Owens Corning Claims Database[1]

| Rank | Doctor | Claims | Percent |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 1 | HARRON, RAY A. | 64,364 | 20.82% |
| 2 | LEVINE, RICHARD B. | 24,729 | 8.00% |
| 3 | SEGARRA, JAY T. | 20,598 | 6.66% |
| 4 | LUCAS, PHILLIP HOWARD | 19,395 | 6.27% |
| 5 | MITCHELL, LARRY M. | 18,032 | 5.83% |
| 6 | SCHONFELD, ALVIN J. | 16,134 | 5.22% |
| 7 | KUEBLER, RICHARD SMYTHE | 14,965 | 4.84% |
| 8 | GAZIANO, DOMINIC J. | 12,014 | 3.89% |
| **Total** | | **190,231** | **61.53%** |
| Claims Involving More than One Listed Doctor | | 12,151 | |
| **Number of Unique Claims** | | **178,080** | **57.60%** |
| Total Number of Claims in the Owens Corning Database for which Doctor Information is Provided | | 309,148 | 100.00% |

**Notes and Sources:**
ICMS Database

[1] Claims from the Owens Corning database were matched with the Manville Trust database using social security number. The claims that matched were assigned the corresponding Manville doctor name whenever possible. Claims that did not match and those that did match but did not have a doctor name were standardized using the provider name. A count of doctor name was then performed to come up with the top 8.