# EXHIBIT M

# 2004 ASBESTOS CLAIM FILING TRENDS

**David T. Austern**

*President*

CLAIMS RESOLUTION MANAGEMENT CORPORATION



# Manville specific events explain some of the variability



Manville Trust Claim Filings
(Averaging 40,000 Per Year)

- 1989 – Claims stayed in bankruptcy are filed
- 1990–1994 Class Action litigation & restructuring
  - Only E/H claims paid
- 1995 TDP
- 1996 Medical Audit
- 1999 Medical Audit litigation settled
- 2004 1st full year of amended (2002) TDP

a – 6 months annualized

3

## Manville Trust Assets at Consummation*
### (in millions)

| | |
|---|---|
| Cash and Marketable Securities | $700 |
| Receivables | $169 |
| Investment in Manville Corporation: | |
| Manville Corporation Stock | $708 |
| Manville Corporation Trust Note & Bonds | $477 |
| **TOTAL** | **$2,054** |

*No value was assigned to future profit-sharing payments at consummation due to the inability to reasonably estimate the profits Manville might earn and the extent to which the Trust would require these funds in the future.





# Injury Mix on Manville Trust Claims: Inception - 6/30/2004

| Injury | Claims | |
|---|---|---|
| Mesotheliomas | 28,855 | 4% |
| Lung Cancers | 43,098 | 6% |
| Other Cancers | 8,780 | 1% |
| Subtotal | 80,733 | 12% |
| Non-Malignancies | 566,515 | 84% |
| Other | 23,750 | 4% |
| Total | 670,998 | 100% |

# Total population of 119,533 claims for claims processed after January 1, 2002

## Top 20 ILO readers as of June 30, 2004:

| Doctor Name | Total | Top 20 Percent | Cumulative Percent |
|---|---|---|---|
| ALTMEYER, Robert | 2,176 | 2.94% | 1.82% |
| BALLARD, James W. | 10,484 | 14.17% | 8.77% |
| BERNSTEIN, Richard | 1,063 | 1.44% | 0.89% |
| BREYER, Donald | 5,331 | 7.20% | 4.46% |
| FISHER, Stephen | 1,169 | 1.58% | .98% |
| GAZIANO, Dominic | 5,484 | 7.41% | 4.59% |
| GRAUEL, George | 1,507 | 2.04% | 1.26% |
| HARRON, Ray | 12,266 | 16.58% | 10.26% |
| KAZEROONI, Ella | 5,046 | 6.82% | 4.22% |
| KRAINSON, James P. | 1,370 | 1.85% | 1.15% |
| KUEBLER, Richard S. | 1,242 | 1.68% | 1.04% |
| LEVINE, Richard | 4,678 | 6.32% | 3.91% |
| LUCAS, Phillip | 2,939 | 3.97% | 2.46% |
| MAINWARING, Brent | 1,593 | 2.15% | 1.33% |
| MARTINDALE, G. | 2,429 | 3.28% | 2.03% |
| MEZEY, Robert | 3,276 | 4.43% | 2.74% |
| OAKS, W. Allen | 2,330 | 3.15% | 1.95% |
| RAO, Laxminarayana | 1,359 | 1.84% | 1.14% |
| SCHONFELD, Alvin | 2,134 | 2.88% | 1.79% |
| SEGARRA, Jay | 6,126 | 8.28% | 5.12% |
| Top 20 Total | 74,002 | 100.00% | 61.91% |
| Others | 45,531 | | 38.09% |
| Total | 119,533 | | 100.00% |

**2003 Claim Filings as of 10/31/2003**

Top Claim Filers

| Firm ID | # of Claims |
|---|---|
| 271 | 8014 |
| 974 | 6512 |
| 9387 | 5421 |
| 161 | 5409 |
| 666960 | 4972 |
| 1524 | 4742 |
| 357 | 4330 |
| 1342 | 3780 |
| 1241 | 3563 |
| 142 | 3008 |
| 1349 | 2925 |
| 9432 | 2772 |
| 9850 | 2738 |
| 666968 | 2005 |
| 9827 | 1907 |
| 666627 | 1892 |
| 1180 | 1864 |
| 1106 | 1725 |
| 109 | 1283 |
| 1691 | 1200 |
| **Subtotal** | **70062** |
| All Others | 29576 |
| TOTAL CLAIMS FILED | 99638 |



## Disproportionate Increases in Filing of Non-Malignancy Claims

|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004a |
|---|---|---|---|---|---|---|---|---|---|---|
| Cancers | 4,110 | 4,083 | 3,434 | 3,102 | 3,833 | 5,181 | 5,615 | 5,531 | 10,072 | 3,370 |
| Non-Malignant | 25,718 | 44,005 | 19,095 | 24,927 | 26,054 | 51,112 | 80,198 | 49,992 | 90,959 | 11,474 |

a - 6 months annualized

10

# Comparison of TDP Filings

- **1995 TDP**
  - 9 years experience
  - Avg. 50,000 claims/yr
  - 11% cancers
  - 41% of Non-Mal. have PFTs (Category 3)
  - 89% of lung cancers Cat 6 (Non-smoking)
  - 35% payments to cancers
  - 74% payments to cancers & impaired
  - Plan terminated 10/04

- **2002 TDP**
  - 9 months experience
  - Avg. 14,000 claims/yr
  - 24% cancers
  - 13% of Non-Mal. have PFTs (Level 3 & 4)
  - 65% of lung cancers L7 Non-smoking/SOE
  - 95% payments to cancers*
  - 96% payments to cancers & impaired*
  - Plan ongoing

11



Manville Claim Forecasts

# Estimates of Future Claims

| Year Forecast Made | Source | Forecast Period From | Thru | Estimate/ Forecast | + Pre Forecast Filings | = | Life of the Trust |
|---|---|---|---|---|---|---|---|
| 1983 | Walker | 1980 | 2009 | 30,000 - 120,000 | | | 30,000 - 120,000 |
| 1986 | Disclosure Stmt | Life of the Trust | | 83,000 - 100,000 | | | 83,000 - 100,000 |
| 1993 | ARPC | 1993 | 2049 | 302,789 | 169,622 | | 472,411 |
| 1994 | 706 Panel | 1993 | 2049 | 175,869 - 619,259 | 169,622 | | 345,491 - 788,881 |
| 1995 | ARPC | 1995 | 2049 | 511,400 | 169,622 | | 681,022 |
| 1997 | ARPC | 1997 | 2049 | 550,200 | 284,480 | | 834,680 |
| 2001 | ARPC | 2001 | 2049 | 747,726 - 2,684,719 | 421,218 | | 1,168,944 - 3,105,937 |







Cumulative Comparison of Actual Filings to 2001 Meso Forecast

16

a - 6 month annualized



Foreign Exposures Largely Account for Recent Meso Forecast Errors



Year by Year Comparison of Actual Filings to 2001 Forecast

a - 6 month annualized

18



Cumulative Comparison of Actual Filings to 2001 Forecast

Legend: Actual Filings — 2001 Weighted Forecast

Filings (y-axis): 100,000; 200,000; 300,000; 400,000; 500,000; 600,000; 700,000

Year Filed (x-axis): 2001, 2002, 2003, 2004a, 2005, 2006, 2007, 2008, 2009, 2010

19

a - 6 month annualized



# Conflicting Signals

- Overall, cumulative 4 year forecasting error is small

- The annual forecasting error is significant

- Is the current, low level of filings a temporary or more permanent state of affairs?

# Claim Forecast Methodology

# Dose-Response Model

- Pioneered by Peto & Nicholson

- Based on relationship between asbestos exposure and incidence of mesothelioma and lung cancer

- No accepted biological models for asbestos-related non-malignancies

- Non-malignancy claim forecast based on historic relationship to mesothelioma and/or lung cancer filings



Number of Non-Malignancy Claims Filed for Every 1 Meso Claim Filed
(Min = 5, Avg = 19, Max = 38)