1  way of saying: As I was reading it, this is a definite 1/1,
2  this is a one, but I thought about calling it a two.
3        I describe it that way because it not really a linear
4  scale where 1/2 is this much more scarring than a 2/1, which
5  is this much more scarring than a 2/2, it's much more
6  descriptive with the major category coming in the front. So
7  when someone calls it a one, they're saying it has a level one
8  scarring, two and three. It is also a classification of
9  pleural disease that in the most recent revision has really
10 been coming down to pleural disease's presence or absence on
11 the chest x-ray.
12 Q.   What ILO score is typically considered for an x-ray to
13 show markings consistent with asbestosis?
14 A.   A Category 1. So a 1/0, if you do it in this 0, 0/1,
15 1/0, 1/1, the 1/0 is the first level of abnormality.
16 Q.   Do you have an opinion to reasonable degree of medical
17 certainty as to whether someone can have asbestosis even
18 though their x-ray is normal as measured on the ILO scale?
19 A.   Yes, it is my opinion that they certainly can have
20 asbestosis with a normal chest film.
21 Q.   How is that? What's the basis for that opinion?
22 A.   Well, it's been documented both using pathology as the
23 gold standard looking at people who have normal chest film but
24 substantial asbestos exposure and finding that a good number
25 of that people, like in one study about 20 percent had

Welch - Direct - Finch

1   pathological asbestosis with a normal chest x-ray, and then
2   there is also studies that have used CAT scanning as the, what
3   we might say the gold standard is, comparing the plain chest
4   x-ray to what you see on a CAT scan, and again you find 25,
5   some studies up to 40 percent of the people with substantial
6   asbestos exposure, but a normal chest x-ray have some findings
7   of asbestosis on a CAT scan.
8   Q.   Does 2004 ATS statement address the issue of whether one
9   can have asbestosis even with a normal chest x-ray?
10  A.   Yes, that's described and reference in the ATS statement
11  and conforms to what I just described.
12  Q.   Okay.  And would you turn in your book to page -- it's
13  Exhibit 25, Bates label 1640006.
14  A.   Yeah, I have that page.
15  Q.   It's, again, 1640006.
16  A.   Um-hum.
17  Q.   Right hand column.
18  A.   Where it says plain chest radiographs are limited with
19  respect to --
20  Q.   Yes.
21  A.   -- with respect to sensitivity and specificity in cases
22  of mild or early asbestosis.  Among individuals with
23  asbestosis confirmed by histopathologic findings, 15 to
24  20 percent had no radiographic evidence of parenchymal
25  fibrosis in one study, similar to the proportion of other

1  interstitial lung diseases that present with normal chest
2  films.
3  Q.   And this cites to some earlier studies?
4  A.   Yes.
5  Q.   Is one of those the Kipen Study?
6  A.   Yes.
7  Q.   Can you describe for the Court what the Kipen Study is
8  and what it shows?
9  A.   Dr. Kipen was at the time working with Dr. Selikoff at
10 Mount Sinai and what he did was take x-rays -- had both x-rays
11 and pathology on a group of insulators and demonstrated the
12 people who had pathologic asbestosis.  About 20 percent of
13 them had a normal chest film.  So that's where that 20 percent
14 number comes from, is from Dr. Kipen's study.
15 Q.   Can you briefly describe for the Court the adverse health
16 consequences suffered by someone who has asbestosis yet has a
17 PFT score in the normal range?
18 A.   Well, as we talked about before, those individuals can
19 have a significant loss of lung function for them even though
20 we're still saying that within the population normal range, so
21 it's very unusual for individuals with asbestosis to have
22 shortness of breath, some chest discomfort, fatigue due to --
23 related to the increase work of breathing because of the
24 scarring in the lung.  In addition, they have a significant
25 increase risk of developing lung cancer and subsequent to

1  that, even if they haven't had the lung cancer yet, they're
2  very concerned about their future risk of lung cancer.
3  Q.  Let me stop you right there.  What is the increase in the
4  relative risk of someone contracting lung cancer if they have
5  asbestosis?
6  A.  Well, if they have asbestosis, they're probably about
7  four times as likely as someone who is equivalent to them in
8  terms of smoking history who doesn't have asbestosis.  But if
9  you take that person with asbestosis who is a smoker and
10 compare them to a nonsmoker, nonasbestosis exposed person,
11 it's probably about 50 fold because the asbestos multiplies
12 times the risk of smoking.
13 Q.  What percentage of people who contract lung cancer live
14 more than five years?
15 A.  Average, about 15 percent.  And then if you take out the
16 people -- there is a small proportion of people who are fairly
17 well cured initially, take those out, you are down to three
18 percent at five years.
19 Q.  What other adverse health consequences are suffered by
20 people who have nonmalignant asbestos disease even though they
21 may have normal pulmonary function tests?
22 A.  The fear of cancer, shortness of breath even within the
23 normal, and then they have a likelihood of developing
24 progressive decline in lung function and eventually dropping
25 below the normal range.  Individuals have different rates of

— Welch - Direct - Finch —

1  decline, but if they live long enough they usually develop a
2  significant impairment from that declining lung function.
3  Q.  Do they have any increase in the numbers of respiratory
4  infections they will have?
5  A.  Yes, they definitely do that.
6  Q.  What medical treatment steps would you prescribe for a
7  person who suffers from a nonmalignant asbestos disease?
8  A.  Well, I generally recommend they have an annual
9  examination with a physician who knows about asbestos-related
10 disease to follow that progression that I talked about, the
11 disease getting worse, to make sure that they get their annual
12 influenza vaccination.  And in addition, for any of them that
13 quit smoking, they need to be actively engaged -- and many of
14 them do smoke -- actively engaged in quitting smoking.  A part
15 of the annual evaluation is to reinforce that, make sure that
16 they have quit, provide them additional information if they
17 started again, whatever is necessary.  So, it's following the
18 disease.  Then the other part of the annual exam is
19 understanding the other diseases that develop in men who are
20 getting to be 60 and 70 and sorting out what might be due to
21 their asbestos and what might be due to heart disease or other
22 lungs disease as well.
23 Q.  How much do these treatment steps, these medical visits
24 and tests typically cost on an annual basis?
25 A.  I would usually recommend they have a complete set of

1  pulmonary function tests and x-rays, so in Washington you are
2  looking at eight hundred to a thousand dollars with tests and
3  physical examination with a doctor.
4  Q.    Eight hundred to a thousand dollars each year?
5  A.    Correct.
6  Q.    Can you briefly describe the adverse health consequences
7  suffered by someone who has pleural plaques?
8  A.    Pleural plaque, as of the most general statement,
9  usually doesn't have a loss of lung function with it, but you
10 have -- those people have a higher likelihood of eventually
11 developing asbestosis. Because of the asbestos exposure that
12 they've had, they're at a higher risk for lung cancer. So
13 it's very similar to the people with asbestosis in terms of
14 increased risk of lung cancer, fear of lung cancer and
15 progression of lung disease.
16 Q.    Could you turn to page 1640014 in Plaintiffs' Exhibit 25.
17 1640014?
18 A.    Yeah, have it, um-hum.
19 Q.    What is that a photograph of at the top left side of the
20 page?
21 A.    It's pleural plaque, it's a photograph from an autopsy of
22 someone who had pleural plaque.
23 Q.    What treatment steps would you prescribe for someone who
24 has pleural plaques?
25 A.    Essentially the same as someone who has asbestosis,

Welch - Direct - Finch

1  annual physical examination and checkup.
2      MR. FINCH: Your Honor, I note the time, it's 4:30.
3  This would be a good breaking point, if the Court is so
4  inclined. I have fair amount of additional material to elicit
5  from Dr. Welch.
6      THE COURT:  This would be a good time, and I
7  appreciate the break at this point. So we'll recess until
8  tomorrow morning at 9:30.
9      (Adjournment)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

208

Welch - Direct - Finch

1  C E R T I F I C A T E.

5  I, Theodore M. Formaroli, C.S.R., Official United States
6  Court Reporter and Certified Shorthand Reporter of the State
7  of New Jersey, do hereby certify that the foregoing is a true
8  and accurate transcript of the testimony as taken
9  stenographically by and before me at the time, place and on
10 the date hereinbefore set forth.
11    I do further certify that I am neither a relative nor
12 employee nor attorney nor counsel of any of the parties to
13 this action, and that I am neither a relative nor employee of
14 such attorney or counsel and that I am not financially
15 interested in this action.

22 _____
   THEODORE M. FORMAROLI, C.S.R.
23 Certificate No. 433
   Date: June 14, 2005

United States District Court
Camden, New Jersey