# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

I hereby certify that on September 21, 2005, I electronically filed a true and correct copy of **The Official Committee of Unsecured Creditors' Memorandum in Support of Debtors' Motion for Approval of Debtors' Sampling Plan and Claimant Questionare**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven T. Davis, Esquire
Obermeyer Rebmann Maxwell & Hippel
1617 JFK Blvd., One Penn Center, 19th Floor
Philadelphia, PA 19103
Steven.davis@obermeyer.com

Paul N. Heath, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
heath@rlf.com
rbgroup@rlf.com

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

Daniel B. Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
dbutz@mnat.com

Brett D. Fallon, Esquire
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com

Christopher A. Ward, Esquire

WLM\211286.1

222 Delaware Avenue, Suite 900
Wilmington, DE 19899
bankserv@bayardfirm.com
cward@bayardfirm.com

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N, King Street, Suite 300
Wilmington, DE 189801
meskin@camlev.com

James L. Patton, Jr., Esquire
Edwin T. Harron, Esquire
Sean T. Greecher, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
eharron@ycst.com
sgreecher@ycst.com
bank@ycst.com

I further certify that on September 21, 2005, I caused the **The Official Committee of Unsecured Creditors' Memorandum in Support of Debtors' Motion for Approval of Debtors' Sampling Plan and Claimant Questionare,** to be served via email upon the attached service list:

**DUANE MORRIS LLP**

*/s/*

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
William S. Katchen
1100 North Market Street
Suite 1200
Wilmington, Delaware 19801
Tel: (973) 424-2000
Fax: (973) 424-2001

Co-Counsel for the Official Committee
of Unsecured Creditors

**VIA ELECTRONIC MAIL:**

Ralph Miller, Esquire – ralph.miller@weil.com

Judy Liu, Esquire – judy.liu@weil.com

David Hickerson, Esquire – david.hickerson@weil.com

Peter Friedman, Esquire – peter.m.friedman@weil.com

Jarred Wright, Esquire – jarred.wright@weil.com

Nathan D. Finch, Esquire – ndf@capdale.com

Peter Van N. Lockwood, Esquire - pvnl@capdale.com

Kimberly Brown, Esquire – knb@capdale.com

Jeffrey Liesemar. Esquire – jal@capdale.com

Adam VanGrack – alv@capdale.com

Walter B. Slocombe – wbs@capdale.com

Daniel Graham – dkg@capdale.com

Elihu Inselbuch – ei@capdale.com

Marla Eskin – meskin@camlev.com

Scott Baena – sbaena@bilzin.com

Jay Sakalo – jsakalo@bilzin.com

Allyn Danzeisen – adanzeisen@bilzin.com

Matthew Kramer – mkramer@bilzin.com

Jane Parver – jparver@kayescholer.com

Andrew Kress – akress@kayescholer.com

Michael Lynn – mlynn@kayescholer.com

Maris Veidemanis – mveidemanis@kayescholer.com

4

WLM\211286.1

Efrem Schwalb – eschwalb@kayescholer.com

Scott Deveraux – devereauxsd@cooley.com

Kathleen Goodhart – kgoodhart@cooley.com

Patrick Gunn – pgunn@cooley.com

Jeff Gutkin – jgutkin@cooley.com

Jeffrey Karr – jkarr@cooley.com

Sharon Zieg – szieg@ycst.com

James Patton, jr. jpatton@ycst.com

Sean Greecher – sgreecher@ycst.com

Dean Trafelet – dtrafelet@dcwis.com

Brad Erens – berens@jonesday.com

Daniel Butz – dbutz@mnat.com