# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-2094 (JKF) |
| USG CORPORATION, *et al.*, | Jointly Administered |
| Debtors. |  |
| USG CORPORATION, *et al.*, |  |
| Movant, |  |
| v. |  |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, | Civil Action No. 04-1559 (JFC) |
|  | Civil Action No. 04-1560 (JFC) |
| Respondents. |  |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on November 7, 2005, I caused a copy of the *Notice of Service of the Subpoena Duces Tecum on the Center for Claims Resolution, Inc.* to be served upon the individuals below in the manner indicated:

{D0050706:1 }

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Lewis Kruger, Esquire
lkruger@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

Adam VanGrack
ALV@capdale.com

{D0050706:1 }

Alan Pepper
apepper@kayscholer.com

Jeff Gutkin
jgutkin@cooley.com

Jeffrey Karr
jkarr@cooley.com

James Patton
jpatton@ycst.com

Kathleen Goodhart
kgoodhart@cooley.com

Maribeth Minella
mminella@ycst.com

Mitchell widon
mwidom@bilzin.com

Nicholas Cremona
Ncremona@kayescholer.com

Patrick Gunn
pgunn@cooley.com

Sean Greecher
sgreecher@ycst.com

Sharon Zieg
szieg@ycst.com

Florence Jao
fjao@cooley.com

   In addition, on November 7, 2005, I, Kathleen Campbell Davis, caused a copy of the

above referenced document to be served upon the following individual via First Class Mail:

        Scott D. Devereaux
        Cooley Godward LLP
        Five Palo Alto Square
        3000 El Camino Real
        Palo Alto, CA 94306-2155

{D0050706:1 }

| | |
|---|---|
| Dated: November 7, 2005 | CAMPBELL & LEVINE, LLC |

/S/ Kathleen Campbell Davis
Marla Rosoff Eskin (No. 2989)
Kathleen Campbell Davis (No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0050706:1 }