IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>USG CORPORATION<br>A Delaware Corporation, et al.<br><br>Debtors. | Case Nos. 01-2094 (JKF)<br>Jointly Administered<br><br>Chapter 11 |
| USG CORPORATION, et al.<br><br>Movant,<br><br>v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.<br><br>Respondents. | CIVIL ACTION NO. 04-CV-1559 (JFC)<br>CIVIL ACTION NO. 04-CV-1560 (JFC) |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on November 7, 2005, the Official Committee of Asbestos Property Damage Claimants' (the "PD Committee"), by and through undersigned counsel, served copies of the **The Official Committee of Asbestos Property Damage Claimants' Supplemental Disclosures: Re Personal Injury Estimation** on the attached list via E-mail notification and First Class U.S. mail in accordance with the Modified Revised Order Establishing Case Management and Scheduling Procedures and Superceding Five Prior Orders Related Thereto [D.I. 8796].

Dated: November 7, 2005

BILZIN SUMBERG BAENA
   PRICE & AXELROD LLP
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-2336
Telephone: (305) 374-7580

-and-

607927v1

THE BAYARD FIRM

*[signature]*

Steven M. Yoder, Esquire (No. 3885)
Christopher A. Ward, Esquire (No. 3877)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19801
Telephone:    (302) 658-5500

Co-Counsel for the Official Committee of
Asbestos Property Damage Claimants