# USG Corporation

| | |
|---|---|
| Brad Erens, Esquire<br>Ilana N. Glazer, Esquire<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago IL 60601-1692<br>*Representing Debtors* | Daniel J. DeFranceschi, Esquire<br>Paul N. Heath, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O Box 551<br>Wilmington DE 19899<br>*Local Counsel for Debtor* |
| David Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2311<br>Wilmington DE 19801 | Denise K. Wildes, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York NY 10038-4982<br>*Official Committee of Unsecured Creditors* |
| Scott Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod, LLP<br>2500 First Union Financial Center<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami FL 33131-2336<br>*Representing Committe Counsel* | Eric D. Schwartz, Esquire<br>Derek C. Abbott, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington DE 19899 |
| Marla R. Eskin, Esquire<br>Kathleen J. Campbell, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street<br>Suite 300<br>Wilmington DE 19801<br>*Counsel for Committee of Personal Injury Claimants* | Dean M. Trafelet, Esquire<br>P.O. Box 518<br>9130 Wild Lane<br>Baileys Harbor WI 54202<br>*Legal Representative for Future Claimants* |
| Peter Van N. Lockwood, Esquire<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington DC 20005-5802<br>*Counsel for Official Committee of Personal Injury Claimants* | Nicholas J. Cremona, Esquire<br>Andrew A. Kress, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York NY 10022<br>*Outside Counsel to Legal Representative for Future Claimants* |

# USG Corporation

James L. Patton, Jr., Esquire
Sharon Zieg, Esquire
1000 West Street, 17th Floor
The Brandywine Building
Wilmington   DE   19801

*Dean M. Trafelet*


Martin Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil Gotshall & Manges
767 Fifth Avenue
New York   NY   10153

*Counsel to the Statutory Committee of Equity Security Holders*