UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
USG CORPORATION                                 :
a Delaware corporation, et al.,                 :
                                                :    Jointly Administered
                      Debtors.                  :    Case No. 01-2094(JKF)
---------------------------------------------------x
USG CORPORATION, et al.,                        :
                                                :
                      Movant,                   :
         v.                                     :
                                                :    Civil Action No. 04-1559 (JFC)
OFFICIAL COMMITTEE OF                           :    Civil Action No. 04-1560 (JFC)
ASBESTOS PERSONAL INJURY                        :
CLAIMANTS, et al.,                              :
                                                :
                      Respondents.              :
---------------------------------------------------x

### THE STATUTORY COMMITTEE OF EQUITY SECURITY HOLDERS' JOINDER TO THE DEBTORS' DISCLOSURE OF WITNESSES/INDIVIDUALS WITH KNOWLEDGE

The Statutory Committee of Equity Security Holders (the "Equity Committee") hereby adopts and incorporates by reference the Debtors' Disclosure of Witnesses/Individuals with Knowledge Re: Debtors' Affirmative Estimation Proceeding dated November 7, 2005.  The Equity Committee expressly reserves all rights to amend, revise and/or supplement this disclosure after further investigation and discovery.

DC1:\214627\01\4LLV01!.DOC\78444.0003

Date: November 7, 2005               Respectfully submitted,

_____

**MORRIS, NICHOLS, ARSHT & TUNNELL**

Robert J. Dehney (#3578)
Gregory W. Werkheiser (#3553)
Daniel B. Butz (#4277)
Curtis S. Miller (#4583)
1201 North Market Street,
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Statutory
Committee of Equity Security Holders

491620