# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | |
| USG CORPORATION | : | Joint Administered |
| a Delaware corporation, et al. | | Case No. 01-2094 (JKF) |
| | : | |
| Debtors, | | |

--------------------------------------------------------- :

| | | |
|---|---|---|
| USG CORPORATION, et al., | | |
| | : | Civil Action No. 04-1559 (JFC) |
| Movant, | | Civil Action No. 04-1560 (JFC) |
| | : | |
| v. | | |
| | : | |
| OFFICIAL COMMITTEE OF ASBESTOS | | |
| PERSONAL NJURY CLAIMANTS, et al. | : | |
| | : | |
| Respondents.. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTORS' DISCLOSURE OF WITNESSES/INDIVIDUALS WITH KNOWLEDGE

The Official Committee of Unsecured Creditors (the "Committee") hereby adopts and incorporates by reference the Debtors' Disclosure of Witnesses/Individuals with Knowledge Re: Debtors' Affirmative Estimation Proceeding dated November 7, 2005. The Committee expressly reserves all rights to amend, revise and/or supplement this disclosure after further investigation and discovery.

**[Signature Block Follows]**

Dated: Wilmington, Delaware
November 9, 2005

**STROOCK & STROOCK & LAVAN LLP**
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Denise K. Wildes, Esq.
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

-and-

**DUANE MORRIS LLP**

/s/ Michael Lastowski
Michael Lastowski, Esq. (DE I.D. No. 3892)
William S. Katchen, Esq.
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302)-657-4942
Facsimile:  (302) 657-4901
E-mail:       mlastowski@duanemorris.com

Co-Counsel for the Creditors Committee