**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :    Chapter 11

USG CORPORATION                                 :    Joint Administered
a Delaware corporation, et al.                       Case No. 01-2094 (JKF)
                                                :
                              Debtors,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
USG CORPORATION, et al.,
                                                :    Civil Action No. 04-1559 (JFC)
                       Movant,                       Civil Action No. 04-1560 (JFC)
                                                :
v.
                                                :
OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL NJURY CLAIMANTS, et al.                :

                                                :
                       Respondents..
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


<u>**CERTIFICATE OF SERVICE**</u>

      Virginia L. Akin, certify that I am not less than 18 years of age, and that service

of the following **Official Committee of Unsecured Creditors' Joinder to the Debtors'**

**Disclosure of Witnesses/Individuals with Knowledge** was made on November 9, 2005, upon

the Parties listed on the attached service list either by First Class Mail or Hand Delivery for all

parties located in Wilmington, Delaware.

      Under penalty of perjury, I declare that the foregoing is true and correct.


Dated:  November 9, 2005                    /s/ Virginia L. Akin
                                            Virginia L. Akin, Paralegal
                                            DUANE MORRIS LLP
                                            1100 N. Market Street, Ste 1200
                                            Wilmington, DE 19801
                                            Telephone:    (302) 657-4900

Facsimile:     (302) 657-4901
Email:          vlakin@duanemorris.com

WLM\212241.1

| USG CORPORATION 2002 SERVICE LIST |
|---|
| Daniel J. DeFranceschi<br>Paul N. Heath<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899-0551 |
| Marla R.  Eskin<br>Kathleen J. Campbell<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Derek C. Abbott<br>James C. Carignan<br>Morris, Nichols, Arsht & Tunnell<br>1201 Market Street<br>Wilmington, DE 19801 |
| Robert J. Dehney<br>Daniel B. Butz<br>Curtis S. Miller<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801<br>*(Counsel for Statutory Committee of Equity Security Holders)* |
| Ian Connor Bifferato<br>Bifferato, Bifferato & Gentilotti<br>P.O. Box 2165<br>1308 Delaware Avenue<br>Wilmington, DE 19899 |
| Karen C. Bifferato<br>Connolly, Bove, Lodge & Hutz LLP<br>P.O. Box 2207<br>The Nemours Building, 1007 North Orange Street<br>Wilmington, DE 19899 |
| Teresa K.D. Currier<br>Klett, Rooney, Lieber & Schorling<br>P.O. Box 1397<br>1000 West Street, Suite 1410<br>Wilmington, DE 19899-1397 |
| John D. Demmy<br>Stevens & Lee, P.C.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801 |

3

| |
|---|
| Paul J. Dougherty<br>McCarter & English, LLP<br>P.O. Box 111<br>919 N. Market Street, Suite 950<br>Wilmington, DE 19899 |
| Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| James E. Huggett<br>Victoria E. Varrasse<br>Flaster/Greenberg P.C.<br>913 North Market Street, Suite 702<br>Wilmington, DE 19801 |
| Robert Jacobs<br>Jacobs & Crumplar, P.A.<br>P.O. Box 1271<br>2 East 7th Street<br>Wilmington, DE 19899 |
| Michael R. Lastowski<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Rachel B. Mersky<br>Monzack and Monaco, P.A.<br>1201 N. Orange St., Ste. 400<br>Wilmington, DE 19801 |
| Kathleen M. Miller<br>Smith Katzenstein & Furlow, LLP<br>P.O. Box 410<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19899 |
| Francis A. Monaco<br>Rachel B. Mersky<br>Monzack and Monaco, P.A.<br>1201 North Market Street, Suite 400<br>Wilmington, DE 19801 |
| James L. Patton<br>Edwin J. Harron<br>Young Conaway Stargatt & Taylor, LLP<br>P.O. Box 391<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| David Klauder<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building, 844 King Street, Room 2313 Lockbox 35 |

WLM\212241.1

| |
|---|
| Wilmington, DE 19801-3519 |
| Bradford J. Sandler<br>Adelman Lavine Gold & Levin<br>919 Market Street, Suite 710<br>Wilmington, DE 19801 |
| Victor Schwaiger<br>Bridget Connell<br>Parcels/DDR<br>200 West 9th Street<br>Wilmington, DE 19801 |
| Eric D. Schwartz<br>Morris, Nichols, Arsht & Tunnell<br>P.O. Box 1347<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| Jennifer L. Scoliard<br>Klehr Harrison Harvey Brazenburg & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Laurie Selber Silverstein<br>Monica Leigh Loftin<br>Potter Anderson & Corroon LLP<br>P.O. Box 951<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19899 |
| Ellen W. Slights<br>U.S. Department of Justice<br>P.O. Box 2046<br>1201 Market Street, Suite 1100<br>Wilmington, DE 19899-2046 |
| Christopher S. Sontchi<br>William P. Bowden<br>Gregory A. Taylor<br>Ashby & Geddes<br>P.O. Box 1150<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899 |
| William D. Sullivan<br>Elzufon Austin Reardon Tarlov & Mondell, P.A.<br>P.O. Box 1630<br>300 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899 |
| William F. Taylor<br>McCarter & English, LLP<br>P.O. Box 111<br>919 North Market Street, Suite 1800 |

| |
|---|
| Wilmington, DE 19899 |
| Timothy J. Weiler<br>727-B North Market Street<br>Wilmington, DE 19801 |
| Steven M. Yoder<br>Neal B. Glassman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Citibank<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10043 |
| Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th Floor<br>New York, NY 10020 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>P.O. Box 13708<br>1738 Bass Road<br>Macon, GA 31208 |
| Joseph Alban<br>Airgas, Inc.<br>P.O. Box 6675<br>259 Radnor-Chester Road, Suite 100<br>Radnor, PA 19087 |
| R. Scott Alsterda<br>Greeg E. Szilagyi<br>Chiropher L. Rexroat<br>James M. McArdle<br>Ungaretti & Harris<br>3500 Three First National Plaza<br>Chicago, IL 60602 |
| Judith Archer<br>James Grudus<br>AT&T Corp.<br>900 US Highway 202/206<br>Bedminster, NJ 07921-2691 |
| Scott L. Baena<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>2500 First Union Financial Center, 200 South Biscayne Blvd.<br>Miami, FL 33131-2336 |
| Scott Baldwin Jr.<br>Baldwin & Baldwin, LLP<br>400 W. Houston Street<br>Marshall, TX 75670 |
| Gary L. Barnhart |

6

| |
|---|
| Missouri Dept. of Revenue<br>P.O. Box 475<br>301 West High Street, Room 670<br>Jefferson City, MO 65105-0475 |
| Steven T. Baron<br>Silber Pearlman, LLP<br>2711 N. Haskell Avenue, 5th Floor - LB 32<br>Dallas, TX 75204 |
| Frederick M. Baron<br>Russell W. Budd<br>Alan B. Rich<br>Budd & Budd<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-1181 |
| David M. Barse<br>MJ Whitman Advisers<br>622 3rd Avenue Floor 32<br>New York, NY 10017-6715 |
| Laurence H. Bartlett<br>Crotty& Bartlett, P.A.<br>P.O. Box 9547<br>1800 W. International Speedway Blvd., Suite 201<br>Daytona, FL 32120-9547 |
| Larry W. Bass<br>Law Offices of Jacky B. Franklin<br>9800 Richmond Ave., Suite 560<br>Houston, TX 77042 |
| Robert C. Beattie<br>Pan-Alberta Gas (U.S.) Inc.<br>Suite 750, 630 - 6th Avenue SW<br>Calgary, Alberta,  T2P 0S8 CANADA |
| Neil Berger<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Robert J. Blumling<br>Brian W. Ashbaugh<br>Paul H. Minton<br>Bluming & Gusky, LP<br>1200 Koppers Building<br>Pittsburgh, PA 15219 |
| Lynn J. Bodi<br>Stafford Rosenbaum LLP<br>P.O. Box 1784<br>3 South Pickney Street, Suite 1000<br>Madison, WI 53701-1784 |

| |
|---|
| Russell S. Bogue, III<br>Amy K. Alcoke<br>Hunton & Williams<br>600 Peachtree Street, N.E., Suite 4100<br>Atlanta, GA 30308-2216 |
| Robert A. Bohrer<br>Ekman, Bohrer & Thulin, P.S.<br>Queen Anne Square, 220 West Merecer St., Suite 400<br>Seattle, WA 98119 |
| Robert W. Bollar<br>Southern Counties Old Co.<br>P.O. Box 4159<br>1800 West Katella Avenue, Suite 400<br>Orange, CA 92863-4159 |
| Sal Boscia<br>StorageTek Financial Services Corporation<br>1000 So. McCaslin Boulevard<br>Superior, CO 80027 |
| Thomas J. Brandi<br>Terrence Edwards<br>Law Offices of Thomas J. Brandi<br>44 Montgomery Street, #1050<br>San Fancisco, CA 94104 |
| Alan R Brayton<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 |
| Russell Budd<br>Alan B. Rich<br>Baron & Budd, P.C<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 |
| Michael P. Cascino<br>Cascino Vaughan Law Offices, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607-5309 |
| Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 |
| Rathna Chikkalingaiah<br>Central States, Southeast and Southwest Areas Pension Fund<br>Legal Department 9377 West Higgins Road<br>Rosemont, IL 60018-4938 |
| Joseph E. Chovanes<br>Piper Rudnick<br>One Liberty Place |

WLM\212241.1

| |
|---|
| 1650 Market Street  Suite 4900<br>Philadelphia, PA 19103 |
| Shawn M. Christianson<br>Buchalter, Nemer, Fields & Younger<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130 |
| Yvonne Clemence<br>Caterpillar Financial Services<br>Senior Litigation Paralegal<br>P.O. Box 340001<br>2120 W.End Avenue<br>Nashville, TN 37203-0001 |
| Marvin E. Clements, Jr.<br>C/O TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Elaine Z. Cole<br>New York State Department of Taxation and Finance<br>340 E. Main St.<br>Rochester, NY 14604 |
| Newberry College<br>c/o Edward J. Westbrook, Esquire<br>Richardson Patrick Westbrook & Brickman LLC<br>P.O. Box 1007<br>1037 Chuck Dawley Blvd, Building A<br>Mount Pleasant, SC 29465 |
| John D. Cooney<br>Cooney & Conway<br>120 N. LaSalle Street, 30th Floor<br>Chicago, IL 60602 |
| General Counsel<br>Enron Energy Services<br>1400 Smith Street, EB 0889<br>Houston, TX 770022 |
| Michael J. Crames<br>Andress A. Kress<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Myron K. Cunningham<br>Kerr McGee Center<br>Oklahoma City, OK 73125 |
| Dorian Daley<br>Associate General Counsel<br>Oracle Corporation<br>500 Oracle Parkway, Mail Stop 5op7 |

WLM\212241.1

| |
|---|
| Redwood City, CA 94065 |
| Patrick Darby<br>Bradley Arant Rose & White, LLP<br>2001 Park Place, Suite 1400<br>Birmingham, AL 35203-3208 |
| Tony M. Davis<br>Baker Botts LLP<br>One Shell Plaza, 910 Louisiana<br>Houston, TX 77002 |
| M. Catharine Davis<br>Great Lakes Gas Transmission Company<br>5250 Corporate Drive<br>Troy, MI 48098 |
| John M. Deakle<br>Deakle Law Firm<br>P.O. Box 2072<br>802 North Main Street<br>Hattiesburg, MS 39403 |
| Jose Louis DelRosario<br>c/o Alan Kellman, Esquire<br>Jacques Admiralty Law Firm<br>1530 Chestnut Street, Suite 604<br>Philadelphia, PA 19102 |
| Stacy Dezi<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601-1692 |
| Martin Dies<br>1009 Green Avenue<br>Orange, TX 77630 |
| *Representing Harris County; City of Houston, Humble ISD*<br>John P. Dillman<br>Linebarger, Heard, Goggan, Blair Graham, Pena & Sampson, LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Ellen R. Doherty<br>UGI Utilities, Inc.<br>2121 City Line Rd Unit 1<br>Bethlehem, PA 18017-2150 |
| Mary Joanne Dowd<br>Christopher J. Giaimo, Jr.<br>Arent Fox Kintner Plotkin & Kahn, PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5339 |
| John M. Drews<br>Drews & Associates, P.C. |

| |
|---|
| 1410 Bradley Court<br>Downers Grove, IL 60516 |
| James F. Early<br>Early, Ludwick & Sweeney, LLC<br>265 Church Street, 11th Floor<br>New Haven, CT 06510 |
| Charles R. Ekberg<br>Lane Powell Sears Lubersky LLP<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338 |
| Donna Ellison<br>Air Products and Chemicals, Inc.<br>7201 Hamilton BLVD.<br>Alentown, PA 18195-1501 |
| Brad Erens<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601-1692 |
| Reid D. Evensky<br>850 Ridge Lake Blvd., Suite 200<br>Memphis, TN 38120 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave., N.W.<br>Washington, DC 20020 |
| Oscar B. Fears, III<br>Georgia Department of Revenue<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 |
| Larry A. Feind<br>Georgia-Pacific Corporation<br>P.O. Box 105605<br>133 Peachtree Street, NE 7th Floor<br>Atlanta, GA 30348-5605 |
| Matthew J. Ferko<br>USB Warburg LLC<br>677 Washington Blvd.<br>Stanford, CT 06901 |
| David L. Field<br>Mirant Americas Energy Marketing Canada, Ltd.<br>300, 440 - 2nd Avenue SW<br>Calgary, Alberta, CA T2P 5E9 |
| Charles J. Filardi, Jr.<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 |
| John V. Fiorella |

WLM\212241.1

| |
|---|
| Archer & Greiner, P.C.<br>P.O. Box 3000<br>One Centennial Square, East Euclid Avenue<br>Haddonfield, NJ 08033-0968 |
| Jeffrey Fischer<br>Weirton Steel Corp.<br>400 Three Springs Drive<br>Weirton, WV 26062 |
| Department of Attorney General<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 |
| Ryan A. Foster<br>The Foster Law Firm, PLLC<br>440 Louisiana, Suite 2100<br>Houston, TX 77002 |
| Charles O. Freedgood<br>Chase Manhattan Bank<br>270 Park Avenue Floor 12<br>New York, NY 10017-2036 |
| Craig E. Freeman<br>Thelen, Reid & Priest LLP<br>875 Third Avenue<br>New York, NY 10022 |
| William E. Frese<br>Attn: Sheree L. Kelly<br>P.O. Box 570<br>80 Park Plaza, T5D<br>Newark, NJ 07101 |
| Henry S. Friedman<br>John C. Cruden<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044 |
| Neal A. Frink<br>Dinsmore & Shohl<br>1900 Chemed Center 255 East Fifth Street<br>Cincinnati, OH 45202 |
| James G. Gereghty, Jr.<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY 10179 |
| Joseph A. Giampapa<br>Banc  One Corporation<br>100 East Broad Street, 18th Floor<br>Columbus, OH 43271 |

12

WLM\212241.1

| |
|---|
| Charles E. Gibson, III<br>620 North Street, Suite 100<br>Jackson, MS 39202 |
| Ken Glassman<br>Goldman Sachs<br>85 Broad Street<br>New York, NY 10005 |
| *Representing Verizon New York, Inc.*<br>Henry Gluckstern<br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017 |
| Ronald E. Gold<br>Frost Brown Todd LLC<br>2500 PNC Center 201 East Fifth Street<br>Cincinnatti, OH 45202-4182 |
| Theodore Goldberg<br>Mark C. Meyer<br>Goldberg, Persky, Jennings & White, P.C.<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219 |
| Leonard P. Goldberger<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 |
| Terry A. Graffis<br>National City Bank<br>1900 East Ninth Street, Locator 01-2136<br>Cleveland, OH 44114 |
| Gary E. Green<br>COSTON & LICHTMAN<br>407 South Dearborn St., Suite 600<br>Chicago, IL 60605 |
| Sean Haas<br>Citadel Investment Group L.L.C.<br>131 South Dearborn Street, 36th Floor<br>Chicago, IL 60606 |
| Daniel J. Habeck<br>Cramer, Multhauf & Hammes, LLP<br>P.O. Box 558<br>Suite 200, 1601 East Racine Avenue<br>Waukesha, WI 53187 |
| Alan D. Halperin<br>Ethan D. Ganc<br>Halperin & Associates<br>1775 Broadway, Suite 515 |

WLM\212241.1

| |
|---|
| New York, NY 10019-1903 |
| Jonathan C. Hantke<br>Pamela Walters<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 |
| Paul Harner<br>Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, Il 60601-1692 |
| Andrea S. Hartley<br>Akerman, Senterfitt & Eidson, P.A.<br>Sun Trust International Center<br>One Southeast Third Avenue, 28th Floor<br>Miami, FL 33131-1704 |
| David Heiman<br>Jones Day<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114 |
| Andrew Herenstein<br>Quadrangle Group LLC<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 |
| Elliot H. Herskowitz<br>Regen Capital I, Inc.<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 |
| Robert L. Heugle, Jr.<br>Lomurro, Davison, Eastman & Munoz, P.A.<br>Monmouth Executive Center, 100 Willowbrook Road, Building 1<br>Freehold, NJ 07728-2879 |
| John F. Higgins<br>James Matthew Vaughn<br>Porter & Hedges, LLP<br>700 Louisiana, 35th Floor<br>Houston, TX 77002 |
| Shepard A. Hoffman<br>Law Offices of Shepard A. Hoffman<br>Highland Park Place, 4514 Cole Avenue, Suite 806<br>Dallas, TX 75205 |
| Jay W. Hurst<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| |
|---|
| Allan H. Ickowitz<br>Kathy K. Emanuel<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>399 Park Ave.<br>New York, NY 10022-4614 |
| Daily Insights<br>JAF Box 3127<br>New York, NY 10116 |
| Michael Itallie<br>U.S. Environmental Protection Agency<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Danni L. Jorenby<br>Department of Workforce Development, Division of Unemployment Insurance<br>P.O. Box 8914<br>201 East Washington Avenue<br>Madison, WI 53708-8914 |
| Joseph H. Kasimer<br>Paul H. Teague<br>Kasimer & Annino, P.C.<br>7653 Leesburg Pike<br>Falls Church, VA 22043 |
| William S. Katchen<br>Duane Morris, LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 |
| Jeffrey Kaufman<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 |
| Michael T. Kay<br>Attn: Nancy Draves<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI 48674 |
| Steven L. Kazan<br>Kazan, McClain, Edises, Simon & Abrams<br>171 Twelfth Street, 3rd Floor<br>Oakland, CA 94607 |
| Harry E. Keil<br>Central States, Southeast and<br>   Southwest Areas Pension Fund |

WLM\212241.1

| |
|---|
| Deliquent Accounts 9377 West Higgins Road<br>Rosemont, IL 60018-4938 |
| Anne Marie Kelley<br>Dilworth Paxson LLP<br>Liberty View-Suite 700, 457 Haddonfield Road<br>Cherry Hill, NJ 08002 |
| Allan Kellman<br>The Jaques Admiralty Law Firm<br>1370 Penobscot Building<br>Detroit, MI 48226 |
| Steven J. Kherkher<br>Laurence G. Tien<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 |
| Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1416 Dodge Street, Room 830<br>Omaha, NE 68179 |
| Eugene J. Kottenstette<br>Assistant City Attorney<br>Land Use & Revenue Section<br>201 West Colfax Avenue, Dept 1207<br>Denver, CO 80202-3275 |
| Steve Krull<br>Owens Corning World Headquarters, One Owens Corning Parkway<br>Toledo, OH 43659 |
| Nina M. LaFleur<br>Stutsman & Thames, P.A.<br>121 W. Forsyth Street, Suite 600<br>Jacksonville, FL 32202 |
| Lawrence F. Landgraff<br>Pension Benefit Guaranty Corporation, Office of the General Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, DC 20005-4026 |
| Joseph W. Lawrence, II<br>Dan Matlow<br>Vezina, Lawrence & Piscitelli, P.A.<br>350 East Olas Blvd., Suite 1130<br>Fort Lauderdale, FL 33301 |
| Thomas A. Lee III<br>Becket & Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Jack Levy<br>Smith, Freed, Chock & Eberhard, P.C. |

| |
|---|
| 1001 S.W. Fifth Avenue, Suite 1700<br>Portland, OR 97204 |
| Janessa Lewing<br>CenturyTel<br>885 Bert Kouns<br>Shreveport, LA 71118 |
| Peter Van N. Lockwood<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005-5802 |
| Moshe Maimon<br>Levy Phiilips & Konigsberg, LLP<br>520 Madison Avenue<br>New York, NY 10022 |
| Daniel S. Mandel<br>Mandel, Weisman & Brodie, P.A.<br>2101 Corporate Boulevard, Suite 300<br>Boca Raton, FL 33431 |
| Mary A. Martin<br>USG Corporation<br>125 South Franklin Street<br>Chicago, IL 60606 |
| Paul M Matheny<br>Anthony J. Covacevich<br>Law Offices of Peter G. Angelos<br>5905 Harford Road<br>Baltimore, MD 21214-1846 |
| Lisa A. Miller<br>Wells Fargo Bank Northwest, N.A.<br>608 2nd Avenue South, MAC N9303-120, Sixth & Marquette<br>Minneapolis, MN 55402 |
| Robert B. Millner<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower, 233 South Wacker Drive<br>Chicago, IL 60606 |
| David B. Mills<br>Hammons & Mills<br>115 W. 8th Avenue, Suite 280<br>Eugene, OR 97401 |
| Alan K. Mills<br>Alan B. Feldbaum<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| Christopher R. Momjian<br>Office of the  Attorney General |

| |
|---|
| 21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 |
| Michael C. Moody<br>O'Rourke McCLoskey & Moody<br>161 North Clark Street, Suite 2230<br>Chicago, IL 60601 |
| Zachary Mosner<br>Office of the Attorney General - Bankruptcy & Collections Unit<br>900 Fourth Avenue, Suite 2000<br>Seattle, WA 98164-1012 |
| Timothy J. Murphy<br>Murphy & Tobin<br>4240 Blue Ridge Boulevard, Suite 410<br>Kansas City, MO 64133 |
| Steven K. Myers<br>Unimast, Inc.<br>4200 St Rt 22 East #3<br>Blairsville, PA 15717 |
| Janet Napolitano<br>Lisa Perry Banen<br>Terry Goddord<br>Robert P. Hall<br>Arizona Attorney General's Office<br>Bankruptcy & Collection Enforcement Section<br>1275 West Washington Street<br>Phoenix, AZ 85007-1298 |
| Lisa B. Neimark<br>E&Y Capital Advisors LLC<br>233 S. Wacker Drive<br>Chicago, IL 60606 |
| Robert J. Nelson<br>Lieff, Cabraser, Heimann & Bernstein<br>Embarcadero Center West 275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339 |
| Larry J. Nyhan<br>Sidley, Austin, Brown & Wood<br>Bank One Plaza<br>Chicago, IL 60603 |
| Christopher G. Outlaw<br>Hunter Douglas Inc.<br>One Duette Way<br>Broomfield, CO 80020 |
| Lance Palmer<br>Ted Willhite<br>Levinson Friedman, P.S.<br>Pacific Building, 720 - 3rd Avenue, Suite 1800 |

| |
|---|
| Seattle, WA 98104-1845 |
| Raju N. Patel<br>Bank of America, N.A.<br>231 South LaSalle Street<br>Chicago, IL 60697 |
| L. Scott Patton<br>Walter C. Dunn<br>The Boles Law Firm<br>P.O. Box 2065<br>1818 Avenue of America<br>Monroe, LA 71207-2065 |
| D. Andrew Phillips<br>Melanie T. Vardaman<br>Mitchell, McNutt & Sams, P.A.<br>P.O. Box 947<br>1216 Van Buren<br>Oxford, MS 38655-0947 |
| Joan E. Pilver<br>Assistant Attorney General<br>P.O. Box 120<br>55 Elm Street, Fifth Floor<br>Hartford, CT 06141-0120 |
| W. Peter Ragan, Jr.<br>Ragan & Ragan<br>3100 Route 138 West, Brinley Plaza, Building One<br>Wall, NJ 07719 |
| Rex D. Rainach<br>Rex D. Rainach, A Professional Law Corporation<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 |
| James S Rankin<br>Parker Hudson Rainer & Dobbs LLP<br>1500 Marquis Two Towers 285 Peachtree Center Avenue, N.E.<br>Atlanta, GA 30303 |
| Peter J. Rathwell<br>Snell & Wilmer LLP<br>One Arizona Center<br>Phoenix, AZ 85004-2202 |
| Michael Reed<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 26990<br>Austin, TX 78755 |
| Glenn M. Reisman<br>P.O. Box 861<br>Two Corporate Drive<br>Shelton, CT 06484-0861 |

| |
|---|
| Thomas D. Renda<br>Miles & Stockbridge, P.C.<br>10 Light Street<br>Baltimore, MD 21202 |
| Joseph F Rice<br>Nancy Worth Davis<br>Ness, Motley, Loadholt, Richardson & Poole<br>P.O. Box 1792<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465 |
| Michael P. Richman<br>Jean Marie L. Atamian<br>Anthony J. Diana<br>Leslie Chebli<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019 |
| Sherwin P. Robin<br>Robin and Weiss, P.A.<br>P.O. Box 9541<br>Savannah, GA 31412-9541 |
| Martha E. Romero<br>Law Offices of Martha E. Romero & Associates<br>7743 S. Painter Avenue, Suite E<br>Whittier, CA 90602 |
| Robert H. Rosenbaum<br>M. Evan Meyers<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building, 6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| Jeffrey Rosenkranz<br>The Delaware Bay Company, Inc.<br>680 Fifth Avenue, 22nd Floor<br>New York, NY 10019 |
| Michael A. Rosenthal<br>Keith D. Ross<br>Gibson, Dunn & Crutcher LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201 |
| Douglas B. Rosner<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 |
| Sharon L. Royer<br>Harrisburg Bankruptcy and Compliance<br>1171 South Cameron Street, Room 312 |

WLM\212241.1

| |
|---|
| Harrisburg, PA 17104-2513 |
| Howard C. Rubin<br>Kessler & Collins<br>5950 Sherry Lane, Suite 222<br>Dallas, TX 75225 |
| Peter D. Russin<br>Meland Russin Hellinger & Budwick, P.A.<br>3000 Wachovia Financial Center 200 S. Biscayne Boulevard<br>Miami, FL 33131 |
| Brian D. Salwowski<br>Office of the Attorney General<br>Indiana Government Center South, Fifth Floor, 402 West Washington Street<br>Indianapolis, IN 46204-2770 |
| Ray C. Schrock<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601-1692 |
| Sergio I. Scuteri<br>Farr Burke Gambacorta & Wright, P.C.<br>P.O. Box 788<br>Suite 201, Eastern International Executive Office Center<br>211 Benigno Boulevard<br>Bellmawr, NJ 08099-9811 |
| Susan R. Sherrill<br>E. Gordon Robinson<br>Securities and Exchange Commission<br>Suite 1000, 3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 |
| Beverly H. Shideler<br>IBM Corporation<br>2 Lincoln Center #200<br>Oakbrook Terrace, IL 60181-4837 |
| William H. Short, Jr.<br>Haynsworth Sinkler Boyd, P.A.<br>P.O. Box 11889<br>Columbia, SC 29211-1899 |
| Shari Siegel<br>Dreier LLP<br>499 Park Avenue, 22nd Floor<br>New York, NY 10023 |
| Charles S. Siegel<br>Waters & Kraus, LLP<br>3219 McKinney Avenue, Suite 3000<br>Dallas, TX 75204 |
| Andrew Silverstein<br>Seward & Kissell, LLP |

| |
|---|
| One Battery Park Plaza<br>New York, NY 10004 |
| Amber Willingham<br>Warren H. Smith & Associates<br>Republic Center, 325 N. St. Paul Suite 1275<br>Dallas, TX 75201 |
| Craig A. Smith<br>Suelthaus & Walsh, P.C.<br>7733 Forsyth, Twelfth Floor<br>St. Louis, MO 63105 |
| Maggie S. Soboleski<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>260 South Broadstreet<br>Philadelphia, PA 19102 |
| Robert B. Somers<br>Robert B. Somers, Attorney At Law<br>801 East Campbell Road, Suite 140<br>Richardson, TX 75081 |
| Erich Spangenberg<br>74-785 Highway 111, Suite 103<br>Indian Wells, CA 92210 |
| Daniel A. Speights<br>Speights & Runyan<br>P.O. Box 685<br>200 Jackson Avenue East<br>Hampton, SC 29924 |
| Adam M. Spence<br>The Law Offices of Adam M. Spence, P.C.<br>105 W. Chesapeake Avenue, Suite 400<br>Towson, MD 21204 |
| Stephen C. Stapleton<br>Cowles & Thompson<br>901 Main Street, Suite 4000<br>Dallas, TX 75202 |
| Secretary of State<br>Division of Corporations, Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |
| Sharon L. Stolte<br>Morrison & Hecker LLP<br>9 Corporate Woods, Suite 450<br>9200 Indian Creek Parkway<br>Overland Park, KS 66210 USA |
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress, Suite 900 |

| |
|---|
| Austin, TX 78701 |
| Michelle T. Sutter<br>Assistant Attorney General, Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH 43215 |
| J.W. Taylor<br>Coastal Transport, Inc.<br>P.O. Drawer 67<br>Auburndale, FL 33823 |
| Thomas Tew<br>Jeffrey Tew<br>Tew Cardenas Rebank Kellogg Lehman<br>   DeMaria Tague Raymond & Levine, LLP<br>201 South Biscayne Boulevard Suite 2600<br>Miami, FL 33131 |
| Suzanne K. Torrey<br>USG Corporation<br>125 S. Franklin Street<br>Chicago, IL 60606 |
| Dean M. Trafelet<br>P.O. Box 518<br>9130 Wild Lane<br>Baileys Harbor, WI 54202 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| Vicki Trogdon<br>Perot Systems Corporation<br>P.O. Box 269005<br>Plano, TX 75026 |
| Michael Van Itallie<br>United States Envrionmental Protection Agency<br>290 Broadway, 17th Floor<br>New York, NY 10007-1866 |
| Michael S. Waters<br>Jeffrey Bernstein, Esquire<br>Carpenter Bennett & Morrissey<br>Three Gateway Center 100 Mulberry St.<br>Newark, NJ 07102 |
| Richard Blackstone Webber II<br>Richard Blackstone Webber II, PA<br>320 Maitland Avenue<br>Altamonte Springs, FL 32701 |
| Perry Weitz<br>C. Sanders McNew<br>Weit & Luxenborg |

WLM\212241.1

| |
|---|
| 180 Maiden Lane<br>New York, NY 10038-4925 |
| Kate Wies<br>Litigation Administrator - Home Box Office<br>1100 Avenue of the Americas, 9th Floor<br>New York, NY 10036-6737 |
| Denise K. Wildes<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Gregory D. Willard<br>Bryan Cave, LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102-2733 |
| Michael Wong<br>P.O. Box 37704<br>Honolulu, HI 96837 |
| Tracy C. Wooden<br>Wooden, Ray, Fulton & Scarborough, P.C.<br>737 Market Street, Suite 620<br>Chattanooga, TN 37402 |
| Greg Yochum<br>United States Steel LLC - Treasury Department<br>Room 1945, 600 Grant Street<br>Pittsburgh, PA 15219 |
| Jonathan W. Young<br>T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Vicky L. Zartman<br>c/o Ken Burton<br>Manatee County Tax Collector<br>P.O. Box 25300<br>Bradenton, FL 34205 |
| Richard G. Ziegler<br>Mayer, Brown, Rowe & Maw LLP<br>190 South LaSalle Street<br>Chicago, IL 60603 |
| The Murray law Firm<br>Attn: Julie A. Ardoin, Esquire<br>909 Poydras Street, Suite 2550<br>New Orleans, LA 70112-4000<br>Counsel for Ancel Abadie & 410 Additional Claimants |
| Scott W. Wert, Esquire<br>Foster & Sear, L.L.P. |

| |
|---|
| 524 E. Lamar Blvd. Suite 200<br>Arlington, TX 76011<br>Counsel for Numerous Asbestos Creditors |
| Hayward Industrial Park Associates,<br>a California General Partnership<br>c/o Gregg M. Ficks, Esquire<br>Voblentz Patch Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111 |
| Martin J. Bienenstock<br>Judy G. Z.  Liu<br>John J. Rapisardi<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*(Counsel for Statutory Committee of Equity Security Holders)* |
| Michael Kelly, Esquire<br>Cooley Godward LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>*(Special Counsel to USG Corporation)* |
| Stephen C. Neal, Esquire<br>Scott Devereaux, Esquire<br>Cooley Godward LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>*(Special Counsel for USG Corporation)* |
| Edward M. Fox, Esquire<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(Counsel for Wilmington Trust Company) |
| Steven M. Cimalore, Vice President<br>Wilmington Trust Company Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

WLM\212241.1