IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: : <br> : <br> USG CORPORATION, *et al.*, : <br> : <br> Debtors. : <br>_____: <br> : <br> USG CORPORATION, *et al.*, : <br> : <br> Movant, : <br> : <br> v. : <br> : <br> OFFICIAL COMMITTEE OF ASBESTOS : <br> PERSONAL INJURY CLAIMANTS, : <br> OFFICIAL COMMITTEE OF : <br> UNSECURED CREDITORS, OFFICIAL : <br> COMMITTEE OF ASBESTOS PROPERTY : <br> DAMAGE CLAIMANTS AND LEGAL : <br> REPRESENTATIVE FOR FUTURE : <br> CLAIMANTS, : <br> : <br> Respondents. : <br>_____: | **Chapter 11** <br> **Case No. 01-2094 (JKF)** <br> **Jointly Administered** <br><br><br><br><br><br><br><br><br> **Civil Action No. 04-1559 (JFC)** <br> **Civil Action No. 04-1560 (JFC)** |

## CERTIFICATE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on November 18, 2005, I caused a copy of the *Notice of Service of the Official Committee Of Asbestos Personal Injury Claimants' First Set Of Requests For Admission And Second Set Of Interrogatories Directed To The Debtors* to be served upon the individuals below in the manner indicated:

{D0051386:1 }

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Lewis Kruger, Esquire
lkruger@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

Adam VanGrack
ALV@capdale.com

{D0051386:1 }

Alan Pepper
apepper@kayscholer.com

Jeff Gutkin
jgutkin@cooley.com

Jeffrey Karr
jkarr@cooley.com

James Patton
jpatton@ycst.com

Kathleen Goodhart
kgoodhart@cooley.com

Maribeth Minella
mminella@ycst.com

Mitchell widon
mwidom@bilzin.com

Nicholas Cremona
Ncremona@kayescholer.com

Patrick Gunn
pgunn@cooley.com

Sean Greecher
sgreecher@ycst.com

Sharon Zieg
szieg@ycst.com

Florence Jao
fjao@cooley.com

   In addition, on November 18, 2005, I, Kathleen Campbell Davis, caused a copy of the

above referenced document to be served upon the following individual via First Class Mail:

          Scott D. Devereaux
          Cooley Godward LLP
          Five Palo Alto Square
          3000 El Camino Real
          Palo Alto, CA 94306-2155

{D0051386:1 }

Dated: November 18, 2005                    CAMPBELL & LEVINE, LLC

                                                       /s/ Kathleen Campbell Davis
                                                       Marla Rosoff Eskin (No. 2989)
                                                       Kathleen Campbell Davis (No. 4229)
                                                       800 N. King Street, Suite 300
                                                       Wilmington, DE 19801
                                                       Ph. (302) 426-1900
                                                       Fax. (302) 426-9947

{D0051386:1 }