**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | **Case No. 01-2094 (JKF)** |
| | : | **Jointly Administered** |
| **USG CORPORATION,** *et al.***,** | : | |
| | : | |
| **Debtors.** | : | |
| | : | |
| **USG CORPORATION,** *et al.***,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OFFICIAL COMMITTEE OF ASBESTOS** | : | **Civil Action No. 04-1559 (JFC)** |
| **PERSONAL INJURY CLAIMANTS,** | : | **Civil Action No. 04-1560 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | |
| **UNSECURED CREDITORS, OFFICIAL** | : | |
| **COMMITTEE OF ASBESTOS PROPERTY** | : | |
| **DAMAGE CLAIMANTS AND LEGAL** | : | |
| **REPRESENTATIVE FOR FUTURE** | : | |
| **CLAIMANTS,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Elihu Inselbuch, Esquire, of Caplin & Drysdale,

Chartered, counsel for the Official Committee of Asbestos Personal Injury Claimants in the above-

captioned case, will have a new address effective November 28, 2005.

PLEASE TAKE FURTHER NOTICE that all notices given or required to be given in

these proceedings shall be served upon Elihu Inselbuch, Esquire at the following address:

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Telephone: (212) 319-7125
Telefax: (212) 644-6755

**PLEASE TAKE FURTHER NOTICE** that the address of the Washington, D.C. office

of Caplin & Drysdale, Chartered has not changed.


CAMPBELL & LEVINE, LLC


/S/ Kathleen Campbell Davis
Marla Rosoff Eskin (DE No. 2989)
Kathleen Campbell Davis (DE No. 4229)
800 King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

Dated: November 22, 2005