# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| USG CORPORATION, | ) | Jointly Administered |
| A Delaware Corporation., *et al.*, | ) | Case No. 01-2094 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| USG CORPORATION, *et al.*, | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | Civil Action No. 04-1559 (JFC) |
| PERSONAL INJURY CLAIMANTS, *et al.* | ) | Civil Action No. 04-1560 (JFC) |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING MOTION OF BARON & BUDD, P.C., FOSTER & SEAR, LEBLANC & WADDELL, LLP AND SILBER PEARLMAN, LLP TO EXTEND TIME TO COMPLETE DEBTORS' STANDARD QUESTIONNAIRE TO SELECT PERSONAL INJURY ASBESTOS CLAIMANTS**

Came on for consideration the Motion of Baron & Budd, P.C., Foster & Sear, LeBlanc & Waddell, LLP, and Silber Pearlman, LLP to Extend Time to Complete Debtors' Standard Questionnaire to Select Personal Injury Asbestos Claimants (the "Motion to Extend Time") (the "Motion"). After due consideration of the Motion and the arguments of counsel, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the time for Baron & Budd, P.C., Foster & Sear, LeBlanc & Waddell, LLP, and Silber Pearlman, LLP to complete Debtors' Standard Questionnaire to Select Personal Injury Asbestos Claimants shall be extended for thirty (30) days or until February 8, 2006.

I

**IT IS SO ORDERED.**

Dated:  January _____, 2006

 

_____
THE HONORABLE JOY FLOWERS CONTI
UNITED STATES DISTRICT JUDGE