IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| USG CORPORATION, : | |
| a Delaware corporation, <u>et al.</u>, : | Jointly Administered |
| : | Case No. 01-2094 (JKF) |
| Debtors. : | |
| : | |
| USG CORPORATION, <u>et al.</u>, : | Hearing Date: January 30, 2006 |
| : | Hearing Time: 11:00 am |
| Movant : | |
| : | |
| v. : | |
| : | |
| OFFICIAL COMMITTEE OF : | Civil Action No. 04-1559 (JFC) |
| ASBESTOS PERSONAL INJURY : | Civil Action No. 04-1560 (JFC) |
| CLAIMANTS, <u>et al.</u>, : | |
| : | |
| Respondents. : | |

**EMERGENCY MOTION FOR *TELEPHONIC* HEARING**

| | |
|---|---|
| COOLEY GODWARD LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Stephen C. Neal (CA 170085) | Daniel J. DeFranceschi (DE No. 2732) |
| Scott D. Devereaux (CA 146050) | Paul N. Heath (DE No. 3704) |
| Five Palo Alto Square | Jason M. Madron (DE No. 4431) |
| 3000 El Camino Real | One Rodney Square |
| Palo Alto, California 94306 | 920 North King Street |
| Tel: (650) 843-5000 | Wilmington, Delaware 19801 |
| | Tel: (302) 651-7700 |
| JONES DAY | |
| David G. Heiman (OH 0038271) | |
| Brad B. Erens (IL 6206864) | |
| North Point | |
| 901 Lakeside Avenue | |
| Cleveland, Ohio 44114-1190 | |
| Tel: (216) 586-3939 | *Counsel for Debtors* |

RLF1-2974512-1

Debtors[1] hereby move the Court (the "Motion") to schedule an emergency telephonic hearing for 11:00 a.m. EST on Monday, January 30, 2006 (the "Hearing"). The purpose of the Hearing is to apprise the Court of recent, significant events in the above-captioned actions.

For the convenience of the Court and all parties, Debtors have made arrangements for a telephonic conference, which may be accessed by dialing 1-888-453-4412 and entering the "passcode" of 949651.  If the Court grants this Motion, Debtors will serve formal notice of the Hearing upon the parties to the above-captioned actions promptly upon entry of an order granting such relief.

WHEREFORE, Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested in this Motion and such further relief as this Court deems equitable and just.

Dated: January 26, 2006
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

  /s/ *Jason M. Madron*
Daniel J. DeFranceschi (DE No. 2732)
Paul N. Heath (DE No. 3704)
Jason M. Madron (DE No. 4431)
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Tel:  (302) 651-7700

COOLEY GODWARD LLP
Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Tel:  (650) 843-5000

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company, and Stocking Specialists, Inc.

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point - 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel:  (216) 586-3939

RLF1-2974512-1