**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| **USG CORPORATION,** | : |
| a Delaware corporation, <u>et al.</u>, | :    Jointly Administered |
| | :    Case No. 01-2094 (JKF) |
| Debtors. | : |
| | : |
| **USG CORPORATION, <u>et al.</u>,** | :    Hearing Date: January 30, 2006 |
| | :    Hearing Time: 11:00 am |
| Movant | : |
| | : |
| v. | : |
| | : |
| **OFFICIAL COMMITTEE OF** | :    Civil Action No. 04-1559 (JFC) |
| **ASBESTOS PERSONAL INJURY** | :    Civil Action No. 04-1560 (JFC) |
| **CLAIMANTS, et al.,** | : |
| | : |
| Respondents. | : |

## ORDER SETTING *TELEPHONIC* HEARING

| | |
|---|---|
| COOLEY GODWARD LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Stephen C. Neal (CA 170085) | Daniel J. DeFranceschi (DE No. 2732) |
| Scott D. Devereaux (CA 146050) | Paul N. Heath (DE No. 3704) |
| Five Palo Alto Square | Jason M. Madron (DE No. 4431) |
| 3000 El Camino Real | One Rodney Square |
| Palo Alto, California 94306 | 920 North King Street |
| Tel: (650) 843-5000 | Wilmington, Delaware 19801 |
| | Tel: (302) 651-7700 |
| JONES DAY | |
| David G. Heiman (OH 0038271) | |
| Brad B. Erens (IL 6206864) | |
| North Point | |
| 901 Lakeside Avenue | |
| Cleveland, Ohio 44114-1190 | |
| Tel: (216) 586-3939 | |
| | *Counsel for Debtors* |

RLF1-2974513-1

Upon Debtors'[1] emergency motion, a telephonic hearing in the above-captioned actions is hereby set for 11:00 am EST on Monday, January 30, 2006. Parties may participate in the hearing by dialing 1-888-453-4412 and entering the "passcode" of 949651, no later than 10:50 am EST.

Debtors are ordered to serve notice of this hearing upon the parties to the above-captioned actions promptly upon entry of this Order.

**IT IS SO ORDERED.**

Dated: January _____, 2006

_____
The Honorable Joy Flowers Conti
United States District Court Judge

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company, and Stocking Specialists, Inc.

2

RLF1-2974513-1