IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>USG CORPORATION,<br>a Delaware corporation, et al.,<br><br>                Debtors. | Chapter 11<br><br>Jointly Administered<br>Case No. 01-2094 (JKF) |
| USG CORPORATION, et al.,<br><br>                Movant<br><br>v.<br><br>OFFICIAL COMMITTEE OF<br>ASBESTOS PERSONAL INJURY<br>CLAIMANTS, et al.,<br><br>              Respondents. | Hearing Date: January 30, 2006<br>Hearing Time: 11:00 am<br><br><br>Civil Action No. 04-1559 (JFC)<br>Civil Action No. 04-1560 (JFC) |

## MOTION FOR STAY OF ESTIMATION PROCEEDINGS AND PROCEEDINGS ON DEBTORS' VOTING RIGHTS MOTION

| | |
|---|---|
| COOLEY GODWARD LLP<br>Stephen C. Neal (CA 170085)<br>Scott D. Devereaux (CA 146050)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Tel: (650) 843-5000 | RICHARDS, LAYTON, & FINGER, P.A.<br>Daniel J. DeFranceschi (DE No. 2732)<br>Paul Heath (DE No. 3704)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Tel: (302) 651-7700 |
| JONES DAY<br>David G. Heiman (OH 0038271)<br>Brad B. Erens (IL 6206864)<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>Tel: (216) 586-3939 | |

*Counsel for Debtors*

On January 26, 2006, Debtors[1], the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), the counsel for each member of the ACC in its individual capacity and on behalf of such member, and Dean M. Trafelet, in his capacity as the Legal Representative for Future Claimants in the above-captioned actions (the "FCR") executed a term sheet (the "Term Sheet") setting forth the basic terms on which the parties have agreed to settle certain disputes relating to Debtors' alleged liability for asbestos-related personal injury claims and demands. The Term Sheet, when implemented by a confirmed plan of reorganization for Debtors, will resolve all the disputes as to which the Court withdrew the reference relating to: (1) the estimation of Debtors' liability for asbestos-related personal injury claims and (2) Debtors' Motion For a Declaration With Respect to the Voting Rights of Certain Putative Claimants. It also provides that Debtors, the ACC, and the FCR will jointly seek a stay of the estimation litigation.

In light of the pending settlement, Debtors, the ACC, the FCR, the Official Committee of Unsecured Creditors, and the Statutory Committee of Equity Security Holders (collectively the "Parties") hereby jointly request that the above-captioned actions, including all discovery efforts, be stayed immediately. The Official Committee of Property Damage Claimants takes no position on the motion.

A stay of these proceedings is necessary to allow the Parties to focus their energies on the creation of a plan of reorganization to be submitted for confirmation in the Bankruptcy Court for the District of Delaware. A stay will also protect Debtors'

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company, and Stocking Specialists, Inc.

estate from needless additional expense, and is therefore in the interests of all stakeholders in these proceedings. Should any material change in the status of the pending settlement occur, or should the Parties for any reason determine that a resumption of these proceedings is necessary, the Parties will inform the Court promptly.

For the foregoing reasons, the Parties respectfully request the Court to enter a stay of the above-captioned actions.

Dated: January 30, 2006

RICHARDS, LAYTON, & FINGER, P.A.

_____
Daniel J. DeFranceschi (DE No. 2732)
Paul N. Heath (DE No. 3704)
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700

COOLEY GODWARD LLP
Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point - 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

Counsel for the Official Committee of Asbestos Personal Injury Claimants

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000

Dated: January 30, 2006

_____

|  |  |
|---|---|
|  | Counsel for Dean M. Trafelet, Future Claimants' Representative |
|  | KAYE SCHOLER LLP<br>Jane W. Parver<br>Andrew A. Kress<br>Edmund M. Emrich<br>425 Park Avenue<br>New York, NY 10022-3598<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689 |
| Dated: January 30, 2006 | /s/ Jane W. Parver |
|  | Counsel for the Official Committee of Unsecured Creditors |
|  | STROOCK & STROOCK & LAVAN LLP<br>Lewis Kruger<br>Kenneth Pasquale<br>Denise K. Wildes<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |
| Dated: January 30, 2006 |  |

                Counsel for Dean M. Trafelet, Future
                Claimants' Representative

                KAYE SCHOLER LLP
                Jane W. Parver
                Andrew A. Kress
                Edmund M. Emrich
                425 Park Avenue
                New York, NY 10022-3598
                Telephone: (212) 836-8000
                Facsimile: (212) 836-8689

Dated: January 30, 2006                _____

                Counsel for the Official Committee of
                Unsecured Creditors

                STROOCK & STROOCK & LAVAN LLP
                Lewis Kruger
                Kenneth Pasquale
                Denise K. Wildes
                180 Maiden Lane
                New York, NY 10038-4982
                Telephone: (212) 806-5400
                Facsimile: (212) 806-6006

Dated: January 30, 2006                */s/ Kenneth Pasquale*

                                    Counsel for the Statutory Committee of Equity
                                    Security Holders

                                    WEIL, GOTSHAL & MANGES LLP
                                    David Hickerson
                                    Peter Friedman
                                    1300 Eye Street, NW, Suite 900
                                    Washington, DC 20005
                                    Telephone: (202) 682-7000
                                    Facsimile: (202) 857-0940

Dated: January 30, 2006                              *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **USG CORPORATION,** | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | Case No. 01-2094 (JKF) |
| Debtors. | : | |
| | : | |
| USG CORPORATION, et al., | : | Hearing Date: January 30, 2006 |
| | : | Hearing Time: 11:00 am |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICIAL COMMITTEE OF** | : | Civil Action No. 04-1559 (JFC) |
| **ASBESTOS PERSONAL INJURY** | : | Civil Action No. 04-1560 (JFC) |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| Respondents. | : | |

## [PROPOSED] ORDER STAYING ESTIMATION PROCEEDINGS AND PROCEEDINGS ON DEBTORS' VOTING RIGHTS MOTION

| | |
|---|---|
| COOLEY GODWARD LLP | RICHARDS, LAYTON, & FINGER, P.A. |
| Stephen C. Neal (CA 170085) | Daniel J. DeFranceschi (DE No. 2732) |
| Scott D. Devereaux (CA 146050) | Paul Heath (DE No. 3704) |
| Five Palo Alto Square | One Rodney Square |
| 3000 El Camino Real | P.O. Box 551 |
| Palo Alto, CA 94306 | Wilmington, Delaware 19899 |
| Tel: (650) 843-5000 | Tel: (302) 651-7700 |

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

*Counsel for Debtors*

980763 v1/SF

On January 30, 2006, the Court was informed that Debtors[1], the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), the counsel for each member of the ACC in its individual capacity and on behalf of such member, and Dean M. Trafelet, in his capacity as the Legal Representative for Future Claimants have executed a term sheet (the "Term Sheet") setting forth the basic terms on which the parties have agreed to settle certain disputes relating to Debtors' alleged liability for asbestos-related personal injury claims and demands. The Term Sheet, when implemented by a confirmed plan of reorganization for Debtors, will resolve all the disputes as to which the Court withdrew the reference in the above-captioned actions.

In light of the pending settlement, the above captioned actions are hereby stayed indefinitely. This includes a stay of all discovery efforts, including subpoenas or other discovery directed to third parties. If these proceedings must resume at later date, the Court will enter an appropriate order at that time.

The Debtors, and any other parties who issued a subpoena or other third-party discovery device to a third party, are hereby directed to serve a copy of this Order on any party to whom such third-party discovery was directed informing them that the return date for such a subpoena or other discovery is hereby stayed pending further order of the Court.

**IT IS SO ORDERED.**

Dated:_____         _____
                                              The Honorable Joy Flowers Conti
                                              United States District Court Judge

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company, and Stocking Specialists, Inc.