**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                      :
                                            :   **Chapter 11**
**USG CORPORATION,**                        :
a Delaware corporation, et al.,[1]          :   **Jointly Administered**
                                            :   **Case No. 01-2094 (JKF)**
              **Debtors.**                  :
                                                Re Docket Nos. 2635 & 2679

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on August 21, 2002, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the ***Debtors' Motion for a Declaration with Respect to Voting Rights of Certain Putative "Claimants"*** [Docket No. 2635] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on August 30, 2002, counsel for the Official Committee of Unsecured Creditors (the "Committee") filed ***The Official Committee of Unsecured Creditors' Joinder in the Debtors' Motion for a Declaration with Respect to Voting Rights of Certain Putative "Claimants"*** [Docket No. 2679] (the "Joinder").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw, without prejudice, the Motion.

---

[1] The Debtors are the following 11 entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

CHI-1456935v1
RLF1-3000377-1

4/6/06
10830

PLEASE TAKE FURTHER NOTICE that the Committee hereby withdraws, without prejudice, the Joinder.

Dated: April 6, 2006
      Wilmington, Delaware

*/s/ Paul N. Heath*
Daniel J. DeFranceschi (DE I.D. 2732)
Paul N. Heath (DE I.D. 3704)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700

-and-

David G. Heiman (OH I.D. 0038271)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Brad B. Erens (IL I.D. 6206864)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939

ATTORNEYS FOR DEBTORS

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900

-and-

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400

ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS